UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 19-CR-30067-RM-TSH |
| ) | |
| TODD SHEFFLER, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO ADOPT AND CONFORM CERTAIN
MOTIONS *IN LIMINE* OF CO-DEFENDANT BANTA**

NOW COMES Defendant, Todd Sheffler, by and through his attorneys William L. Vig and Sara M. Vig of Vig Law, P.C., and and respectfully moves to adopt, conform, and have the benefit of certain motions filed by co-defendant Alex Banta in the above-styled action. As grounds for this motion, defendant states as follows:

1. Defendant Sheffler is charged in five counts arising from an incident at Western Illinois Correctional Center wherein an inmate died from serious injuries: Count 1 – Conspiracy to Deprive Civil Rights; Count 2 – Deprivation of Civil Rights; Count 3 – Conspiracy to Engage in Misleading Conduct; Count 4 – Obstruction – Falsification of Document; and Count 5 – Obstruction – Misleading Conduct.  Defendant Banta is charged with identical offenses in Counts 1, 2, 3, 9, and 10 of the Indictment.

2. Defendant Banta has filed a number of motions *in limine* that are equally applicable to Defendant Sheffler.

3. So as to reduce the burden on this Court with respect to repetitive pleadings, Defendant hereby adopts certain applicable motions *in limine* of his co-defendant, and seeks to conform them as necessary and appropriate to include himself.

4. At this time, Defendant adopts the following motions *in limine* of co-defendant Banta:

    a) Defendant Banta's Motion *in Limine* No. 3, in its entirety

    b) Defendant Banta's Motion *in Limine* No. 4, in its entirety

    c) Defendant Banta's Motion *in Limine* No. 5, in its entirety

    d) Defendant Banta's Motion *in Limine* No. 7, in its entirety

    e) Defendant Banta's Motion *in Limine* No. 2, as to paragraphs A, B, C, D, E, F, G (expanded as to include Defendant Sheffler, for the same reason that Burnett has denied being present in the segregation unit during the incident), H (expanded to include Defendant Sheffler, for the same reason that Lindsey "did not personally see" anyone engaging in driving knees into Earvin), I, L (expanded to include statements about Defendant Sheffler's character, for the same reasons), N (modified to correct a presumed typographical error near the middle of page 18, which Defendant believes should read, in relevant part, "admission of the photographs is unwarranted"), and P (expanded to include Defendant Sheffler, for the same reasons).

WHEREFORE, Defendant respectfully moves to adopt the foregoing Motions *In Limine*, and parts thereof, filed by Co-Defendant Banta, to conform them to include Defendant Sheffler as necessary and appropriate, and for all such other and further relief as this Honorable Court may deem fair and just.

        Respectfully submitted,

        Todd Sheffler, Defendant

By:   /s/ William L. Vig
       Attorney for Defendant

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Assistant U.S. Attorney Timothy Bass    tim.bass@usdoj.gov
    Assistant U.S. Attorney Victor Yanz     victor.yanz@usdoj.gov

    /s/ William L. Vig
    Attorney for Defendant