3:19-cr-30067-RM-TSH  # 92   Page 1 of 2
3:19-cr-30067-RM-TSH  # 79-2  Page 1 of 2

E-FILED
Wednesday, 02 June, 2021 03:42:18 PM
E-FILED
Clerk, U.S. District Court, ILCD
Thursday, 27 May, 2021 03:05:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO: 19-CR-30067-RM-TSH |
| TODD SHEFFLER, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On petition of Defendant, Todd Sheffler, and it appearing to the Court that:

> Thomas Hess
> Inmate #Y27233
> Western Illinois Correctional Center
> 2500 Rt. 99 South
> Mt. Sterling, Illinois 62353

is detained in the following institution:

> Western Illinois Correctional Center
> 2500 Rt. 99 South
> Mt. Sterling, Illinois 62353

and that this person's presence is required for trial testimony in the Central District of Illinois at 151 U.S. Courthouse, 600 E. Monroe St., Springfield, Illinois 62701, at the office of the U.S. Marshal's Service, and will appear on June 28, 2021 at 9:00 a.m. for trial testimony before the Honorable Richard Mills, courtroom 2.

IT IS THEREFORE ORDERED that the following custodian:

Western Illinois Correctional Center
Warden Brittany Greene
2500 Rt. 99 South
Mt. Sterling, Illinois 62353

(1) Bring or cause to be brought before this Court, at the specified time and on the specified date, before the Honorable Richard Mills, in the United States Courthouse in Springfield, Illinois, the body of the specified person; to remain from day to day in the custody of the U.S. Marshal's Service until the completion of the proceedings or as ordered by this Court;

(2) That the custodian notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ;

(3) That a *Writ of Habeas Corpus ad Testificand* directed to the custodian be issued by the Clerk of this Court; and,

(3) That the Clerk of the Court is directed to serve a courtesy copy of this order and *Writ of Habeas Corpus ad Testificand* on to the custodian at the custodian's address and the U.S. Marshal's Service in Springfield, Illinois.

Entered this 28 day of May, 2021.
s/ Richard Mills



Honorable Richard Mills