IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-CR-30067 |
| ) | |
| TODD SHEFFLER and ) | |
| ALEX BANTA, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED STATEMENT OF THE CASE

The defendants, Todd Sheffler and Alex Banta, are charged with conspiracy to deprive civil rights (Count 1); deprivation of civil rights (Count 2); and conspiracy to engage in misleading conduct (Count 3).

The defendant, Todd Sheffler, is charged with obstruction- falsification of a document (Count 4), and obstruction – misleading conduct (Count 5).

The defendant, Alex Banta, is charged with obstruction – falsification of document (Count 9), and obstruction – misleading conduct (Count 10).

The defendants have pleaded not guilty to the charges.

Respectfully submitted,

DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY

*s/ Timothy A. Bass*
Timothy A. Bass
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
217/492-4450
Fax: 217/492-4512
tim.bass@usdoj.gov

*s/ Eugene L. Miller*
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
Fax: 217/373-5891
eugene.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Timothy A. Bass*
Timothy A. Bass
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
217/492-4450
Fax: 217/492-4512
tim.bass@usdoj.gov