IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| vs.     ) | Case No. 19-CR-30067 |
| ) | |
| TODD SHEFFLER and     ) | |
| ALEX BANTA,     ) | |
| ) | |
| Defendants.     ) | |

**GOVERNMENT'S PROPOSED
<u>AMENDED JURY INSTRUCTIONS</u>**

The United States of America, by Douglas J. Quivey, Acting United States Attorney for the Central District of Illinois, and Timothy A. Bass and Eugene L. Miller, Assistant United States Attorneys, hereby submits the attached amended jury instructions, numbers 30A, 31A, 44A, and 45A in the above captioned case, to properly reflect that there are three defendants charged in Count Two, not just a single defendant.

Respectfully submitted,

DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY

s/ *Timothy A. Bass*
    Timothy A. Bass
    Assistant United States Attorney
    318 South Sixth Street
    Springfield, IL 62701
    217/492-4450
    Fax: 217/492-4512
    tim.bass@usdoj.gov

s/ *Eugene L. Miller*
    Eugene L. Miller
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    217/373-5875
    Fax: 217/373-5891
    eugene.miller@usdoj.gov

If you find a defendant guilty as charged in Count 2 of the indictment, you must then determine whether the government has proven that Larry Earvin suffered a bodily injury as a result of the defendants' acts charged in Count 2.

The term "bodily injury" includes any of the following: a cut, abrasion, bruise, burn, or disfigurement; physical pain; illness; impairment of a function of a bodily member, organ, or mental faculty; or any other injury to the body, no matter how temporary.

You will see on the verdict form a question concerning this issue. You should consider that question only if you have found that the government has proven a defendant guilty as charged in Count 2 of the indictment.

If you find that the government has proven beyond a reasonable doubt that Larry Earvin suffered bodily injury

1

as a result of the defendants' acts as charged in Count 2 of the indictment, then you should answer that question "Yes."

If you find that the government has not proven beyond a reasonable doubt that Larry Earvin suffered bodily injury as a result of the defendants' acts as charged in Count 2 of the indictment, then you should answer that question "No."

Government Instruction No. 30A

Pattern Criminal Jury Instructions of the Seventh Circuit (2020 Ed.) at 212-13, 18 U.S.C. § 242, Definition of "Bodily Injury"

If you find a defendant guilty as charged in Count 2 of the indictment, you must then determine whether the government has proven that Larry Earvin died as a result of the deprivation of rights under color of law charged in Count 2.

The government must prove that Larry Earvin died as a result of the deprivation of rights. The government satisfies this requirement by proving that the conduct of the defendants contributed to or hastened Larry Earvin's death, even if that conduct by itself would not have caused his death. The government is not required to prove that the defendants intended for Larry Earvin to die.

You will see on the verdict form a question concerning this issue. You should consider that question only if you have found that the government has proven a defendant guilty as charged in Count 2 of the indictment.

If you find that the government has proven beyond a reasonable doubt that Larry Earvin died as a result of the deprivation of rights charged in Count 2 of the indictment, then you should answer that question "Yes."

If you find that the government has not proven beyond a reasonable doubt that Larry Earvin died as a result of the deprivation of rights charged in Count 2 of the indictment, then you should answer that question "No."

Government Instruction No. 31A

Pattern Criminal Jury Instructions of the Seventh Circuit (2020 Ed.) at 205-06, 211, 18 U.S.C. §§ 241 & 242, Death

2

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-CR-30067 |
| ) | |
| TODD SHEFFLER, ) | Title 18, United States |
| WILLIE HEDDEN, and ) | Code, Sections 241, 242, |
| ALEX BANTA. ) | 1519, 1512(b), 1512(b)(3), |
| ) | 1512(k), and 2 |
| Defendants. ) | |

## **VERDICT**

We, the jury, find the defendant, Todd Sheffler, _____ of the offense of deprivation of civil
*(guilty, not guilty)*

rights as charged in Count 2 of the Indictment.

If you find the defendant guilty, you must determine whether Larry Earvin suffered a bodily injury as a result of the defendants' acts. _____
*(yes, no)*

1

If you find the defendant guilty, you must determine whether Larry Earvin died as a result of the defendants' acts. _____
    *(yes, no)*

DATE:_____

_____

_____

_____

_____

_____
Foreperson

Government Instruction No. 44A

2

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-CR-30067 |
| ) | |
| TODD SHEFFLER, ) | Title 18, United States |
| WILLIE HEDDEN, and ) | Code, Sections 241, 242, |
| ALEX BANTA. ) | 1519, 1512(b), 1512(b)(3), |
| ) | 1512(k), and 2 |
| Defendants. ) | |

## **VERDICT**

We, the jury, find the defendant, Alex Banta,

_____ of the offense of
    *(guilty, not guilty)*

deprivation of civil rights as charged in Count 2 of the

indictment.

If you find the defendant guilty, you must determine

whether Larry Earvin suffered a bodily injury as a result of

the defendants' acts. _____
                                                      *(yes, no)*

1

If you find the defendant guilty, you must determine whether Larry Earvin died as a result of the defendants' acts. _____
      *(yes, no)*

DATE:_____

_____     _____

_____     _____

_____     _____

_____     _____
                                                                                                Foreperson

Government Instruction No. 45A

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

*s/ Eugene L. Miller*
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax:  217-373-5891
eugene.miller@usdoj.gov