**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 19-CR-30067 |
| ) | |
| TODD SHEFFLER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On petition of Defendant, Todd Sheffler, and it appearing to the Court that:

    Tyler Shears
    Inmate #M49067
    Danville Correctional Center
    Warden Kim Larson
    3820 East Main Street
    Danville, Illinois 61834

is detained in the following institution:

    Danville Correctional Center
    3820 East Main Street
    Danville, Illinois 61834

and that this person's presence is required for trial testimony in the Central District of Illinois at151 U.S. Courthouse, 600 E. Monroe St., Springfield, Illinois 62701, at the office of the U.S. Marshal's Service, and will appear on August 3 at 9:00 a.m. for trial testimony before the Honorable Sue Myerscough, courtroom 1.

IT IS THEREFORE ORDERED that the following custodian:

> Danville Correctional Center
> Warden Kim Larson
> 3820 East Main Street
> Danville, Illinois 61834

(1) Bring or cause to be brought before this Court, at the specified time and on the specified date, before the Honorable Sue Myerscough, in the United States Courthouse in Springfield, Illinois, the body of the specified person; to remain from day to day in the custody of the U.S. Marshal's Service until the completion of the proceedings or as ordered by this Court;

(2) That the custodian notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ;

(3) That a *Writ of Habeas Corpus ad Testificand* directed to the custodian be issued by the Clerk of this Court; and,

(3) That the Clerk of the Court is directed to serve a courtesy copy of this order and *Writ of Habeas Corpus ad Testificand* on to the custodian at the custodian's address and the U.S. Marshal's Service in Springfield, Illinois.

Entered this 8th day of July, 2021.

s/ Sue E. Myerscough
Sue E. Myerscough
United States District Judge