**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 19-CR-30067-RM-TSH |
| TODD SHEFFLER, | ) |
| Defendant. | ) |

## PETITION FOR *WRIT OF HABEAS CORPUS AD TESTIFICAND*

NOW COMES Defendant, Todd Sheffler, and for his Petition for *Writ of Habeas Corpus ad Testificand*, states as follows:

1. Thomas Hess, date of birth November 25, 1984, is currently detained in Illinois River Correctional Center, 1300 W. Locust Street, P.O. Box 999, Canton, Illinois 61520, and that his Inmate Number is Y27233.

2. Mr. Hess is a necessary witness in the above-captioned case. He was present and witnessed the decedent being beaten in this matter. Mr. Hess's presence is required for testimony at trial in the Central District of Illinois at 151 U.S. Courthouse, 600 E. Monroe Street, Springfield, Illinois 62701 and he must appear on January 3, 2022 at 9:00 a.m. at the U.S. Marshal's Office, 600 E. Monroe Street, Springfield, Illinois, and remain in the custody of the U.S. Marshals until the conclusion of his testimony before the Honorable Sue Myerscough in Courtroom 1.

WHEREFORE Defendant, Todd Sheffler, respectfully moves this Honorable Court for an Order directing the issuance of a *Write of Habeas Corpus ad Testificand* in this case directed to the following custodian:

>Illinois River Correctional Center
>Warden Tiffanie Clark
>1300 W. Locust Street
>P.O. Box 999
>Canton, Illinois 61520

Commanding the custodian to produce the body of the person before this Court at 9:00 a.m. on January 3, 2022, in the United States Marshal's office in Springfield, Illinois, and that when the proceeding in this case has been concluded, that the person be returned forthwith to the institution from which the person was brought, and granting any other such and further relief as this Court deems reasonable and just.

>Respectfully submitted,
>
>Todd Sheffler, Defendant

By:  /s/ Sara M. Vig
     Attorney for Defendant

Sara M. Vig (#6297143)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
sara@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Assistant U.S. Attorney Timothy Bass    tim.bass@usdoj.gov
Assistant U.S. Attorney Victor Yanz    victor.yanz@usdoj.gov

/s/ Sara M. Vig
Attorney for Defendant