# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 19-CR-30067-RM-TSH |
| | ) |
| TODD SHEFFLER, | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO JURY SELECTION BY MAGISTRATE

Defendant, Todd Sheffler, by and through his attorneys, and pursuant to the Text Order dated February 16, 2022, hereby consents to have Magistrate Judge Tom Schanzle-Haskins conduct jury selection which is set to commence March 23, 2022 at 9:00 a.m.

                        Respectfully submitted,

                        Todd Sheffler, Defendant


        By:    /s/ Sara M. Vig
                Attorney for Defendant

Sara M. Vig (#6297143)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
sara@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Assistant U.S. Attorney Timothy Bass
Assistant U.S. Attorney Eugene Miller
Mark Wycoff
Stanley Wasser
Howard Feldman

/s/ Sara M. Vig
Attorney for Defendant