IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-30067 |
| | ) |
| TODD SHEFFLER, | ) |
| WILLIE HEDDEN, and | ) |
| ALEX BANTA. | ) |
| | ) |
| Defendants. | ) |

**<u>GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY</u>**

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for leave to file a reply to Defendant Sheffler's response to the government's motion to revoke proffer agreement and to allow admission of post-proffer statements at trial in the government's case-in-chief and request for hearing. The government states the following:

In the government's motion to revoke Defendant Sheffler's proffer agreement and to allow admission of post-proffer statements at trial, the government clearly stated that the basis for its motion

was that Defendant Sheffler violated the terms of the proffer agreement that required him to provide complete and truthful information to the government. In support of its motion, the government attached Defendant Sheffler's proffer agreement, which expressly provides that should he "knowingly make any false statement or omission of any kind in providing information or testimony under this agreement, the government will be entitled to use his statements and evidence he provides, directly and indirectly, to institute and support a criminal prosecution for any offense as well as a prosecution for giving false statements and perjury[]]" (Gov.Ex.63 at p.2). In addition, the government cited to *United States v. Reed,* 272 F.3d 950 (7th Cir. 2001), the controlling authority in this Circuit. Finally, the government provided a listing of the five different areas in which Defendant Sheffler made false, minimizing, and incomplete statements to the FBI and a detailed summary of the trial evidence before this Court that establishes that Defendant Sheffler's statements were in fact false and incomplete and therefore a violation of the terms of his proffer agreement.

In his 13-page response to the government's motion, however, Defendant Sheffler does not address the basis of government's motion until page 13 of his response, and only then in a one-paragraph and conclusory manner without citation to any legal authority or trial evidence, and instead mischaracterizes the government's motion as an attempt to enforce the impeachment provision of the proffer agreement. He further again mischaracterizes or entirely omits the applicable law and makes irrelevant claims about the government's belief in the sufficiency of the evidence and why the government did not file the motion during the first trial.

Moreover, prior to the deadline for the filing of Defendant Sheffler's response, the government requested that counsel for Defendant Sheffler advise the government whether counsel intended to dispute whether Defendant Sheffler did in fact made the statements in Mr. Vig's presence that are documented in the FBI 302 reports as part of Gov.Ex. 63 so that the government could determine and appropriately advise the Court whether Mr. Vig is a potential witness in the motion hearing and/or at trial, thus implicating the attorney/witness rule, and/or whether the

government needed to be prepared to invoke the unsworn witness rule during any cross-examination. *See, e.g., United States v. Defazio*, 899 F.2d 626 (7th Cir. 1990); Ill.R.Prof.C. 3.7. Counsel for Defendant Sheffler has so far declined to respond to the government's request.

Given the arguments in Defendant Sheffler's response, the government respectfully requests leave of this Court to file a reply on or before June 8, 2022.

                              Respectfully submitted,

                              GREGORY K. HARRIS
                              UNITED STATES ATTORNEY

By:  *s/Timothy A. Bass*
      Timothy A. Bass, MO Bar No. 45344
      Assistant United States Attorney
      318 South Sixth Street
      Springfield, IL 62701
      Phone: (217) 492-4450
      tim.bass@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Timothy A. Bass*            .
Timothy A. Bass, MO Bar No. 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov
