# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-30067 |
| ) | |
| **TODD SHEFFLER,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**SUE E. MYERSCOUGH, United States District Judge:**

This order summarizes the rulings from the final pretrial conference held on June 30, 2022.

## Jury Instructions

At the final pretrial conference, the Court made the following rulings concerning the parties' proposed jury instructions:

(1) The Government's proposed jury instructions are almost identical to the jury instructions given at the first trial. The Government's proposed jury instructions [d/e 328] will be GIVEN WITHOUT OBJECTION.

(2) Defendant Todd Sheffler withdrew his proposed jury instructions [d/e 329].

## **Motions in Limine**

(1) There are no pending motions in limine. The Court noted that Defendant Todd Sheffler has readopted certain motions in limine filed prior to the first trial. The Defendant readopts the following Motions in Limine and pre-trial motions: Defendant Alex Banta's Motion in Limine No. 2, as to paragraphs A, B, C, D, E, F, G, H, I, K, L, N, and P [d/e 80]; Defendant Banta's Motion in Limine No. 3 [d/e 81]; Defendant Banta's Motion in Limine No. 7 [d/e 85]; Defendant Banta's Motion in Limine No. 2-1 [d/e 159]; Defendant Banta's Motion in Limine No. 2-2 [d/e 172]; Defendant Banta's Motion in Limine No. 8 [d/e 230]; Defendant Banta's Motion in Limine No. 9 [d/e 247] and Reply to the Government's Response to that motion [d/e 251].

The Court adheres to its prior Orders on the motions for the reasons previously articulated, as follows: as stated in [d/e 133], Defendant's Motion in Limine No. 2

is granted in part and deferred in part as to certain issues; as stated in [d/e 134], Defendant's Motion in Limine No. 3 is granted in part and denied in part; as stated in [d/e 137], the Court defers until trial ruling on the evidentiary issues as to witness testimony raised in Defendant's Motion in Limine No. 7; as stated in [d/e 188], the Defendant's Motions in Limine No. 2-1 regarding autopsy photographs and 2-2 regarding a hospital photograph are both denied; as stated in the Text Order entered on March 29, 2022, the Defendant's Motion in Limine No. 8 is denied, pending the Government establishing a proper foundation for admission of medical records; as stated in the Text Order entered on March 28, 2022, the Defendant's Motion in Limine No. 9 for entry of an Order regarding redacted Government Exhibit 1 is denied.

(2) Both Parties indicated they intend to file additional motions in limine. Any motion in limine shall be filed by July 8, 2022, with responses to follow by July 15, 2022.

## Other Matters

(1) Argument was heard on the Defendant's Motion to Quash Subpoena [d/e 333] and Defendant's Motion to Continue Trial [d/e 334]. The Motion to Quash Subpoena was granted. Potential trial dates were discussed.

(2) Jury trial continued to August 1, 2022 at 8:30 a.m., with jury selection to commence before United States Magistrate Judge Eric Long. Jury selection will be in Courtroom 2. Sixty jurors will be brought in as follows: 20 jurors to report at 8:00 a.m. for voir dire at 8:30; 20 jurors to report at 10:30 for voir dire at 11:00; and 20 jurors to report at 1:30 for voir dire at 2:00. Unless otherwise instructed, each group of 20 will be sent home after voir dire and will be directed to call back at the end of the day to see if they are selected. The jury will be sworn before opening statements on August 2, 2022.

(3) Both parties previously consented to Magistrate Judge Long impaneling the jury.

(4)   Any stipulations shall be filed, in writing, signed by both parties prior to trial.

ENTER: July 1, 2022

>   /s/ Sue E. Myerscough
>   SUE E. MYERSCOUGH
>   UNITED STATES DISTRICT JUDGE