IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-30067 |
| | ) |
| TODD SHEFFLER, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT SHEFFLER'S MOTIONS FOR NEW TRIAL AND JUDGMENT OF ACQUITTAL

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submit its motion for leave to file a response to Defendant Sheffler's motion for a new trial and motion for judgment of acquittal. In support, the government states the following:

On November 7, 2022, Defendant Sheffler filed motions for a new trial and judgment of acquittal. Although this Court has not yet ordered the government to respond to the motions, the government respectfully requests leave to file a response.

Because Defendant Sheffler's motions contain arguments without complete citations to the transcripts of the trial that Defendant Sheffler

argued were necessary to prepare his motions, and a complete response to the motions requires a review of the pre-trial and trial record, and because the attorney for the government will be out of the district during the week of December 5, 2022, the government respectfully requests that it be allowed to respond to the defendant's motions on or after December 13, 2022.

WHEREFORE, the government respectfully requests that it be allowed to respond to Defendant Sheffler's motions and that the response date be on or after December 13, 2022.

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

By: *s/Timothy A. Bass*
Timothy A. Bass, MO Bar No. 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Timothy A. Bass*
Timothy A. Bass, MO Bar No. 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov
