## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO: 19-CR-30067 |
| ) | |
| TODD SHEFFLER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING
## ADDITIONAL CHARACTER LETTERS ON BEHALF OF TODD SHEFFLER

NOW COMES Defendant, Todd Sheffler, and hereby files character letters ninety through ninety-three on his behalf and photographs for consideration by this Court in connection with his sentencing on March 20, 2023. Copies of these letters are attached hereto.

Respectfully submitted,
Todd Sheffler, Defendant

By: /s/ Sara M. Vig
Attorney for Defendant

Sara M. Vig (#6297143)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
sara@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Assistant U.S. Attorney Timothy Bass
Assistant U.S. Attorney Eugene Miller

/s/ Sara M. Vig
Attorney for Defendant