To Whom It May Concern,

I am writing to attest to Todd Sheffler's outstanding character, which I believe should be considered when making any decision concerning his future. I have known Todd my entire life. He is a man that I truly admire and respect.

As I write to you, I look for words that describe my feelings and emotions in this matter. I am heartbroken by the unthinkable situation Todd is in.

When I think of Todd, I think things like 'he has a heart of gold' and he is such a lovable 'teddy bear'. Todd lives a life of service and is always willing to lend a helping hand to anyone in need. His kindness and dedication to his friends and family are unwavering, and I know that he always acts with integrity and honor.

Todd chose a very difficult career. He had a job I could never do. In fact, it is a very important job that most people would refuse to do. Every day, he dealt with troubled and possibly dangerous people at the worst points in their lives. I know that this career has weighed on him, but he never lost sight of his values and always acted with honor and dedication.

As someone who has known Todd for my entire life, I can confidently attest that he has always been a responsible and respectful member of society. Todd's character and actions have always been guided by love, and he has shown nothing but respect for the law and society.

Throughout his life, Todd has been a shining example of what it means to be a good person. He approaches everything he does with dedication, enthusiasm, and a true commitment to doing what's right. Whether it's his career, his relationships, or his hobbies, Todd always gives his all and inspires those around him to do the same.

I have always admired Todd for his dedication to his family and friends. Todd is a man of great character, integrity, and compassion, and I am honored to speak on his behalf

I hope that you will take this letter into consideration when making any decision concerning Todd's future. He is a good man, and I know that he will continue to be a positive influence on those around him.

Thank you for your time and attention.


Sincerely,



Casey Sheffler