Dear Honorable Judge,

I am writing this letter as a character reference for Todd Sheffler, whom I have known for over 10 years. Todd is an exceptional person with an outstanding character, and I am honored to have him as a friend. Todd is a kind, caring, and generous person who has always been a positive influence on those around him.

To be honest, when was originally introduced to Todd, I was intimidated by his size and demeanor. His first impression was very serious and intimidating. However, he has proven to be a loving, gentle soul who cares deeply about those around him. Over the years, Todd become a great role model for my children, and I trust him implicitly.

Todd exemplifies the kind of man I hope my children grow to be. He is a source of comfort and support for his friends and family, and his kind and generous spirit is truly infectious. Todd had a way of making everyone around him feel safe, loved, and respected.

Despite the difficult career he had, Todd never lost sight of his values and always acted with integrity and honor. He never wavered in his commitment to doing what was right.

Todd is a hardworking man who enjoys spending time with his elderly mother, taking her fishing and helping his father around his cabin. He is a devoted son and always willing to lend a helping hand to anyone in need.

As a friend, Todd was a true protector, always there for his loved ones no matter what. He always shows kindness and compassion to those around him, even in the face of adversity.

In conclusion, I can say with confidence that Todd is one of the finest individuals I have ever had the pleasure of knowing. His kind heart, gentle spirit, and unwavering dedication to doing what's right make him a true asset to any community. I am honored to call him my friend, and I know that he will continue to make a positive impact on the world around him.

Thank you for considering my letter in support of Todd.

Sincerely,


Kristen Welch