To the Honorable Sue E. Myerscough:

I, Lisa Raymann, write this letter of reference about Todd Sheffler with whom I had the pleasure to know for more than 40 years, in order to clarify and defend his good judgment. I was a classmate of Todd's in the Class of 1986 at Quincy Notre Dame High School.

During this length of time, Todd demonstrated numerous qualities as a valuable person in our society. In addition to this, I have observed him being a polite and hard-worker, Todd is also a compassionate and sensitive person. Todd is a generous person who values his family and friends and has done what has been needed to provide for them. Todd has always been one who has been there to help others when needed. I have seen how he lived and promoted the values of a Catholic high school, as a classmate and throughout the years since graduation.

I strongly recommend Todd Sheffler as a more than suitable person. I think this is a solid testimony of Todd and his mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case.

In case you need any further information, please, do not hesitate to contact me.

Best regards,

Lisa Raymann
2310 Mary Lane
Quincy, IL 62305
Lisa.raymann21@gmail.com
660-415-6915

