Glen D. Martin Jr.

2320 Johnston City Road

Galatia, IL 62935

Dear Honorable Judge Sue E. Myerscough,

Your Honor, it is with great enthusiasm that I, Glen D. Martin Jr., am writing this letter on behalf of Mr. Todd Sheffler's case.

I worked with Mr. Todd Sheffler for several years at Big Muddy Correctional Center. During that time he always conducted himself with common sense, compassion, and good moral character. Several times while working in the same facility as a correctional officer I witnessed Mr. Todd Sheffler address codes, emergency situations, regular work routines. In those experiences he always showed great moral character and responded as expected as per academy training and state guidelines.

Overtime our professional and personal friendship overlapped. As a friend Mr. Todd Sheffler has always been as loyal and honest as he was as a coworker. When my daughter became interested in art Mr. Sheffler (whom has a degree in art) gave some of his own art materials to her. He would not allow me to pay him for them or keep them for himself because they were expensive, but he insisted on gifting them to her. He spoke to me and my daughter advising on what type of quality art materials are best and different techniques that can be used. His passion and love of art are sincere and can be seen in his beautiful paintings.

Mr. Sheffler can be described as a big teddy bear. He is a man that always welcomes his friends and loved ones with a big hug and gives another hug when they leave. He has a big heart and is always willing to lend a hand or an ear to anyone in need, without judgement. Mr. Todd Sheffler is known by his friends, family, coworkers, and community as a man of integrity. Despite what struggles he has faced in his own personal life he will put them aside to be there for anyone in need. During the time me and my family were ill with covid he checked in and worried about our health and offered help and prayers. He is one to maintain his friendships and calls regularly to see how they are doing.

Our late friend, Lt. Col. Michael Chekevdia was also a former correctional officer that worked with me and Mr. Sheffler. LTC RET Chekevdia was a dedicated patriot, leader and military intelligence professional.  Mr. Chekevdia considered me, Mr. Sheffler, and a small group of close friends, that were also coworkers, to be his brotherhood ("Jesus showed us what brotherhood really is by doing three different things: Loving his "brothers;" Respecting everyone; Bringing out the best in everyone"). Mr. Chekevdia has a son, Rick Chekevdia, that was kidnapped for a few years by the child's mother and Mr. Sheffler was faithfully by his side during this ordeal. As our mutual brother was losing his battle with cancer, we all gathered to

give our love and sadly say our goodbyes. Mr. Chekevdia told his then 17-year-old son to look at each man in the room. That these men would always be there for him when he could not. He was to call them if he needed anything no matter what. Mr. Sheffler was one of those men (via video call due to circumstances). Mr. Sheffler has held up the trust of our dear friend and continually calls, advises, listens and loves Rick.

Sincerely,

Glen D. Martin Jr.