E-FILED
Saturday, 18 March, 2023  03:16:18 PM
Clerk, U.S. District Court, ILCD