E-FILED
Thursday, 23 March, 2023  12:55:11 PM
Clerk, U.S. District Court, ILCD
34,35,APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:19−cr−30067−SEM−EIL−1

Case title: USA v. Sheffler et al

Date Filed: 12/04/2019

Date Terminated: 03/22/2023

---

Assigned to: Judge Sue E Myerscough
Referred to: Magistrate Judge Eric I. Long

**Defendant (1)**

**Todd Sheffler**
*TERMINATED: 03/22/2023*

represented by **William L Vig**
VIG LAW
1100 South 5th Street
Springfield, IL 62703
217−241−5628
Fax: 217−241−5628
Email: bill@vig−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sara M Vig**
VIG LAW PC
Lower Level
1100 South Fifth Street
Springfield, IL 62703
217−241−5628
Email: sara@vig−law.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**

18:241.F: CONSPIRACY AGAINST RIGHTS − On or about May 17, 2018, in Brown County, the Defendant did willfully conspire to deprive an individual of civil rights in violation of 18:241 and 2. (1)

18:242.F: DEPRIVE CIVIL RIGHTS − On or about May 17,

**Disposition**

Defendant sentenced to imprisonment of 20 years, consisting of 15 years on each of Counts 1 and 2 to run concurrent with each other, and 5 years on each of Counts 3, 4, and 5, all to run concurrent with each other and consecutive to the term on Counts 1 and 2; a 5 year term of Supervised Release imposed on Counts 1 and 2, and 3 years on Counts 3, 4, and 5, all to run concurrently; and $500 special assessment.

Defendant sentenced to imprisonment of 20 years, consisting of 15 years on each of Counts 1 and 2

2018, in Brown County, the Defendant did willfully deprive an individual of civil rights in violation of 18:242 and 2.
(2)

18:1512K.F: TAMPERING WITH WITNESS, VICTIM, OR AN INFORMANT – From on or about May 17, 2018, and continuing until on or about May 22, 2018, the Defendant did conspire to engage in misleading conduct in violation of 18:1512(k) and 1512(b)(3).
(3)

18:1519.F: DESTRUCTION, ALTERATION OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS – On or about May 17, 2018, in Brown County, the Defendant knowingly falsified a document in violation of 18:1519.
(4)

18:1512B.F: INTIMIDATION OR FORCE AGAINST WITNESS – On or about May 18, 2018, in Brown County, the Defendant knowingly engaged in misleading conduct toward another person in violation of 18:1512(b)(3).
(5)

to run concurrent with each other, and 5 years on each of Counts 3, 4, and 5, all to run concurrent with each other and consecutive to the term on Counts 1 and 2; a 5 year term of Supervised Release imposed on Counts 1 and 2, and 3 years on Counts 3, 4, and 5, all to run concurrently; and $500 special assessment.

Defendant sentenced to imprisonment of 20 years, consisting of 15 years on each of Counts 1 and 2 to run concurrent with each other, and 5 years on each of Counts 3, 4, and 5, all to run concurrent with each other and consecutive to the term on Counts 1 and 2; a 5 year term of Supervised Release imposed on Counts 1 and 2, and 3 years on Counts 3, 4, and 5, all to run concurrently; and $500 special assessment.

Defendant sentenced to imprisonment of 20 years, consisting of 15 years on each of Counts 1 and 2 to run concurrent with each other, and 5 years on each of Counts 3, 4, and 5, all to run concurrent with each other and consecutive to the term on Counts 1 and 2; a 5 year term of Supervised Release imposed on Counts 1 and 2, and 3 years on Counts 3, 4, and 5, all to run concurrently; and $500 special assessment.

Defendant sentenced to imprisonment of 20 years, consisting of 15 years on each of Counts 1 and 2 to run concurrent with each other, and 5 years on each of Counts 3, 4, and 5, all to run concurrent with each other and consecutive to the term on Counts 1 and 2; a 5 year term of Supervised Release imposed on Counts 1 and 2, and 3 years on Counts 3, 4, and 5, all to run concurrently; and $500 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

2

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Timothy A Bass** |
| | | US ATTY |
| | | 318 South Sixth Street |
| | | Springfield, IL 62701–1806 |
| | | 217–492–4450 |
| | | Fax: 217–492–4512 |
| | | Email: tim.bass@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | |
| | | **Eugene L Miller** |
| | | US ATTY |
| | | 201 South Vine |
| | | Urbana, IL 61802 |
| | | 217–373–5875 |
| | | Fax: 217–373–5891 |
| | | Email: eugene.miller@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Victor Bailey Yanz** |
| | | UNITED STATES ATTORNEY'S OFFICE |
| | | 318 S Sixth Street |
| | | Springfield, IL 62701–1806 |
| | | 217–492–4450 |
| | | *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/04/2019 | 1 | | INDICTMENT as to Todd Sheffler (1) count(s) 1, 2, 3, 4, 5, Willie Hedden (2) count(s) 1, 2, 3, 6, 7, 8, Alex Banta (3) count(s) 1, 2, 3, 9, 10. (MJC, ilcd) (Entered: 12/05/2019) |
| 12/04/2019 | 2 | | +++ **SEALED DOCUMENT – ORIGINAL DOCUMENT –– INDICTMENT –– UNREDACTED** (MJC, ilcd) (Entered: 12/05/2019) |
| 12/04/2019 | 3 | | +++ **SEALED DOCUMENT – DEFENDANT INFORMATION SHEET** for Todd Sheffler. (MJC, ilcd) (Entered: 12/05/2019) |
| 12/05/2019 | | | TEXT ORDER as to all defendants: The Clerk is directed to unseal this case and provide a copy of the indictment to the following attorneys who the Government has identified as representing the defendants: Howard Feldman, Stan Wasser, William Vig, Mark Wykoff, Jay Elmore, and Rosana Brown. Entered by Judge Sue E. Myerscough on 12/5/2019. (DM, ilcd) (Entered: 12/06/2019) |
| 12/05/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Case unsealed as to Todd Sheffler, Willie Hedden, Alex Banta. (DM, ilcd) (Entered: 12/06/2019) |
| 12/05/2019 | | | Arrest of Todd Sheffler, Willie Hedden, Alex Banta. (DM, ilcd) (Entered: 12/06/2019) |
| 12/06/2019 | 11 | | **+ + PRETRIAL SERVICES REPORT** as to Todd Sheffler (Turner, Lynea) (Entered: 12/06/2019) |
| 12/06/2019 | 12 | | NOTICE OF ATTORNEY APPEARANCE: William L Vig appearing for Todd Sheffler (Vig, William) (Entered: 12/06/2019) |
| 12/06/2019 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: INITIAL APPEARANCE AND ARRAIGNMENT as to Todd Sheffler (1) Count 1,2,3,4,5 held on 12/6/2019. AUSA Timothy Bass present on behalf of Government. Defendant present in custody. Defendant advised of charges and acknowledged receipt of the Indictment. Advise of rights, including right to counsel, given to Defendant. Defendant sworn and advised Court that he has retained counsel. Attorney William Vig present on behalf of Defendant. Brief recess by Court to allow all defendants to confer with counsel. Defendant and counsel waived the formal reading of the Indictment. Government stated statutory penalties. Defendant entered a plea of not guilty to all counts. Jury Trial set for 2/4/2020 at 10:00 AM in Courtroom 2 in Springfield before Judge Richard Mills. Initial Pretrial Conference set for 1/24/2020 at 11:00 AM in Courtroom 3 in Springfield before Magistrate Judge Tom Schanzle–Haskins. Discovery ordered to commence. Government moved for detention. Request by counsel that detention hearing be held as soon as possible on this date. Without objection, Detention Hearing set for 12/6/2019 at 1:30 PM in Courtroom 1 in Springfield before Magistrate Judge Tom Schanzle–Haskins. Defendant remanded to the custody of the U.S. Marshal. Hearing adjourned. (Court Reporter KS.) (DM, ilcd) (Entered: 12/06/2019) |
| 12/06/2019 | | | Minute Entry for proceedings held before Magistrate Judge Tom Schanzle–Haskins: Detention Hearing as to Todd Sheffler held on 12/6/2019. AUSA Timothy Bass present on behalf of the Government. Defendant present in custody. Attorney William Vig present via video/telephone on behalf of Defendant. Government proffers evidence. Defendant presents evidence. Witnesses called, sworn, and questioned. Defendant proffers further evidence. Arguments heard. Defendant released on $100,000 Own Recognizance Bond. Conditions of release stated. Hearing adjourned. (Tape #SP–A 1:37 PM) (MJC, ilcd) (Entered: 12/09/2019) |
| 12/10/2019 | 15 | | Appearance Bond Entered as to Todd Sheffler in amount of $100,000 Own Recognizance Bond. (MJC, ilcd) (Entered: 12/11/2019) |
| 12/10/2019 | 16 | | ORDER Setting Conditions of Release. Entered by Magistrate Judge Tom Schanzle–Haskins on 12/10/2019. (MJC, ilcd) (Entered: 12/11/2019) |
| 12/10/2019 | 17 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT –– BOND PAPERS –– UNREDACTED** (MJC, ilcd) (Entered: 12/11/2019) |
| 12/11/2019 | 24 | | Arrest Warrant Returned Executed on 12/5/2019 as to Todd Sheffler. (MAS, ilcd) (Entered: 12/12/2019) |
| 12/19/2019 | 28 | | |

4

| | | | |
|---|---|---|---|
| | | | Consent MOTION to Modify Conditions of Release by Todd Sheffler. (Vig, William) (Entered: 12/19/2019) |
| 12/19/2019 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Before the Court is Defendant Todd Sheffler's Unopposed Motion for Modification of conditions of Release 28 (Motion) which states that the Government has no objection to the Motion. Defendant Sheffler's Motion 28 is ALLOWED. Defendant Sheffler's conditions of release are modified to allow him to celebrate Christmas, 12/25/2019, with his parents and siblings at 1302 Springlake Corner, Quincy, Illinois. Defendant shall leave his residence at 8:00 a.m. on 12/25/2019 to travel to 1302 Springlake Corner, Quincy, Illinois, and return to his residence by 8:00 p.m. that same day. (LB, ilcd) (Entered: 12/19/2019) |
| 12/31/2019 | 29 | | NOTICE OF ATTORNEY APPEARANCE Victor Bailey Yanz appearing for USA. (Yanz, Victor) (Entered: 12/31/2019) |
| 01/22/2020 | 35 | | MOTION to Continue *Pretrial Conference, Trial Date and to Extend the Rule 12.1 Motion Filing Deadline* by Todd Sheffler. (Vig, William) (Entered: 01/22/2020) |
| 01/23/2020 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Defendant Alex Banta's Motion to Continue the Presently Scheduled Pre–Trial and Trial Dates 33 , Defendant Willie Hedden's Motion to Continue Initial Pretrial Conference and Trial Settings 34 , and Defendant Todd Sheffler's Motion to Continue Pretrial Conference, Trial Date, and to Extend the Rule 12.1 Motion Filing Deadline 35 are ALLOWED for the reasons set forth in each Defendant's unopposed motion. The Court finds granting the motions to continue is in the interest of justice and outweighs the Defendants' and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 1/24/2020 is CANCELLED and reset Wednesday, 4/29/2020, at 9:00 a.m. before Judge Schanzle–Haskins. Jury trial set 2/4/2020 is CANCELLED and reset 5/12/2020 at 10:00 a.m. before U.S. District Judge Richard Mills. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Magistrate Judge Tom Schanzle–Haskins on 1/23/2020. (MAS, ilcd) (Entered: 01/23/2020) |
| 01/30/2020 | 36 | | Second MOTION to Modify Conditions of Release by Todd Sheffler. (Vig, William) (Entered: 01/30/2020) |
| 01/30/2020 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Government directed to file response to Defendant Todd Sheffler's Second Motion for Modification of Conditions of Release 36 on or before 2/5/2020. (LB, ilcd) (Entered: 01/30/2020) |
| 02/05/2020 | 38 | | RESPONSE to Motion by USA as to Todd Sheffler re 36 Second MOTION to Modify Conditions of Release (Bass, Timothy) (Entered: 02/05/2020) |
| 02/07/2020 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Defendant Todd Sheffler's Second Motion for Modification of Conditions of Release 36 is ALLOWED. The Government has filed its Response to Defendant Todd |

| | | | |
|---|---|---|---|
| | | | Sheffler's Motion to Modify Conditions of Release <u>38</u> stating there is no objection. Defendant Sheffler's conditions of release are modified to allow him to travel to Tybee Island, Georgia, to attend his daughter's wedding on 2/29/2020. Defendant Sheffler is allowed to depart his residence on Friday, 2/28/2020, and return on Sunday, 3/1/2020. Additionally, the conditions of Defendant Todd Sheffler's bond that require home detention and electronic location monitoring are removed. Clerk is directed to strike sub–paragraphs (7)(p)(ii) and (7)(q) requiring home detention and location monitoring from Defendant Sheffler's Order Setting Conditions of Release <u>16</u> . All other conditions to remain in full force and effect. Defendant is required to execute the Amended Bond Conditions. Entered on 2/7/2020. (MJC, ilcd) (Entered: 02/07/2020) |
| 02/10/2020 | <u>39</u> | | AMENDED ORDER Setting Conditions of Release. Entered by Magistrate Judge Tom Schanzle–Haskins on 2/10/2020. (MJC, ilcd) (Entered: 02/10/2020) |
| 02/10/2020 | <u>40</u> | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT –– AMENDED ORDER SETTING CONDITIONS –– UNREDACTED** (MJC, ilcd) (Entered: 02/10/2020) |
| 04/27/2020 | <u>45</u> | | Second MOTION to Continue *Pretrial Conference, Trial Date and to Extend the Rule 12.1 Motion Filing Deadline* by Todd Sheffler. (Vig, William) (Entered: 04/27/2020) |
| 04/28/2020 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Defendant Alex Banta's Second Motion to Continue the Presently Scheduled Pre–Trial and Trial Dates 43 , Defendant Willie Hedden's Motion to Continue 41 , and Defendant Todd Sheffler's Motion to Continue Pretrial Conference, Trial Date, and to Extend the Rule 12.1 Motion Filing Deadline <u>45</u> are ALLOWED for the reasons set forth in each Defendant's unopposed motion. The Court finds granting the motions to continue is in the interest of justice and outweighs the Defendants' and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 4/29/2020 is CANCELLED and reset Wednesday, 7/22/2020, at 10:00 a.m. before Judge Schanzle–Haskins. Jury trial set 5/12/2020 is CANCELLED and reset 8/4/2020 at 10:00 a.m. before U.S. District Judge Richard Mills. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Magistrate Judge Tom Schanzle–Haskins on 4/28/2020. (MAS, ilcd) (Entered: 04/28/2020) |
| 07/15/2020 | <u>48</u> | | RESPONSE to Motion by Willie Hedden as to Todd Sheffler, Willie Hedden, Alex Banta re 47 Third MOTION to Continue *Defendant Alex Banta's Third Motion To Continue The Presently Scheduled Pre–Trial And Trial Dates* (Wykoff, Mark) (Entered: 07/15/2020) |
| 07/20/2020 | <u>49</u> | | RESPONSE to Motion by Todd Sheffler as to Todd Sheffler, Willie Hedden, Alex Banta re 47 Third MOTION to Continue *Defendant Alex Banta's Third Motion To Continue The Presently Scheduled Pre–Trial And Trial Dates* (Vig, William) (Entered: 07/20/2020) |

| | | | |
|---|---|---|---|
| 07/21/2020 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Before the Court is Defendant Alex Banta's Third Motion to Continue the Presently Scheduled Pre–Trial and Trial Dates 47 (Motion). Defendant Willie Hedden filed his Response <u>48</u> agreeing with and joining with Defendant Banta's Motion. Defendant Todd Sheffler filed his Response <u>49</u> agreeing with and joining with Defendants Banta and Hedden. The Motion is unopposed by the Government. Motion 47 is ALLOWED for the reasons set forth therein. The Court finds granting the Motion is in the interest of justice and outweighs the Defendants' and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 7/22/2020 is CANCELLED and reset Thursday, 10/22/2020, at 9:30 a.m. before Judge Schanzle–Haskins. Jury trial set 8/4/2020 is CANCELLED and reset 11/3/2020 at 10:00 a.m. before U.S. District Judge Richard Mills. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Magistrate Judge Tom Schanzle–Haskins on 7/21/2020. (MAS, ilcd) (Entered: 07/21/2020) |
| 10/20/2020 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Government directed to file response to Defendant Alex Banta's Fourth Motion to Continue the Presently Scheduled Pre–Trial and Trial Dates 50 on or before 12:00 noon on Wednesday, 10/21/2020. (LB, ilcd) (Entered: 10/20/2020) |
| 10/20/2020 | <u>51</u> | | RESPONSE to Motion by Willie Hedden as to Todd Sheffler, Willie Hedden, Alex Banta re 50 Fourth MOTION to Continue *Defendant Alex Banta's Fourth Motion To Continue The Presently Scheduled Pre–Trial And Trial Dates* (Wykoff, Mark) (Entered: 10/20/2020) |
| 10/20/2020 | <u>52</u> | | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 50 Fourth MOTION to Continue *Defendant Alex Banta's Fourth Motion To Continue The Presently Scheduled Pre–Trial And Trial Dates* (Bass, Timothy) (Entered: 10/20/2020) |
| 10/20/2020 | <u>53</u> | | RESPONSE to Motion by Todd Sheffler as to Todd Sheffler, Willie Hedden, Alex Banta re 50 Fourth MOTION to Continue *Defendant Alex Banta's Fourth Motion To Continue The Presently Scheduled Pre–Trial And Trial Dates* (Vig, William) (Entered: 10/20/2020) |
| 10/21/2020 | <u>54</u> | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Before the Court is Defendant Alex Banta's Fourth Motion to Continue the Presently Scheduled Pre–Trial and Trial Dates 50 (Motion) for 90 days. Defendant Willie Hedden filed his Response <u>51</u> agreeing with and joining with Defendant Banta's Motion. Defendant Todd Sheffler filed his Response <u>53</u> agreeing with and joining with Defendants Banta and Hedden. On 10/20/2020, the Government filed its Response <u>52</u> objecting to the Motion and requesting a continuance no longer than 60 days and that the Court schedule a status hearing to set a firm trial date. The Motion is unopposed by the Government. Therefore, Motion 50 is ALLOWED in part. Status conference with counsel is set 12/9/2020 at 2:00 p.m. via video before U.S. District Judge Richard Mills. Counsel for the Government and Defendant should appear by video and counsel are expected to appear in professional attire. Video conference |

| | | |
|---|---|---|
| | | instructions for counsel for Judge Mills' virtual courtroom are attached. The Court finds granting the Motion is in the interest of justice and outweighs the Defendants' and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 10/22/2020 is CANCELLED and reset Tuesday, 12/22/2020, at 2:00 p.m. before Judge Schanzle–Haskins. Jury trial set 11/3/2020 is CANCELLED and reset 1/5/2021 at 10:00 a.m. before U.S. District Judge Richard Mills. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Magistrate Judge Tom Schanzle–Haskins on 10/21/2020. (MAS, ilcd) (Entered: 10/21/2020) |
| 12/03/2020 | | TEXT ORDER: A status hearing via video is currently set on December 9, 2020 at 2:00 p.m. In October, the Government requested the status hearing for the purpose of scheduling a firm trial date in January 2021, a date for a final pretrial conference in December 2020, and a schedule for the filing of any pre–trial motions. Pursuant to the Court's Seventh Amended General Order 20–01 Regarding the COVID–19 Public Emergency, all jury trials have now been suspended through January 25, 2021, or further Order of the Court. Accordingly, the status conference set for December 9, 2020 is CANCELED. It will be reset for the first week of January 2021, at which time the Court anticipates it will be in a better position to schedule the filing of pretrial motions, a final pretrial conference and a firm trial date. Entered by Judge Richard Mills on 12/3/2020. (MAS, ilcd) (Entered: 12/03/2020) |
| 12/11/2020 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Pursuant to Text Order entered by U.S. District Judge Richard Mills on 12/3/2020, the Initial Pretrial Conference set 12/22/2020 is CANCELLED. Jury trial remains scheduled January 5, 2021 at 10:00 AM in Courtroom 2 in Springfield before U.S. District Judge Richard Mills. (LB, ilcd) (Entered: 12/11/2020) |
| 12/21/2020 | | TEXT ORDER: Pursuant to the Court's Seventh Amended General Order 20–01 Regarding the COVID–19 Public Emergency, all jury trials have now been suspended through January 25, 2021, or further Order of the Court. The Court finds that a trial continuance is necessary to stem the spread of COVID–19. The public health concerns for prospective jurors also support a continuance of the trial date. Moreover, district court personnel have been encouraged to telework to the greatest extent possible. The Court also notes that trial preparation necessarily involves close contact with witnesses. Therefore, the Court finds that a continuance of the current trial date is in the interests of justice and outweighs the Defendants' and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Jury trial set January 5, 2021 is CANCELED and reset February 2, 2021 at 10:00 a.m. The Government previously requested the setting of a status hearing for the purpose of scheduling. Therefore, a video status conference is now set for January 7, 2021 at 2:00 p.m., at which time the Court will set a schedule for the filing of pretrial motions, schedule a final pretrial conference and address any other matters raised by the Parties. Entered by Judge Richard Mills on 12/21/2020. (MAS, ilcd) (Entered: 12/21/2020) |
| 01/06/2021 | 57 | |

| | | |
|---|---|---|
| | | Remark: Video Conference connection instructions attached for connecting to Judge Richard Mills' courtroom for the status conference set for Thursday, 1/7/2021 at 2:00 p.m. (MAS, ilcd) (Entered: 01/06/2021) |
| 01/07/2021 | | Minute Entry for proceedings held before Judge Richard Mills: Status Conference as to Todd Sheffler, Willie Hedden and Alex Banta held by video on 1/7/2021. Assistant U S Attorney Timothy A Bass present by video for the Government. Defendant Alex Banta present by video and with his retained counsel, Stanley N Wasser and Howard W Feldman, also present by video. Defendant Willie Hedden present by video and with his retained counsel, Mark K Wykoff, also present by video. Attorney William L Vig present by video on behalf of Defendant Todd Sheffler. History of case, charges and statutory violations stated of record. Discussion held regarding prospective pre–trial and jury trial dates. Further Status Conference set for 2/1/2021 at 3:00 PM by video conference from Springfield (court to initiate conference) before Judge Richard Mills. Court adjourned. (Court Reporter NM) (MAS, ilcd) (Entered: 01/08/2021) |
| 01/08/2021 | 59 | TEXT ORDER by RICHARD MILLS, United States District Judge: A status hearing regarding scheduling was held on January 7, 2021. Status of the case discussed. The jury trial is currently set for February 2, 2021. A change of plea date may be requested as to Defendant Willie Hedden. The Parties addressed whether this change in circumstances would result in additional discovery. The Court noted it was unknown when jury trials would be permitted to resume in this district and the challenges of conducting a jury trial during a pandemic was discussed. Courtroom 1 may be utilized for the jury trial if it is available. Pursuant to the Court's Seventh Amended General Order 20–01 Regarding the COVID–19 Public Emergency, all jury trials are suspended through January 25, 2021, or further Order of the Court. The Court now has reason to believe that the suspension of jury trials will be extended beyond January 25, 2021. The status hearing was continued to February 1, 2021 at 3:00 p.m., by video, at which time the Parties and Court would be in a better position to address scheduling. Video conference connection instructions are attached. If the suspension of jury trials continues beyond January 25, 2021, a further continuance may be warranted. Entered by Judge Richard Mills on 1/8/2021. (MAS, ilcd) (Entered: 01/08/2021) |
| 01/08/2021 | 60 | NOTICE OF ATTORNEY APPEARANCE: Sara M Vig appearing for Todd Sheffler (Vig, Sara) (Entered: 01/08/2021) |
| 01/29/2021 | | TEXT ORDER: A videoconference status hearing is set for February 1, 2021 at 3:00 p.m. The jury trial is currently set for February 2, 2021 at 10:00 a.m. Pursuant to the Court's Eighth Amended General Order 20–01 Regarding the COVID–19 Public Emergency, all jury trials have now been suspended through March 23, 2021, or further Order of the Court. Therefore, the Court finds that a trial continuance is necessary to stem the spread of COVID–19. The public health concerns for prospective jurors also support a continuance of the trial date. Moreover, district court personnel have been encouraged to telework to the greatest extent possible. The Court further notes that trial preparation necessarily involves close contact with witnesses. Accordingly, the Court finds that a continuance of the current trial date is in the interests of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). The jury trial set for February 2, 2021 is |

| | | | |
|---|---|---|---|
| | | | CANCELED and reset April 6, 2021 at 10:00 a.m. The videoconference status hearing is hereby continued from February 1, 2021 at 3:00 p.m., to March 9, 2021 at 2:00 p.m., at which time the Parties and Court will be in a better position to address pretrial motion deadlines and scheduling a final pretrial conference and firm trial date. Entered by Judge Richard Mills on 1/29/2021. (MAS, ilcd) (Entered: 01/29/2021) |
| 02/19/2021 | 62 | | MOTION for Discovery by Todd Sheffler. (Vig, Sara) (Entered: 02/19/2021) |
| 02/22/2021 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Defendant Sheffler has filed a Motion for Discovery 62 . The Government is directed to file a response by 3/19/2021. (LB, ilcd) (Entered: 02/22/2021) |
| 03/04/2021 | | | Set/Reset Deadlines/Hearings as to Todd Sheffler and Alex Banta: Status Conference set for 3/9/2021 at 2:00PM by video conference from Springfield (court to initiate conference) before Judge Richard Mills. (MAS) (Entered: 03/04/2021) |
| 03/09/2021 | | | Minute Entry for proceedings held before Judge Richard Mills: Status Conference as to Todd Sheffler and Alex Banta held by video on 3/9/2021. Parties consented to status conference being held by video. Assistant U S Attorney Timothy A Bass present for the Government. Defendant Alex Banta present and with his attorney Stanley N Wasser. Defendant Todd Sheffler present by audio only and his attorneys, William L Vig and Sara M Vig present by video. History of case and charges stated by Court. Discussion held regarding scheduling of firm trial date. Trial reset to 6/28/2021 at 9:00 a.m. Final Pretrial Conference set for 6/23/2021 at 3:00 p.m. Pretrial motions due by 6/1/2021. Responses to pretrial motions due by 6/21/2021. Court adjourned. (Tape #SP–C: 2:46 p.m.) (MAS) (Entered: 03/10/2021) |
| 03/10/2021 | | | TEXT ORDER: A status hearing regarding scheduling was held on March 9, 2021. Status of the case discussed. The jury trial is currently set for April 6, 2021. The Court noted jury trials are expected to be permitted to resume after March 23, 2021. One of the attorneys for Defendant Alex Banta is expected to be unavailable for all of April and at least some of May. The attorneys for Defendant Todd Sheffler are unavailable during the weeks of June 7 and June 14. The Parties agreed that a continuance was warranted for those reasons so that Defendants are not unreasonably denied continuity of counsel. Accordingly, the Court finds that a continuance of the current trial date is in the interests of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). The jury trial set for April 6, 2021 is CANCELED and reset on June 28, 2021 at 9:00 a.m. A final pretrial conference is set on June 23, 2021 at 3:00 p.m. Any pretrial motions are due by June 1, 2021, and responses shall be filed no later than June 21, 2021. The Defendants will advise the Court whether they consent to jury selection by United States Magistrate Judge Tom Schanzle–Haskins. Counsel for the Government estimated that a jury trial would last no longer than two weeks. Counsel inquired about using Courtroom 2 for the jury trial in order to have more room due to COVID–19 concerns. The Court noted any such decision could be made later and would have to be coordinated with United States District Judge Sue E. Myerscough. Entered by Judge Richard Mills on 3/10/2021. (MAS) (Entered: 03/10/2021) |
| 03/19/2021 | 68 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE to Motion by USA as to Todd Sheffler re 62 MOTION for Discovery (Bass, Timothy) (Entered: 03/19/2021) |
| 03/22/2021 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins. Defendant Sheffler's Motion for Discovery 62 (Motion) is DENIED. The Motion fails to provide the required statement that the parties held the conference prescribed by Fed. R. Crim P. 16.1(a) and Local Rule 16.1(C), the date of such conference, the name of the AUSA who attended the conference, and that an agreement regarding discovery or inspection could not be reached. Local Rule 16.1(D). Furthermore, the Government states that it has already complied with its obligations to produce to Defendant Sheffler all discovery materials including materials that must be provided constitutionally. See Government's Response to Defendant Shefflers Motion for Discovery 68 , at 2–5. Should Defendant Sheffler believe that the Government has not provided all required materials in discovery, he may confer with the Government in compliance with Rule 16.1 and Local Rule 16.1(C), and if the parties cannot resolve the matter without recourse to the Court, he may renew his motion and include therein the information required by Local Rule 16.1(D). (LB) (Entered: 03/22/2021) |
| 03/26/2021 | | | TEXT ORDER: Pursuant to the oral consent of all parties, United States Magistrate Judge Tom Schanzle–Haskins will impanel the jury on June 24, 2021, at 9:00 a.m. Opening statements are scheduled to commence on June 28, 2021 at 10:00 a.m., in Courtroom 2. Entered by Judge Richard Mills on 3/26/2021. (MAS) (Entered: 03/26/2021) |
| 05/03/2021 | 71 | | PETITION for Writ of Habeas Corpus ad testificandum *Tyler Shears* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 05/03/2021) |
| 05/03/2021 | 72 | | PETITION for Writ of Habeas Corpus ad testificandum *Branden Simester* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 05/03/2021) |
| 05/03/2021 | 73 | | PETITION for Writ of Habeas Corpus ad testificandum *Michael Taylor* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 05/03/2021) |
| 05/04/2021 | 74 | | PETITION for Writ of Habeas Corpus ad testificandum *Fernando Garcia–Rios* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 05/04/2021) |
| 05/06/2021 | 75 | | ORDER granting 71 Motion for Writ of Habeas Corpus ad testicandum as to Todd Sheffler (1) entered by Judge Richard Mills on 5/6/2021. (MAS) (Entered: 05/06/2021) |
| 05/06/2021 | 76 | | ORDER granting 72 Motion for Writ of Habeas Corpus ad testicandum as to Todd Sheffler (1)entered by Judge Richard Mills on 5/6/2021. (MAS) (Entered: 05/06/2021) |
| 05/06/2021 | 77 | | ORDER granting 73 Motion for Writ of Habeas Corpus ad testicandum as to Todd Sheffler (1) entered by Judge Richard Mills on 5/6/2021. (MAS) (Entered: 05/06/2021) |
| 05/06/2021 | 78 | | |

| | | | |
|---|---|---|---|
| | | | ORDER granting 74 Motion for Writ of Habeas Corpus ad testificandum as to Todd Sheffler (1) entered by Judge Richard Mills on 5/6/2021. (MAS) (Entered: 05/06/2021) |
| 05/27/2021 | 79 | | PETITION for Writ of Habeas Corpus ad testificandum *Thomas Hess* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Writ, # 2 Text of Proposed Order Order)(Vig, Sara) (Entered: 05/27/2021) |
| 06/01/2021 | 88 | | MOTION to Sever Defendant by Todd Sheffler. (Vig, William) (Entered: 06/01/2021) |
| 06/01/2021 | 89 | | BRIEF *in Support* by Todd Sheffler re 88 MOTION to Sever Defendant filed by Todd Sheffler (Vig, William) (Entered: 06/01/2021) |
| 06/01/2021 | 90 | | First MOTION in Limine *for Court's Pre−Trial Inquiry of Counsel for Defendant Sheffler* by USA as to Todd Sheffler, Willie Hedden, Alex Banta. (Attachments: # 1 Exhibit)(Bass, Timothy) (Entered: 06/01/2021) |
| 06/01/2021 | 91 | | MOTION Adopt *and Conform Certain*, MOTION in Limine *of Co−Defendant Banta* by Todd Sheffler. (Vig, William) (Entered: 06/01/2021) |
| 06/02/2021 | | | TEXT ORDER by RICHARD MILLS, United States District Judge as to Todd Sheffler:The Defendant's Petition for Writ of Habeas Corpus Ad Testificand 79 is GRANTED. Order to enter. Entered on 6/2/2021. (ME) (Entered: 06/02/2021) |
| 06/02/2021 | 92 | | ORDER granting 79 Petition for Writ of Habeas Corpus ad testificandum Thomas Hess as to Todd Sheffler (1). Entered by Judge Richard Mills on 5/28/2021. (ME) (Entered: 06/02/2021) |
| 06/02/2021 | | | TEXT ORDER by RICHARD MILLS, United States District Judge:Defendant Alex Banta has filed Proposed Voir Dire Questions 87 . Counsel for Defendant Banta states that Defendant Todd Sheffler joins in the proposed questions. Entered on 6/2/2021. (ME) (Entered: 06/02/2021) |
| 06/04/2021 | 93 | | Writ of Habeas Corpus ad Testificandum Issued as to Thomas Hess for 6/28/2021 at 9:00 a.m. in case as to Todd Sheffler (ME) (Entered: 06/04/2021) |
| 06/10/2021 | 94 | | TEXT ORDER as to Todd Sheffler and Alex Banta by RICHARD MILLS, United States District Judge: A status hearing by videoconference is set before United States District Judge Sue E. Myerscough on June 11, 2021 at 11:00 a.m. Clerk is to attach video instructions for Judge Myerscough's Courtroom. Entered by Judge Richard Mills on 6/10/2021. (MAS) (Entered: 06/10/2021) |
| 06/11/2021 | | | TEXT ORDER as to Todd Sheffler and Alex Banta: This case is transferred to United States District Judge Sue E. Myerscough for all further proceedings. Entered by Judge Richard Mills on 6/11/2021. (MAS) (Entered: 06/11/2021) |
| 06/11/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 6/11/2021 as to Defendants Todd Sheffler and Alex Banta. Court and court personnel present via video from courtroom. AUSA Timothy Bass present by video on behalf of Government. Attorneys William Vig and Sara Vig present via audio on behalf of Defendant Sheffler. Attorneys Stanley Wasser and Howard Feldman present via video on behalf of Defendant Banta. This case has been reassigned to U.S. District Judge Sue E. Myerscough. Discussion held as to date of jury selection. No objection to |

| | | | |
|---|---|---|---|
| | | | magistrate judge conducting jury selection. If not already submitted, written consent to be filed by counsel. Government stated position if current trial date is not available on Judge Myerscough's schedule. Court stated that it has rearranged the schedule to accommodate this trial as previously set. Estimation of length of trial and potential number of witnesses discussed. Disclosure of civil case discussed. As voir dire is extensive, counsel stated concern with length of jury selection possibly extending into two days. Court to confer with U.S. Magistrate Judge Tom Schanzle–Haskins as to same. Issue as to jury selection first coming from a pool of vaccinated jurors and then extending into unvaccinated, if necessary, proposed to counsel. Objections made by defense counsel for both defendants. Defense counsel to file objections of record by 6/14/2021 at 5:00 PM, with response by Government by 6/15/2021 at 5:00 PM. If oral arguments are necessary as to the vaccination issue, due to Court's current trial schedule, arguments will need to be heard after the regular court hours. The Court is in the process of working on Motions in Limine. Government stated that it will attempt to comply with the response deadline of 6/21/2021 as to pre–trial motions but will request an extension if necessary. Jury Selection remains set on 6/24/2021 at 9:00 AM before U.S. Magistrate Judge Tom Schanzle–Haskins. Jury Trial remains set to commence on 6/28/2021 at 9:00 AM before U.S. District Judge Sue E. Myerscough. Final Pretrial Conference remains set on 6/23/2021 and will change in time only to 2:00 PM. Hearing adjourned. (DM) Court reporter present (LC (Urbana))––Modified on 6/27/2021 (DM). (Entered: 06/12/2021) |
| 06/11/2021 | | | Judge update in case as to Todd Sheffler, Alex Banta: Judge Sue E. Myerscough added. Judge Richard Mills no longer assigned to case for trial purposes. (ME) (Entered: 06/17/2021) |
| 06/14/2021 | 96 | | OBJECTION *to Favoring of Vaccinated Persons in Jury Selection* by Todd Sheffler (Vig, William) (Entered: 06/14/2021) |
| 06/15/2021 | 97 | | Response by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 95 Objection (Gilmore, Gregory) (Entered: 06/15/2021) |
| 06/16/2021 | 102 | | PRETRIAL MEMORANDUM *Final Pretrial Submissions* by Todd Sheffler (Vig, William) (Entered: 06/16/2021) |
| 06/16/2021 | 103 | | Proposed Jury Instructions by Todd Sheffler (Vig, William) (Entered: 06/16/2021) |
| 06/16/2021 | 105 | | **+++ SEALED DOCUMENT.** (Vig, William) (Entered: 06/16/2021) |
| 06/17/2021 | 106 | | EXHIBIT LIST by Todd Sheffler (Vig, William) (Entered: 06/17/2021) |
| 06/17/2021 | | | TEXT ORDER: Pending is Defendant Alex Banta's motion under Local Rule 5.10(A)(2) for leave to file under seal certain photos, an autopsy report and video of a treating doctor. For good cause shown, the motion 86 is GRANTED. The disc containing the photos, autopsy report and treating doctor interview has been sealed and placed in the Clerk's Office Vault. Defendant Todd Sheffler moves to adopt and conform to include himself certain motions in limine of Co–Defendant Alex Banta, in order to reduce the burden on the Court of repetitive pleadings. The motion 91 is GRANTED. Defendant Sheffler adopts the following motions in limine of co–Defendant Banta: Motion in Limine No. 3 81 , Motion in Limine No. 4 82 , Motion in Limine No. 5 83 , Motion in Limine No. 7 85 and Motion in Limine No. 2 80 , as to paragraphs |

| | | |
|---|---|---|
| | | A, B, C, D, E, F, G, H, I, L, N and P, as provided in Defendant Sheffler's motion. Those motions and/or portions thereof shall apply to Defendants Banta and Sheffler as indicated in the motion to adopt. Entered by Judge Sue E. Myerscough on 6/17/2021. (MAS) (Entered: 06/17/2021) |
| 06/17/2021 | 107 | NOTICE OF ATTORNEY APPEARANCE Eugene L Miller appearing for USA. (Miller, Eugene) (Entered: 06/17/2021) |
| 06/21/2021 | 109 | RESPONSE to Motion by Alex Banta as to Todd Sheffler, Willie Hedden, Alex Banta re 88 MOTION to Sever Defendant *and Defendant Banta's Supplemental Motion in Limine 1–1* (Wasser, Stanley) (Entered: 06/21/2021) |
| 06/21/2021 | 111 | RESPONSE to Motion by USA as to Todd Sheffler, Alex Banta re 80 MOTION in Limine *No. 2* (Miller, Eugene) (Entered: 06/21/2021) |
| 06/21/2021 | 112 | RESPONSE to Motion by USA as to Todd Sheffler, Alex Banta re 81 MOTION in Limine *No. 3* (Miller, Eugene) (Entered: 06/21/2021) |
| 06/21/2021 | 113 | RESPONSE to Motion by USA as to Todd Sheffler, Alex Banta re 85 MOTION in Limine *No. 7* (Miller, Eugene) (Entered: 06/21/2021) |
| 06/21/2021 | 114 | NOTICE *of Filing Government's Proposed Jury Instructions* by USA as to Todd Sheffler, Willie Hedden, Alex Banta (Attachments: # 1 Proposed Jury Instructions)(Bass, Timothy) (Entered: 06/21/2021) |
| 06/21/2021 | 115 | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 58 MOTION in Limine *FOR ENTRY OF AN ORDER PROTECTING DEFENDANT BANTAS RIGHTS PURSUANT TO BRUTON v. UNITED STATES*, 84 MOTION in Limine *No. 6*, 88 MOTION to Sever Defendant (Bass, Timothy) (Entered: 06/21/2021) |
| 06/21/2021 | 116 | STATEMENT OF THE CASE by USA as to Todd Sheffler, Alex Banta. (Bass, Timothy) (Entered: 06/21/2021) |
| 06/22/2021 | 117 | RESPONSE to Motion by Todd Sheffler re 90 First MOTION in Limine *for Court's Pre–Trial Inquiry of Counsel for Defendant Sheffler* (Vig, William) (Entered: 06/22/2021) |
| 06/22/2021 | | TEXT ORDER: Counsel for the Government has informed the Court that all counsel have agreed to a brief continuance in this case. There are a number of pretrial motions that are not yet fully briefed. A continuance is necessary in order to allow the parties to file responses to those motions and the Court to rule on the motions. Based on the reasons provided and to allow counsel reasonable time for effective preparation, the Court finds that granting a continuance is in the interest of justice and outweighs the Defendants' and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). The final pretrial conference remains scheduled for 6/23/2021 at 2:00 p.m. in Courtroom 1 in Springfield. Counsel to appear in person. Defendants need not attend. Jury selection set on 6/24/2021 at 9:00 a.m. before United States Magistrate Judge Tom Schanzle–Haskins is canceled and reset on 7/1/2021, and, if necessary, 7/2/2021 before United States Magistrate Judge Jonathan E. Hawley in Courtroom 1 in Springfield. Jury selection will begin at 9:00 a.m. The jury trial setting of 6/28/2021 at 9:00 a.m. before United States District Judge Sue E. Myerscough is continued to 7/6/2021 at 9:00 a.m. in Courtroom 1, Springfield. Entered by United States District Judge Sue E. Myerscough on 06/22/2021. |

| | | | |
|---|---|---|---|
| | | | (DM) (Entered: 06/22/2021) |
| 06/22/2021 | 119 | | NOTICE *of Filing of Government's Witness and Exhibit Lists* by USA as to Todd Sheffler, Alex Banta (Attachments: # 1 Government's Exhibit List)(Bass, Timothy) (Entered: 06/22/2021) |
| 06/22/2021 | 120 | | **+++ SEALED DOCUMENT.** (Bass, Timothy) (Entered: 06/22/2021) |
| 06/23/2021 | 121 | | OBJECTION *to Defendant Banta's Proposed Voir Dire* by USA as to Todd Sheffler, Willie Hedden, Alex Banta (Bass, Timothy) (Entered: 06/23/2021) |
| 06/23/2021 | 122 | | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 83 MOTION in Limine *No. 5*, 82 MOTION in Limine *No. 4* (Bass, Timothy) (Entered: 06/23/2021) |
| 06/23/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: PRETRIAL CONFERENCE held on 6/23/2021 as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Attorneys William Vig and Sara Vig present on behalf of Defendant Sheffler. Attorneys Stanley Wasser and Howard Feldman present on behalf of Defendant Banta. Proposed Statement of the Case was accepted by parties. Discussion held regarding large number of witnesses listed on each of the Witness Lists and the duplication of some. Government addressed the length of trial. Parties in agreement that disclosure of exhibits has been made with right to objection at trial. Discussion held regarding wearing of masks at trial with positions stated by counsel. Opposition regarding placement of witness and jury during trial and distortion/transparency of protective shields expressed. As it was previously discussed as a possibility, Court suggestion made regarding continuance to August as there may be a possibility of less protective/safety measures due to COVID at that time. Positions stated as to continuance to August. Brief recess taken for off record consultation and to allow defense counsel to confer by phone with their respective clients as to availability. Pretrial Conference continued to Friday, June 25, 2021 at 11:00 AM with all counsel and Defendants to be present to discuss continuance. The issue of jury pool first taken from vaccinated pool to be addressed pending defense counsel's review of past jury pool from June, 2021 for comparison purposes. Pretrial motions and jury instructions will be discussed. Government and defense counsel to discuss issues with Motions in Limine in hopes to reach an agreement. Counsel will inform Court prior to Friday if agreement regarding pretrial motions is reached. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 06/23/2021) |
| 06/24/2021 | | | TEXT ORDER: The Writ of Habeas Corpus Ad Testificandum 93 to Western Illinois Correctional Center, Warden Brittany Greene, 2500 Rt. 99 South, Mt. Sterling, Illinois 62353, commanding that Thomas Hess, Inmate #Y27233, who is detained at Western Illinois Correctional Center, 2500 Rt. 99 South, Mt. Sterling, Illinois 62353, be produced at 151 U.S. Courthouse, 600 East Monroe St., Springfield Illinois 62701, at the office and to the custody of the U.S. Marshal Service for trial testimony on June 28, 2021 at 9:00 a.m., is VACATED. Entered by Judge Sue E. Myerscough on 06/24/2021. (DM) (Entered: 06/24/2021) |
| 06/24/2021 | | | TEXT ORDER: Defendant Alex Banta's Motion in Limine No. 4 (d/e 82) , which was joined by Defendant Todd Sheffler, has been withdrawn by both |

| | | | |
|---|---|---|---|
| | | | Defendants. Accordingly, the Clerk will terminate Defendants' Motion in Limine No. 4 (d/e 82). The Court further notes that a portion of Defendant Banta's Motion in Limine No. 5 (d/e 83), which was joined by Defendant Sheffler, has been withdrawn by both Defendants. The Defendants have withdrawn the part of the motion regarding compliance with Rule 16 disclosure requirements of an expert witness. The portion relating to the Daubert objections regarding the expert's opinions remains pending. The parties are attempting to resolve that issue. Entered by Judge Sue E. Myerscough on 6/24/2021. (MAS) Modified on 6/25/2021 (MC). Modified on 6/25/2021 (MC). (Entered: 06/24/2021) |
| 06/25/2021 | 124 | | NOTICE *of Filing Amended Jury Instructions 30A, 31A, 44A and 45A* by USA as to Todd Sheffler, Alex Banta (Bass, Timothy) (Entered: 06/25/2021) |
| 06/25/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: PRETRIAL CONFERENCE held on 6/25/2021 as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Stanley Wasser and Howard Feldman. Continuation of Jury Trial addressed with positions stated. All parties in agreement to continuance. Length of continuance and scheduling of same discussed. Government stated its concerns under the Speedy Trial Act. Court continued the Jury Trial to commence on August 3, 2021 at 9:00 AM, Courtroom 1, Springfield before U.S. District Judge Sue E. Myerscough and Jury Selection to begin on August 2, 2021 at 9:00 AM, Courtroom 1, Springfield, possibly before U.S. Magistrate Judge Tom Schanzle–Haskins. Right to a speedy trial given to Defendants. Personal acknowledgement as to right to a speedy trial and agreement to the continuance by both Defendants. Interests of Justice finding made as well as finding under the Courts continued General Order as to COVID. Agreed Statement of the Case executed and presented to Court. Jury Instruction Conference held. Government to follow up with Court's Clerk to inform Court of status of other criminal cases on trailing trial calendar in August. Positions stated with rulings rendered on pretrial motions. Magistrate Judge who will be conducting Jury Selection will rule on Voir Dire. Positions further stated as to issue of masks. Counsel to defer discussion as to the issues of jury questions, masks, and vaccinated/unvaccinated jury pool selection closer to trial date. Other logistics as to courtroom discussed. Oral Motion and argument made by Attorney Sara Vig for a continuance to a later date offered in November by Court. Motion denied. Counsel to confer and try to reach a resolution as to the Santiago and Daubert issues. If an agreement is not reached, then Government is to submit additional briefing with potential request for a Daubert hearing by July 2, 2021. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 06/27/2021) |
| 06/25/2021 | 125 | | AGREED STATEMENT OF THE CASE as to Todd Sheffler, Alex Banta. (DM) (Entered: 06/28/2021) |
| 06/25/2021 | 126 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT––AGREED STATEMENT OF THE CASE–– UNREDACTED** (DM) (Entered: 06/28/2021) |
| 06/30/2021 | 127 | | Second PETITION for Writ of Habeas Corpus ad testificandum *Fernando* |

| | | | |
|---|---|---|---|
| | | | *Garcia−Rios* by Todd Sheffler. (Attachments: # <u>1</u> Text of Proposed Order Proposed Writ, # <u>2</u> Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 06/30/2021) |
| 06/30/2021 | <u>128</u> | | Second PETITION for Writ of Habeas Corpus ad testificandum *Thomas Hess* by Todd Sheffler. (Attachments: # <u>1</u> Text of Proposed Order Proposed Writ, # <u>2</u> Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 06/30/2021) |
| 06/30/2021 | <u>129</u> | | Second PETITION for Writ of Habeas Corpus ad testificandum *Tyler Shears* by Todd Sheffler. (Attachments: # <u>1</u> Text of Proposed Order Proposed Writ, # <u>2</u> Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 06/30/2021) |
| 06/30/2021 | <u>130</u> | | Second PETITION for Writ of Habeas Corpus ad testificandum *Branden Simester* by Todd Sheffler. (Attachments: # <u>1</u> Text of Proposed Order Proposed Writ, # <u>2</u> Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 06/30/2021) |
| 06/30/2021 | <u>131</u> | | Second PETITION for Writ of Habeas Corpus ad testificandum *Michael Taylor* by Todd Sheffler. (Attachments: # <u>1</u> Text of Proposed Order Proposed Writ, # <u>2</u> Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 06/30/2021) |
| 07/01/2021 | <u>137</u> | | OPINION entered by Judge Sue E. Myerscough on 6/30/2021. The Court defers ruling on Defendant Alex Banta's Motion in Limine No. 7 Pertaining to the Admission of Certain Testimony, d/e 85 . (SEE WRITTEN OPINION) (MAS) (Entered: 07/01/2021) |
| 07/01/2021 | <u>138</u> | | ORDER entered by Judge Sue E. Myerscough on 6/30/2021. Defendant Todd Sheffler's Motion to Sever Trial from Co−Defendant Alex Banta, d/e <u>88</u> is DENIED. The Government's Motion for a Pre−Trial Inquiry of Counsel for Defendant Todd Sheffler, d/e <u>90</u> is TERMINATED. (SEE WRITTEN OPINION) (MAS) (Entered: 07/01/2021) |
| 07/01/2021 | <u>139</u> | | ORDER as to Todd Sheffler, Willie Hedden, Alex Banta entered by Judge Sue E. Myerscough on 6/30/2021. Rulings from the Final Pretrial Conference held on June 23 and 25, 2021 summarized. (SEE WRITTEN ORDER) (MAS) (Entered: 07/01/2021) |
| 07/02/2021 | <u>140</u> | | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 46 MOTION Defendant Alex Banta's Mortion For An Order Requiring The Government To File Its Proffer Regarding Co−Conspirator Hearsay Statement Which The Government Intends To Use At Trial (Bass, Timothy) (Entered: 07/02/2021) |
| 07/02/2021 | <u>141</u> | | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 83 MOTION in Limine *No. 5* (Bass, Timothy) (Entered: 07/02/2021) |
| 07/08/2021 | <u>143</u> | | ORDER granting <u>127</u> Petition for Writ of Habeas Corpus ad testificandum as to Todd Sheffler (1). Entered by Judge Sue E. Myerscough on 07/08/2021. (DM) (Entered: 07/08/2021) |
| 07/08/2021 | <u>144</u> | | ORDER granting <u>128</u> Petition for Writ of Habeas Corpus ad testificandum as to Todd Sheffler (1). Entered by Judge Sue E. Myerscough on 07/08/2021. (DM) (Entered: 07/08/2021) |
| 07/08/2021 | <u>145</u> | | |

| | | | |
|---|---|---|---|
| | | | ORDER granting 129 Petition for Writ of Habeas Corpus ad testificandum as to Todd Sheffler (1). Entered by Judge Sue E. Myerscough on 07/08/2021. (DM) (Entered: 07/08/2021) |
| 07/08/2021 | 146 | | ORDER granting 130 Petition for Writ of Habeas Corpus ad testificandum as to Todd Sheffler (1). Entered by Judge Sue E. Myerscough on 07/08/2021. (DM) (Entered: 07/08/2021) |
| 07/08/2021 | 147 | | ORDER granting 131 Petition for Writ of Habeas Corpus ad testificandum as to Todd Sheffler (1). Entered by Judge Sue E. Myerscough on 07/08/2021. (DM) (Entered: 07/08/2021) |
| 07/08/2021 | 148 | | VACATED per Text Order of 08/4/2021.  Writ of Habeas Corpus ad Testificandum Issued as to Fernando Garcia−Rios for Trial commencing on August 3, 2021 at 9:00 AM in case as to Defendant Todd Sheffler. (DM) Modified on 8/5/2021 (DM). (Entered: 07/08/2021) |
| 07/08/2021 | 149 | | VACATED per Text Order of 08/4/2021.  Writ of Habeas Corpus ad Testificandum Issued as to Thomas Hess for Trial commencing on August 3, 2021 at 9:00 AM in case as to Defendant Todd Sheffler. (DM) Modified on 8/5/2021 (DM). (Entered: 07/08/2021) |
| 07/08/2021 | 150 | | VACATED per Text Order of 08/4/2021.  Writ of Habeas Corpus ad Testificandum Issued as to Tyler Shears for Trial commencing on August 3, 2021 at 9:00 AM in case as to Defendant Todd Sheffler. (DM) Modified on 8/5/2021 (DM). (Entered: 07/08/2021) |
| 07/08/2021 | 151 | | VACATED per Text Order of 08/4/2021.  Writ of Habeas Corpus ad Testificandum Issued as to Branden Simester for Trial commencing on August 3, 2021 at 9:00 AM in case as to Defendant Todd Sheffler. (DM) Modified on 8/5/2021 (DM). (Entered: 07/08/2021) |
| 07/08/2021 | 152 | | VACATED per Text Order of 08/4/2021.  Writ of Habeas Corpus ad Testificandum Issued as to Michael Taylor for Trial commencing on August 3, 2021 at 9:00 AM in case as to Defendant Todd Sheffler. (DM) Modified on 8/5/2021 (DM). (Entered: 07/08/2021) |
| 07/12/2021 | 153 | | MOTION in Limine *Motion to Adopt Co−Defendant Banta 5−1* by Todd Sheffler. (Vig, Sara) (Entered: 07/12/2021) |
| 07/13/2021 | | | TEXT ORDER as to Todd Sheffler (1): Before the Court is Defendant Todd Sheffler's Motion to Adopt and Conform Motion in Limine No. 5−1 of Co−Defendant Alex Banta. Defendant Sheffler states that the motion equally applies to him and thus moves to adopt and conform to include himself the motion in order to reduce the burden on the Court of repetitive pleadings. The Motion to Adopt and Conform 153 is GRANTED. Motion in Limine No. 5−1 142 applies to Defendants Banta and Sheffler as indicated in the motion to adopt. Entered by Judge Sue E. Myerscough on 7/13/2021. (MAS) (Entered: 07/13/2021) |
| 07/13/2021 | 154 | | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 142 MOTION in Limine *No. 5−1* (Bass, Timothy) (Entered: 07/13/2021) |
| 07/13/2021 | 155 | | +++ **SEALED DOCUMENT.** (Bass, Timothy) (Entered: 07/13/2021) |

| | | | |
|---|---|---|---|
| 07/15/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: EVIDENTIARY HEARING re: Motion in Limine 5–1 142 held on 7/15/2021 as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Attorney Sara Vig present on behalf of Defendant Sheffler. Attorney Stanley Wasser present on behalf of Defendant Banta. Defendants previously excused from attendance. Issues as to jury selection and brief continuance addressed by Court. Discussion held as to length of trial with estimation at approximately 2 weeks. Witness Dr. Collier called, sworn and testimony given. Evidence marked and admitted. Court to set status hearing, to include both defendants' appearance, to discuss consent under Speedy Trial Act. Request by defense counsel to allow both defendants to appear by video. Without objection, request granted. Oral Motion to Seal Exhibits granted. Status Conference set for July 20, 2021 at 2:00 PM at 2:00 PM before U.S. District Judge Sue E. Myerscough. Defendants are allowed to participate via video. At this time, Jury Selection tentatively set for August 5 and 6, 2021 at 9:00 AM with Jury Trial tentatively set to commence on August 9, 2021 at 9:00 AM. Daubert matter taken under advisement. Court adjourned. (Court Reporter L. Cosimini.) (DM) (Entered: 07/15/2021) |
| 07/15/2021 | 156 | | **+++ SEALED DOCUMENT–-Exhibit List marked by Court at Evidentiary Hearing–-Exhibits are sealed per Order of Court.** (DM) (Entered: 07/16/2021) |
| 07/20/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 7/20/2021 as to Defendants Todd Sheffler and Alex Banta. AUSA Timothy Bass present via video on behalf of Government. Attorney Sara Vig present by video on behalf of Defendant Sheffler. Attorney William Vig present by video with Defendant Sheffler. Attorneys Howard Feldman and Stanley Wasser present by video on behalf of Defendant. Defendant Banta present via video through Attorney Wasser. Consent and waiver of Speedy Trial rights given by defense counsel and personally by each Defendant as to a continuance of the Jury Trial. Jury Selection continued to August 5 and 6, 2021 at 9:00 AM before Magistrate Judge Tom Schanzle–Haskins with Jury Trial to commence on August 9, 2021 at 9:00 AM before U.S. District Judge Sue E. Myerscough. Both Jury Selection and Jury Trial will be held in Courtroom 1, Springfield. Issue as to jury pool amount addressed by Court. With consent of parties, Court will summons additional jurors for Jury Selection. Agreement by parties that a joint oral motion moving for a one week continuance of the Jury Selection and Jury Trial was previously requested. Interests of Justice finding made as to continuance of jury trial under 18 USC § 3161(h)(7)(A). Request for an additional Status Hearing granted. Additional Status Conference set for August 3, 2021 at 10:00 AM before U.S. District Judge Sue E. Myerscough. Defendants excused from attendance at the Status Conference. Hearing adjourned. (Court Reporter M. Clagg.) (DM) (Entered: 07/21/2021) |
| 07/23/2021 | 157 | | OPINION entered by Judge Sue E. Myerscough on 7/23/2021. The Defendants' Motion in Limine No. 5–1, d/e 142 is GRANTED to the extent that Defendants seek a Daubert hearing regarding the admissibility of certain opinions of Dr. Patrick Collier. The Motion is DENIED to the extent that Defendants seek exclusion of those opinions. (SEE WRITTEN OPINION) (MAS) (Entered: 07/23/2021) |

| 07/26/2021 | | | NOTICE OF HEARING as to Defendants Todd Sheffler and Alex Banta: Telephonic Status Conference with counsel only to discuss jury selection procedure is set Tuesday, 8/3/2021, at 3:00 PM (court will place call) before U.S. Magistrate Judge Tom Schanzle−Haskins. (LB) (Entered: 07/26/2021) |
| 07/30/2021 | 160 | | STRUCK PER 7/30/2021 TEXT ORDER −  ORDER RULING ON DEFENDANT BANTA'S PROPOSED VOIR DIRE QUESTIONS 87 entered by U.S. Magistrate Judge Tom Schanzle−Haskins on 7/30/2021. (LB) Modified on 7/30/2021 (MJC). (Entered: 07/30/2021) |
| 07/30/2021 | | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle−Haskins. Order 160 entered 7/30/2021 is STRICKEN as incorrect document was filed. Correct Order to follow. (LB) (Entered: 07/30/2021) |
| 07/30/2021 | 161 | | ORDER RULING ON DEFENDANT BANTA'S PROPOSED VOIR DIRE QUESTIONS 87 entered by U.S. Magistrate Judge Tom Schanzle−Haskins on 7/30/2021. (LB) (Main Document 161 replaced on 7/30/2021) (GL). (Entered: 07/30/2021) |
| 07/30/2021 | | | Notice of Docket Text or Event Modification re 161 Order. Main Document replaced per chambers as it contained incorrect date. Regenerated to parties. (GL) (Entered: 07/30/2021) |
| 08/02/2021 | 164 | | NOTICE *of Filing Government's Amended Exhibit List and Amended Witness List* by USA as to Todd Sheffler, Alex Banta (Attachments: # 1 Amended Exhibit List)(Bass, Timothy) (Entered: 08/02/2021) |
| 08/02/2021 | 166 | | MOTION in Limine *Motion to Adopt Co−Defendant Banta 2−1* by Todd Sheffler. (Vig, Sara) (Entered: 08/03/2021) |
| 08/03/2021 | 167 | | MOTION for Reconsideration re 161 Order *Motion to Adopt Co−Defendant Banta Motion to Reconsider* by Todd Sheffler. (Vig, Sara) (Entered: 08/03/2021) |
| 08/03/2021 | 168 | | VACATED PER THE COURT'S TEXT ORDER OF 3/10/2022  Third PETITION for Writ of Habeas Corpus ad testificandum *Thomas Hess* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Writ, # 2 Text of Proposed Order Order)(Vig, Sara) Modified on 3/10/2022 (MAS). (Entered: 08/03/2021) |
| 08/03/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 8/3/2021 as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Attorneys William Vig and Sara Vig present on behalf of Defendant Sheffler. Attorneys Stanley Wasser and Howard Feldman present on behalf of Defendant Banta. Defendants previously excused from appearing. Court discussed potential jury pool numbers. Government to file written responses to recent pending motions. Discussion held regarding spacing and placement of additional televisions for displaying evidence. Request by Government for an additional television to display evidence was denied as it will block jurors from seeing witness. Discussion held as to COVID numbers and concern with bringing in jurors. Oral Joint Motion to Continue by defense counsel. Further discussion held as to COVID, witnesses and vaccinated/non−vaccinated jury pool. Position of Government given. Issue of COVID testing addressed. Request by Government if Court could propose what conditions would be considered to be safe to proceed. Court stated its |

| | | | |
|---|---|---|---|
| | | | obligation for the safety of the public. Short break taken for defense counsel to confer with defendants by phone as to continuance. Court reconvened. Counsel for both Defendant Sheffler and Banta stated that both defendants were in agreement to a continuance and were willing to waive their rights under the Speedy Trial Act. Government objected to a continuance but in the alternative if Court were to continue the trial over objection, then it suggested a formal consent and waiver from defendants personally and ends of justice finding made by the Court. Government requested a status conference at a later date to establish an acceptable safety guideline. Alternate plan of action and proposal made by Government. Without objection, Court continued the Motion Hearing as to the continuance to August 4, 2021 at 1:30 PM via video before U.S. District Judge Sue E. Myerscough. At this time the proposed jury trial and trial dates are as follows: Jury Selection to begin on November 1 and continue into November 2, 2021 at 9:00 AM, Courtroom 1, Springfield, before U.S. Magistrate Judge Tom Schanzle–Haskins with Jury Trial to commence on November 3, 2021 at 9:00 AM, Courtroom 1, Springfield before U.S. District Judge Sue E. Myerscough. Additional Status Conference set for September 13, 2021 at 3:00 PM before U.S. District Judge Sue E. Myerscough, Springfield. Court adjourned. (Tape #SP–1: 10:11 AM.) (DM) (Entered: 08/03/2021) |
| 08/04/2021 | 169 | | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 159 MOTION in Limine *No. 2–1* (Bass, Timothy) (Entered: 08/04/2021) |
| 08/04/2021 | 170 | | +++ **SEALED DOCUMENT.** (Bass, Timothy) (Entered: 08/04/2021) |
| 08/04/2021 | 171 | | +++ **SEALED DOCUMENT.** (Bass, Timothy) (Entered: 08/04/2021) |
| 08/04/2021 | 173 | | RESPONSE to Motion by USA as to Todd Sheffler, Alex Banta re 167 MOTION for Reconsideration re 161 Order *Motion to Adopt Co–Defendant Banta Motion to Reconsider*, 162 MOTION for Reconsideration re 161 Order *REGARDING FOUR OF DEFENDANT BANTAS PROPOSED VOIR DIRE QUESTIONS* (Miller, Eugene) (Entered: 08/04/2021) |
| 08/04/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: MOTION HEARING held on 8/20/2021 as to Defendants Todd Sheffler and Alex Banta. Court and court personnel present via video in courtroom. AUSAs Timothy Bass and Eugene Miller present via video on behalf of Government. Defendant Sheffler present via video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Defendant Banta present via video. Attorney Stanley Wasser present by video on behalf of Defendant Banta. Defense counsel renewed their joint oral motion to continue the jury trial. Speedy Trial rights addressed. Consent and waiver of Speedy Trial rights personally given by each Defendant as to a continuance of the Jury Trial. Motion granted over objection by Government. Interests of Justice finding made as to continuance of jury trial under 18 USC § 3161(h)(7)(A) with finding made as to public safety. Jury Selection to begin on November 1 and continue into November 2, 2021 at 9:00 AM, Courtroom 1, Springfield, before U.S. Magistrate Judge Tom Schanzle–Haskins with Jury Trial to commence on November 3, 2021 at 9:00 AM, Courtroom 1, Springfield before U.S. District Judge Sue E. Myerscough. Discussion regarding responses and additional filings. To accommodate the presence of the Defendants via video at the additional Status Conference previously set, Court reset in time only from 3:00 |

| | | | |
|---|---|---|---|
| | | | PM to 4:00 PM on September 13, 2021 with all parties to appear by video. Court adjourned. (Court Reporter M. Clagg.) (DM) (Entered: 08/04/2021) |
| 08/05/2021 | | | TEXT ORDER: The Court held a status hearing on August 3, 2021. The rapidly increasing number of COVID–19 positive cases throughout the Central District of Illinois was addressed. Defendants Todd Sheffler and Alex Banta made an oral motion to continue the jury trial. A hearing on the motion to continue was held on August 4, 2021. Attorneys and Defendants Sheffler and Banta appeared by videoconference. Defendants Sheffler and Banta were advised of their right to a speedy trial. Defendants Sheffler and Banta personally acknowledged and waived their rights to a speedy trial. The Court found the waivers to be knowing and voluntary. The Court notes that, according to the Illinois Department of Public Health website, 15 of the 16 counties in the Springfield Division are COVID–19 "High Transmission" counties, meaning 100 or more total new weekly cases per 100,000 people. The lone exception, DeWitt County, is labeled as "Substantial Transmission," or 50 to 99 7–day total new cases per 100,000. The jurors would be drawn from these mostly "High Transmission" counties. Some of the witnesses would be traveling from the same counties. Given these circumstances, there is a significant likelihood that the trial would be disrupted due to positive COVID–19 cases if it were to proceed on August 9, 2021. Therefore, a continuance of the trial is currently necessary due to the ongoing public health dangers associated with COVID–19. The Court finds, pursuant to 18 U.S.C. Section 3161 (h)(7)(B), that "the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice." The Court further finds that granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). The Defendants' Motion to Continue is GRANTED. The jury trial is continued from August 9, 2021 to November 1, 2021. Jury selection set for August 5–6, 2021, is canceled. Jury selection to commence on November 1, 2021 at 9:00 a.m. before U.S. Magistrate Judge Tom Schanzle–Haskins. Jury trial to commence before U.S. District Judge Sue E. Myerscough following empanelment of jury. Both jury selection and the jury trial will be held in Courtroom 1. A status hearing is set on September 13, 2021 at 4:00 p.m., at which time the Court and parties will reassess concerns related to COVID–19 and consider the possibility of advancing the trial date if conditions allow. The Court hereby VACATES the Writ of Habeas Corpus ad Testificandum Issued as to Fernando Garcia–Rios 148 , the Writ of Habeas Corpus ad Testificandum Issued as to Thomas Hess 149 , the Writ of Habeas Corpus ad Testificandum Issued as to Tyler Shears 150 , the Writ of Habeas Corpus ad Testificandum Issued as to Brandon Simester 151 and the Writ of Habeas Corpus ad Testificandum Issued as to Michael Taylor 152 . The Parties are directed to file appropriate Writs in light of the continuance. Entered by Judge Sue E. Myerscough on 08/04/2021. (DM) (Entered: 08/05/2021) |
| 08/05/2021 | 175 | | MOTION to Continue *Subpoena in Full Force* by Todd Sheffler. (Attachments: # 1 Exhibit A)(Vig, Sara) (Entered: 08/05/2021) |
| 08/25/2021 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's Motion to Adopt and Conform Motion in Limine No. 2–1 of Co–Defendant Alex Banta. Defendant Sheffler states that the motion equally applies to him and thus moves to adopt and conform to include himself in the motion in order to reduce |

| | | |
|---|---|---|
| | | the burden on the Court of repetitive pleadings. The Motion to Adopt and Conform 166 is GRANTED. Motion in Limine No. 2−1 159 applies to Defendants Banta and Sheffler as indicated in the motion to adopt. Pending also is Defendant Todd Sheffler's Motion to Continue Subpoena. The Clerk previously issued a subpoena for the appearance of Christian Vega on August 9, 2021. Defendant Sheffler requests a continuance of the subpoena because the trial has been continued to November 1, 2021. The Motion to Continue Subpoena 175 is GRANTED. The subpoena previously served on Christian Vega is continued and remains in full force and effect to November 1, 2021. The Clerk is directed to send notice to Mr. Vega of this Court's Order and new date. Entered by Judge Sue E. Myerscough on 8/25/2021. (MAS) (Entered: 08/25/2021) |
| 09/13/2021 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 9/13/2021 as to Defendants Todd Sheffler and Alex Banta. Court and court personnel present via video in courtroom. AUSA Timothy Bass present via audio and AUSA Eugene Miller present via video on behalf of Government. Defendant Sheffler present via video. Attorney William Vig present in person on behalf of Defendant Sheffler. Defendant Banta present via video. Attorney Stanley Wasser present in person on behalf of Defendant Banta. Attorney Katy Guiffre of Feldman Wasser also present in courtroom. By agreement and proposed by the Government, Jury Selection and Jury Trial to remain as previously set. Jury Selection to begin on November 1, 2021 at 9:00 AM and continue to November 2, 2021 at 9:00 AM, Courtroom 1, Springfield, before U.S. Magistrate Judge Tom Schanzle−Haskins with Jury Trial to commence on November 3, 2021 at 9:00 AM, Courtroom 1, Springfield before U.S. District Judge Sue E. Myerscough. Government to respond to Defendant Banta's Motion in Limine 2−2. Additional Final Pretrial Conference set before U.S. District Judge Sue E. Myerscough, Courtroom 1 on October 15, 2021 at 4:00 PM via video. Counsel and parties to appear by video. Court adjourned. (Tape #SP−1: 4:04PM.) (DM) (Entered: 09/14/2021) |
| 09/14/2021 | 177 | MOTION Adopt *and Conform Motion in Limine No. 2−2 of Co−Defendant Banta* by Todd Sheffler. (Vig, William) (Entered: 09/14/2021) |
| 09/16/2021 | | TEXT ORDER: Due to a scheduling conflict, the final pretrial conference now set on October 15, 2021 at 4:00 p.m., is continued to October 18, 2021 at 4:00 p.m., by videoconference. Pending is the Motion of Defendant Todd Sheffler to Adopt and Conform Motion in Limine No. 2−2 of Co−Defendant Alex Banta. Defendant Sheffler states that the motion applies equally to him and thus moves to adopt and conform in order to include himself in the motion in order to reduce the burden on the Court of repetitive pleadings. The Motion to Adopt and Conform 177 is GRANTED. Motion in Limine No. 2−2 applies to Defendants Banta and Sheffler as indicated in the Motion to Adopt. Entered by Judge Sue E. Myerscough on 09/16/2021. (DM) (Entered: 09/16/2021) |
| 09/23/2021 | 178 | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 172 MOTION in Limine *No. 2−2* (Bass, Timothy) (Entered: 09/23/2021) |
| 10/18/2021 | 179 | Third PETITION for Writ of Habeas Corpus ad testificandum *Michael Taylor* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 10/18/2021) |

| | | | |
|---|---|---|---|
| 10/18/2021 | 180 | | Third PETITION for Writ of Habeas Corpus ad testificandum *Tyler Shears* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 10/18/2021) |
| 10/18/2021 | 181 | | Third PETITION for Writ of Habeas Corpus ad testificandum *Thomas Hess* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 10/18/2021) |
| 10/18/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: PRETRIAL CONFERENCE held on 10/18/2021 as to Defendants Todd Sheffler and Alex Banta. Court and court personal by video in courtroom. AUSA Timothy Bass present by audio and AUSA Eugene Miller present by video on behalf of Government. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Attorney Stanley Wasser present by video on behalf of Defendant Banta. Both Defendants Sheffler and Banta present by video. Court stated that it is in the process of ruling on the pending Motions in Limine but stated that photographs will be allowed. Court advised parties and counsel of the proposed jury pool for November as of this date and the vaccinated/unvaccinated totals. Discussion held with Court ruling that potential jurors will first be called from the vaccinated jury pool and then from the unvaccinated pool if jury is not picked from vaccinated jury pool. Objection stated by defense counsel as to Court's suggestion due to safety concerns that unvaccinated jurors participate by video. Outline of trial proceeding discussed with Jury Selection on November 1 and 2, 2021 at 9:00 AM before Magistrate Judge Tom Schanzle–Haskins and Jury Trial commencing on November 3, 2021 at 9:00 AM before U.S. District Judge Sue E. Myerscough. Further discussion regarding Court holiday. Discussion held regarding Government's witness line–up. Government to provide a potential draft of witness line–up to defense counsel at jury selection. Witness testimony and writs for IDOC inmates and parolee addressed. Government in discussion with IDOC counsel to obtain information for defense counsel. Suggestion by Government for possible utilization of potential vaccinated jurors from CDIL divisions as a whole. Oral Motion by defense counsel to continuance of jury trial in light of the safety issues. Request for continuance taken under advisement. Request by Government for a definition of what would need to change for the jury trial to proceed. Court addressed same. Government ordered to respond in writing by October 19, 2021 as to Defendants' oral motion to continue the jury trial in this matter. Court adjourned. (Court Reporter MC.) (DM) (Entered: 10/18/2021) |
| 10/18/2021 | 182 | | POSITION by USA as to Todd Sheffler, Willie Hedden, Alex Banta regarding Defendants' Oral Motion to Continue Trial. (Miller, Eugene) (Entered: 10/18/2021) |
| 10/19/2021 | | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: At the pretrial conference on October 18, 2021, counsel for Defendants Todd Sheffler and Alex Banta made an oral motion to continue the trial which is set to begin on November 1, 2021. The Government has filed its response 182 to the motion. A videoconference status hearing is set for October 21, 2021 at 3:30 p.m., at which the Court will inquire of Defendants Sheffler and Banta whether they are personally waiving their rights to a speedy trial. Entered by U.S. District Judge Sue E. Myerscough on 10/19/2021. (DM) (Entered: 10/19/2021) |
| 10/21/2021 | 183 | | Subpoena *ad Testificandum* by Todd Sheffler for Christian Vega. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Affidavit Proof of Service)(Vig, Sara) (Entered: 10/21/2021) |
| 10/21/2021 | 184 | | Subpoena *ad Testificandum* by Todd Sheffler for Monica Strandberg. (Attachments: # 1 Affidavit Proof of Service)(Vig, Sara) (Entered: 10/21/2021) |
| 10/21/2021 | 185 | | Subpoena *ad Testificandum* by Todd Sheffler for Justin Maher. (Attachments: # 1 Affidavit Proof of Service)(Vig, Sara) (Entered: 10/21/2021) |
| 10/21/2021 | 186 | | Subpoena *ad Testificandum* by Todd Sheffler for Fernando Garcia–Rios. (Attachments: # 1 Affidavit Proof of Service)(Vig, Sara) (Entered: 10/21/2021) |
| 10/21/2021 | 187 | | Subpoena *ad Testificandum* by Todd Sheffler for Brandon Simester. (Attachments: # 1 Affidavit Proof of Service)(Vig, Sara) (Entered: 10/21/2021) |
| 10/21/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 10/21/2021 as to Defendants Todd Sheffler and Alex Banta. Court and court personnel present by video in courtroom. AUSA Timothy Bass present by audio and AUSA Eugene Miller present by video on behalf of Government. Defendant Sheffler present via video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Defendant Banta present by video. Attorneys Howard Feldman and Stanley Wasser present by video on behalf of Defendant Banta. Discussion held regarding alternative jury trial dates. Length of trial discussed. Court continued the Jury Trial as follows: Jury Selection to begin on January 3, 2022 at 9:00 AM and will continue into January 4, 2022 at 9:00 AM if necessary, Courtroom 1, Springfield, before U.S. Magistrate Judge Tom Schanzle–Haskins or another Magistrate Judge if available, with Jury Trial to begin on January 5, 2022 at 9:00 AM or upon completion of Jury Selection, Courtroom 1, Springfield before U.S. District Judge Sue E. Myerscough. Speedy Trial rights addressed. Consent and waiver of Speedy Trial rights personally given by each Defendant as to a continuance of the Jury Trial. Interests of Justice finding made as to continuance of jury trial under 18 USC § 3161(h)(7)(A) with finding made as to public safety/COVID. In addition, Court adopted its findings under previous order entered in August, 2021 as to continuance. Request by Government and acceptance by defense counsel that if any further continuance be addressed no later than December 14th. Defense counsel addressed Court regarding Government's request and agreed to same unless an emergent issue arises. Request by Attorney Sara Vig for previously issued subpoenas to be continued in full force and effect. Discussion held. Order to enter. Hearing adjourned.(Court Reporter MC.) (DM) (Entered: 10/22/2021) |
| 10/22/2021 | | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: Pending is the oral Motion to Continue made by Defendants Todd Sheffler and Alex Banta at the October 19, 2021, Pretrial Conference. As directed, the Government filed its Response 182 . At a hearing on October 21, 2021, Defendants Sheffler and Banta were advised of their right to a speedy trial. Defendants Sheffler and Banta personally acknowledged and waived their rights to a speedy trial. The Court found the waivers to be knowing and voluntary. While the number of new COVID–19 cases appears to be trending downward in Illinois, the Court notes that according to the Illinois Department of Public Health website, 13 of the 16 counties in the Springfield Division continue to be "High Transmission" counties, meaning 100 or more weekly new cases per 100,000 people. Three counties are classified as "Substantial Transmission," or 50 to 99 weekly new |

| | | |
|---|---|---|
| | | cases per 100,000 people. Undoubtedly, most of the jurors would be drawn from "High Transmission" counties. Some of the witnesses would be traveling from the same counties. Given the expected two to three week length of the trial, there remains a significant likelihood that trial would be disrupted due to positive COVID–19 cases if it were to proceed on November 1, 2021. The Court is also mindful of ensuring the safety of all trial participants, including court personnel, jurors, witnesses, the parties and counsel. Due to the ongoing public health dangers associated with COVID–19, the Court finds that granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). The Defendants' oral Motion to Continue is GRANTED. The jury trial is continued from November 1, 2021 to January 3, 2022. Jury selection will be conducted on January 3 and 4, 2022 at 9:00 a.m., before one of the United States Magistrate Judges, with trial commencing before U.S. District Judge Sue E. Myerscough following empanelment of the jury. Both jury selection and the jury trial will be held in Courtroom 1. All previously issued and served subpoenas are continued and remain in full force and effect to commence on January 3, 2022 and through the entirety of the jury trial. Entered by Judge Sue E. Myerscough on 10/22/2021. (DM) (Entered: 10/22/2021) |
| 10/27/2021 | | TEXT ORDER: Jury selection is scheduled to commence on January 3, 2022. If United States Magistrate Judge Schanzle–Haskins has returned, he will conduct jury selection beginning at 9:00 a.m. in Courtroom 1. Otherwise, United States Magistrate Judge Eric I. Long will empanel the jury on January 4, 2022, at 9:00 a.m. Entered by United States District Judge Sue E. Myerscough on 10/27/2021. (DM) (Entered: 10/27/2021) |
| 11/02/2021 | | TEXT ORDER by U.S. Magistrate Tom Schanzle–Haskins. Defendant Todd Scheffler's Motion to Adopt and Conform Defendant Banta's Motion for Reconsideration of the Court's Order Regarding Four of Defendants' Proposed Voir Dire Questions <u>167</u> (Motion) is ALLOWED in part. Defendant Todd Scheffler is allowed to adopt Defendant Banta's Motion for Reconsideration 162 . The Motion is denied to the extent that it seeks other relief. (LB) (Entered: 11/02/2021) |
| 11/08/2021 | <u>189</u> | ORDER entered by U.S. Magistrate Judge Tom Schanzle–Haskins. Defendant Banta's Motion for Reconsideration of the Court's Order Regarding Four of Defendant Banta's Proposed Voir Dire Questions 162 is ALLOWED in part. See written Order. (LB) (Entered: 11/08/2021) |
| 11/18/2021 | <u>190</u> | POSITION by USA as to Todd Sheffler, Alex Banta regarding Continuance. (Miller, Eugene) (Entered: 11/18/2021) |
| 12/03/2021 | <u>193</u> | MOTION To Adopt *Co–Defendant's Additional Jury Instructions* by Todd Sheffler. (Vig, Sara) (Entered: 12/03/2021) |
| 12/03/2021 | <u>194</u> | Response by Todd Sheffler re <u>190</u> Position *Regarding Intra District Transfer* (Vig, Sara) (Entered: 12/03/2021) |
| 12/09/2021 | <u>196</u> | TEXT ORDER as to Todd Sheffler and Alex Banta: A videoconference status hearing is set for December 15, 2021 at 3:30 p.m. Defendants Todd Sheffler and Alex Banta are directed to appear by video. Entered by Judge Sue E. Myerscough on 12/9/2021. (MAS) (Entered: 12/09/2021) |
| 12/13/2021 | | |

| | | | |
|---|---|---|---|
| | | | TEXT ORDER: Defendant Alex Banta has filed his Proposed Additional Jury Instructions 192 consisting of Numbers B21, B6A, B6B and B1.09. Pending is Defendant Todd Sheffler's motion to adopt and conform Defendant Banta's proposed additional jury instructions. In support of the motion, Defendant Sheffler states that the additional instructions are equally applicable to him and he wishes to reduce the burden on the Court with respect to repetitive pleadings. For good cause shown, Defendant Sheffler's motion to adopt and conform Defendant Banta's additional jury instructions B21, B6A, B6B and B1.09 193 is GRANTED. Defendant Banta's Proposed Additional Jury Instructions apply equally to Defendant Sheffler as indicated in the motion to adopt. The Government shall be prepared to address its position on the Defendants' Proposed Additional Jury Instructions at the videoconference status hearing on December 15, 2021 at 3:30 p.m. Entered by Judge Sue E. Myerscough on 12/13/2021. (MAS) (Entered: 12/13/2021) |
| 12/15/2021 | 198 | | OBJECTION *to Defendant's Proposed Supplemental Jury Instructions* by USA as to Todd Sheffler, Willie Hedden, Alex Banta to 192 Proposed Jury Instructions filed by Alex Banta (Bass, Timothy) (Entered: 12/15/2021) |
| 12/15/2021 | 200 | | PETITION for Writ of Habeas Corpus ad testificandum *Thomas Hess* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Writ, # 2 Text of Proposed Order Order)(Vig, Sara) (Entered: 12/15/2021) |
| 12/15/2021 | 201 | | PETITION for Writ of Habeas Corpus ad testificandum *Tyler Shears* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Writ, # 2 Text of Proposed Order Order)(Vig, Sara) (Entered: 12/15/2021) |
| 12/15/2021 | 202 | | PETITION for Writ of Habeas Corpus ad testificandum *Michael Taylor* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Writ, # 2 Text of Proposed Order Order)(Vig, Sara) (Entered: 12/15/2021) |
| 12/16/2021 | 203 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 12/15/2021 as to Defendants Todd Sheffler and Alex Banta. Court and court personnel present by video in courtroom. AUSA Timothy Bass and AUSA Eugene Miller present by video on behalf of Government. Defendant Sheffler present via video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Defendant Banta present by video. Attorney Stanley Wasser present by video on behalf of Defendant Banta. Discussion held regarding ruling on holding trial in Peoria. Court denied request for intra–district transfer. Defendant Banta's Motion for Extension of Time (d/e 197 ) is GRANTED. Court states its posture regarding holding trial in January in light of the continued high Covid–19 numbers throughout the district. Government suggests that the trial be continued for seven (7) days and requests information regarding Defendant Banta's health. Further Status Conference set 12/20/2021 at 3:30 p.m. via video conference before Judge Sue E. Myerscough. The Court will rule on jury instructions at that time. Discussion held regarding vaccination status of witnesses and if they will be in person or by video. Hearing adjourned. (Court Reporter MC) (MJC) (Entered: 12/16/2021) |
| 12/17/2021 | 204 | | TEXT ORDER: The Court held a status hearing on December 15, 2021. The Court noted the Government has filed its Position regarding continuance 190 , stating that it would request an intra district transfer to the Peoria Division if either Defendant moved to continue the trial or the Court determined that trial |

| | | | |
|---|---|---|---|
| | | | could not safely take place as scheduled in Springfield on January 3, 2022. Both Defendants Objected 191 , 194 to the Government's Position. Neither Defendant has filed a motion to continue. While there are certain benefits to an intra–district transfer, the Court noted there are several practical and logistical problems to such a transfer as stated in the Defendants' Responses and DENIED the motion. Based on Defendant Alex Banta's current health situation, the Court GRANTED Defendant Banta's Motion for Extension of Time to Seek a Continuance by December 21, 2021 197 . Counsel will supplement the record with a statement from Mr. Banta's doctor. The Defendants have filed proposed Supplemental Jury Instructions: Numbers B21, B6A, B6B and B1.09 192 . The Government filed an Objection 198 to the Defendant's proposed Supplemental Jury Instructions. The Court took the matter under advisement and will rule on the proposed supplemental jury instructions at the next status hearing. Videoconference status hearing set for December 20, 2021 at 3:30 p.m. Entered by Judge Sue E. Myerscough on 12/17/2021. (MAS) (Entered: 12/17/2021) |
| 12/20/2021 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: Status Conference as to Todd Sheffler and Alex Banta held on 12/20/2021. Court and court personnel present by video in courtroom. AUSA Timothy Bass and AUSA Eugene Miller present by video on behalf of Government. Defendant Sheffler present via video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Defendant Banta present by video. Attorney Stanley Wasser present by video on behalf of Defendant Banta. Discussion held regarding Defendant Banta's Motion to Continue (d/e 206 ). Government objects to a continuance past January. Defendant Sheffler does not object to Defendant Banta's requested continuance but does object to the Government's request. Defendant Banta also objects to the Government's request. Discussion held regarding current Covid–19 numbers throughout the district. For the reasons set forth in Defendant Banta's Motion 206 , the Motion is ALLOWED. Defendants waive their right to a speedy trial. The Court finds that granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Jury Trial setting of 1/3/2022 is VACATED and reset on 3/28/2022. Jury Selection to be held on 3/28/2022 at 9:00 a.m. in Courtroom 1 in Springfield. Written Order to follow. Discussion held regarding Defendant Banta's jury instruction B1.09R. The Court refuses Defendant's B1.09R and B1.09R–1 and will consider alternative instructions on the photographic evidence. Status Conference set 3/1/2022 at 4:00 p.m. before Judge Sue E. Myerscough. Hearing adjourned. (Court Reporter MC) (MJC) (Entered: 12/21/2021) |
| 12/21/2021 | | | TEXT ORDER: Pending is Defendant Alex Banta's Motion to Continue. Defendant Banta moves to continue because he continues to suffer from the effects of a recent COVID–19 infection and it is unknown when he will return to a state of wellness that will allow him to interact with counsel and prepare for trial. Moreover, Defendant Banta's attorney Howard Feldman's wife recently had surgery and is hospitalized and experiencing serious complications. Because Attorney Feldman is his wife's caregiver, it is unknown when he can resume working on trial preparation. Accordingly, Defendant Banta could be denied continuity of counsel if the trial were to proceed in January 2022. Additionally, the number of COVID–19 cases has continued to |

| | | | |
|---|---|---|---|
| | | | increase. At a status hearing on December 20, 2021, counsel for Defendant Todd Sheffler stated that while Defendant Sheffler did not join the motion to continue, he has no objection to it. At the hearing on December 20, 2021, Defendants Sheffler and Banta were advised of their right to a speedy trial. Defendants Sheffler and Banta personally acknowledged and waived their rights to a speedy trial. The Court found the waivers to be knowing and voluntary. The Government objects to the requested continuance. The Government noted the strong public interest in a speedy trial and stated that members of the victim's family, including his son and elderly aunt, plan to attend the jury trial. According to the Illinois Department of Public Health website, all 16 counties in the Springfield Division continue to be "High Transmission" counties, meaning 100 or more weekly new cases per 100,000 people or a positivity rate of at least 10%. In fact, all 102 counties in Illinois are "High Transmission" counties. Given the expected two to three week length of the trial, there remains a significant likelihood that trial would be disrupted due to positive COVID–19 cases if it were to proceed in January 2022. The Court is also mindful of ensuring the safety of all trial participants, including court personnel, jurors, witnesses, the parties and counsel. Due to the ongoing public health dangers associated with COVID–19, the Court finds that granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Defendant Alex Banta's Motion to Continue 206 is GRANTED. The jury trial is continued from January 3, 2022 to March 28, 2022. Jury selection will be conducted on March 28 and 29, 2022 at 9:00 a.m., before one of the United States Magistrate Judges, with trial commencing before U.S. District Judge Sue E. Myerscough following empanelment of the jury. Both jury selection and the jury trial will be held in Courtroom 1. Status hearing by videoconference set for March 1, 2022 at 4:00 p.m. All previously issued and served subpoenas are continued and remain in full force and effect to March 28, 2022. Defendant Sheffler joined in Defendant Banta's Proposed Additional Jury Instructions 205. The Government objected to the proposed instructions. The Court Refused Banta's Instruction Nos. B1.09R and B1.09R–1. The Court stated it would consider alternative instructions on the photographic evidence. Entered by Judge Sue E. Myerscough on 12/21/2021. (MAS) (Entered: 12/21/2021) |
| 01/04/2022 | | | NOTICE OF HEARING as to Defendants Todd Sheffler and Alex Banta: Jury selection will be conducted on March 28 and 29, 2022 at 9:00 a.m., before one of the United States Magistrate Judges, with trial commencing before U.S. District Judge Sue E. Myerscough following empanelment of the jury. (DM) (Entered: 01/04/2022) |
| 02/07/2022 | 209 | | Fourth PETITION for Writ of Habeas Corpus ad testificandum *Thomas Hess* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 02/07/2022) |
| 02/07/2022 | 210 | | Fourth PETITION for Writ of Habeas Corpus ad testificandum *Tyler Shears* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 02/07/2022) |
| 02/07/2022 | 211 | | Fourth PETITION for Writ of Habeas Corpus ad testificandum *Michael Taylor* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 02/07/2022) |

| 02/09/2022 | 212 | | MOTION to Modify Conditions of Release *to Permit Travel for Medical Appointment* by Todd Sheffler. (Vig, William) (Entered: 02/09/2022) |
|---|---|---|---|
| 02/10/2022 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's Motion for Modification of Conditions of Release to Permit Travel for Medical Appointment. Defendant Sheffler's travel is currently restricted to the Central District of Illinois. Defendant Sheffler requests a modification to consult with an orthopedic surgeon concerning a hip replacement on February 16, 2022 at 1:30 p.m. at Midwest Orthopedic Specialists, 188 Medical Drive, Hannibal, MO, which is approximately five miles outside the Central District of Illinois. The motion provides that Defendant Sheffler anticipates leaving for the appointment by 12:30 p.m. and returning by 5:00 p.m. on February 16, 2022. In support of the motion, Defendant Sheffler states that he has at all times abided by the conditions of his release. The Government has no objection to the motion. For good cause shown, Defendant Todd Sheffler's Motion for Modification of Conditions of Release to Permit Travel for Medical Appointment 212 is GRANTED. Defendant Todd Sheffler's conditions of release are modified to the extent that Condition 7(f) is amended to permit him to leave the Central District of Illinois at 12:30 p.m. on February 16, 2022, returning by 5:00 p.m. that same day, for the purpose of attending this medical appointment. The Clerk will send a copy of this Order to the U.S. Probation Office. Entered by Judge Sue E. Myerscough on 2/10/2022. (MAS) (Entered: 02/10/2022) |
| 02/11/2022 | 213 | | ORDER granting 211 Motion for Writ of Habeas Corpus ad testificandum re Michael Taylor as to Todd Sheffler (1). Entered by Judge Sue E. Myerscough on 2/11/2022. (ME) (Entered: 02/11/2022) |
| 02/11/2022 | 214 | | ORDER granting 210 Motion for Writ of Habeas Corpus ad testificandum re Tyler Shears as to Todd Sheffler (1). Entered by Judge Sue E. Myerscough on 2/11/2022. (ME) (Entered: 02/11/2022) |
| 02/11/2022 | 215 | | ORDER granting 209 Motion for Writ of Habeas Corpus ad testificandum re Thomas Hess as to Todd Sheffler (1). Entered by Judge Sue E. Myerscough on 2/11/2022. (ME) (Entered: 02/11/2022) |
| 02/11/2022 | 216 | | Writ of Habeas Corpus ad Testificandum Issued as to Inmate Michael Taylor for 3/28/2022 in case as to Todd Sheffler. (ME) (Entered: 02/11/2022) |
| 02/11/2022 | 217 | | Writ of Habeas Corpus ad Testificandum Issued as to Inmate Thomas Hess for 3/28/2022 in case as to Todd Sheffler (ME) (Entered: 02/11/2022) |
| 02/11/2022 | 218 | | VACATED per Text Order of 4/13/2022.  Writ of Habeas Corpus ad Testificandum Issued as to Inmate Tyler Shears for 3/28/2022 in case as to Todd Sheffler (ME) Modified on 4/13/2022 (DM). (Entered: 02/11/2022) |
| 02/14/2022 | 220 | | MOTION To Adopt and Conform Pleading *d/e219* by Todd Sheffler. (Vig, Sara) (Entered: 02/14/2022) |
| 02/16/2022 | | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: The Court notes that the Parties have orally consented to jury selection by a United States Magistrate Judge. See Minute Entry of June 11, 2021. The Parties are directed to file by February 23, 2022 written consents to jury empanelment by a United States Magistrate Judge. Jury Selection will be advanced from March 28, 2022 to March 23, 2022 at 9:00 AM, subject to the Parties' written consent. Opening |

| | | | statements will commence on March 28, 2022 at 9:00 AM before United States Judge Sue E. Myerscough. Entered by Judge Sue E. Myerscough on 02/16/2022. (DM) (Entered: 02/16/2022) |
|---|---|---|---|
| 02/16/2022 | | | TEXT ORDER: The Court hereby VACATES the Third Petition for Writ of Habeas Corpus Ad Testificandum as to Michael Taylor <u>179</u> , the Third Petition for Writ of Habeas Corpus Ad Testificandum as to Tyler Shears <u>180</u> , and the Third Petition for Writ of Habeas Corpus Ad Testificandum as to Thomas Hess <u>181</u> . The Court hereby VACATES the Petition for Writ of Habeas Corpus Ad Testificandum as to Thomas Hess <u>200</u> , the Petition for Writ of Habeas Corpus Ad Testificandum as to Tyler Shears <u>201</u> , and the Petition for Writ of Habeas Corpus Ad Testificandum as to Michael Taylor <u>202</u> . The Court notes that appropriate Writs <u>216</u> , <u>217</u> , <u>218</u> have been issued. Entered by Judge Sue E. Myerscough on 2/16/2022. (DM) (Entered: 02/16/2022) |
| 02/22/2022 | <u>223</u> | | NOTICE *of Consent to Magistrate Judge* by USA as to Todd Sheffler, Willie Hedden, Alex Banta (Bass, Timothy) (Entered: 02/22/2022) |
| 02/22/2022 | <u>225</u> | | NOTICE *of Consent to Have Magistrate Judge Conduct Jury Selection* by Todd Sheffler (Vig, Sara) (Entered: 02/22/2022) |
| 02/23/2022 | <u>226</u> | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: Due to a scheduling conflict, the status hearing by videoconference set for March 1, 2022 at 4:00 p.m., is continued and reset on March 10, 2022 at 3:00 p.m. before Judge Sue E. Myerscough. Entered by Judge Sue E. Myerscough on 2/23/2022. (DM) (Entered: 02/23/2022) |
| 02/25/2022 | <u>227</u> | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: Due to a scheduling conflict with pediatric dental appointments for the children of Attorneys William and Sarah Vig, the status hearing set for March 10, 2022 at 3:00 p.m., is continued and reset by videoconference to March 11, 2022 at 9:30 a.m. before U.S. District Judge Sue E. Myerscough. Entered by U.S. District Judge Sue E. Myerscough on 02/25/2022. (DM) (Entered: 02/25/2022) |
| 03/10/2022 | | | TEXT ORDER: The Court hereby VACATES the Third Petition for Writ of Habeas Corpus Ad Testificandum as to Thomas Hess <u>168</u> . The Court notes that an appropriate Writ <u>217</u> has been issued. Defendant Todd Sheffler's Motion to Adopt and Conform Defendant Alex Banta's additional Jury Instruction regarding training evidence <u>220</u> is GRANTED. Defendant Banta's proposed Instruction B22 219 applies equally to Defendant Sheffler. The Government shall be prepared to address Defendants' proposed Instruction B22 at the status conference on March 11, 2022. The Court further notes that Defendant Alex Banta's proposed revised Additional Jury Instructions regarding the Hospital and Autopsy Photographs 221 provides that Government counsel has advised that the Government has no objection to Defendant Banta's Instructions B1.09R−2 and B1.09R−3 and will be advising the Court that the Government is withdrawing its previously proposed instruction. The Government shall address whether that accurately states its position. The Court further notes Defendant Banta states that by proposing these limiting instructions pertaining to the hospital and autopsy photographs, he is not waiving his prior objection to their admission. Entered by Judge Sue E. Myerscough on 3/10/2022. (MAS) (Entered: 03/10/2022) |
| 03/10/2022 | <u>228</u> | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *of Government's Objection to Defendant Banta's Instruction B22 and Submission of Alternative Instructions* by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 219 Proposed Jury Instructions (Attachments: # 1 Supplement, # 2 Supplement)(Bass, Timothy) (Entered: 03/10/2022) |
| 03/11/2022 | 229 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE as to Defendants Todd Sheffler and Alex Banta held. Court and court personnel present by video in courtroom. AUSAs Timothy Bass and Eugene Miller present by video on behalf of Government. Defendant Sheffler present via video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Defendant Banta present by video. Attorneys Howard Feldman and Stanley Wasser present by video on behalf of Defendant Banta. Additional Jury Instructions Conference held. With written consents, Jury Selection to begin at 9:00 AM on March 23, 2022 before U.S. Magistrate Judge Eric Long in Courtroom 1, Springfield. Jury Trial to commence on March 28, 2022 at 9:00 AM before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield. Issue as to vaccinated jurors first from jury pool addressed. Government unopposed to process. Defendants' position remains opposed to first picking jury from vaccinated pool. Logistics as to set up of the courtroom discussed with social distancing and masking while in courtroom. Positions stated regarding additional jury instructions. Court set an additional Status Conference for March 17, 2022 at 2:00 PM by video. Witness/parties vaccination statuses discussed. Counsel to reach out to U.S. Magistrate Judge Long as to voir dire. Overflow room for audience viewing discussed. Request by counsel of Court's position of family members in attendance be allowed to be present in the courtroom. Court will check into video for outside viewing and position of the Seventh Circuit and enter an order. Court adjourned. (Court Reporter MC.) (DM) (Entered: 03/11/2022) |
| 03/11/2022 | | | Reset Hearings as to Defendants Todd Sheffler, Alex Banta: Jury Selection set 3/23/2022 at 9:00 AM in Courtroom 1 in Springfield before U.S. Magistrate Judge Eric I. Long. (LB) (Entered: 03/11/2022) |
| 03/13/2022 | 232 | | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 230 MOTION in Limine *No. 8* (Bass, Timothy) (Entered: 03/13/2022) |
| 03/13/2022 | 233 | | +++ **SEALED DOCUMENT.** (Bass, Timothy) (Entered: 03/13/2022) |
| 03/15/2022 | 234 | | NOTICE *of Filing of Supplemental Jury Instructions* by USA as to Todd Sheffler, Willie Hedden, Alex Banta (Attachments: # 1 Supplement)(Bass, Timothy) (Entered: 03/15/2022) |
| 03/17/2022 | 236 | | RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 235 MOTION for Leave to File *A BRIEF REPLY TO THE GOVERNMENTS RESPONSE TO DEFENDANT BANTAS MOTION IN LIMINE NO. 8* (Attachments: # 1 Supplement)(Bass, Timothy) (Entered: 03/17/2022) |
| 03/17/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE as to Defendants Todd Sheffler and Alex Banta held. Court and court personnel present by video in courtroom. AUSAs Timothy Bass and Eugene Miller present by video on behalf of Government. Defendant Sheffler present via video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Defendant Banta present by video. Attorneys |

| | | | |
|---|---|---|---|
| | | | Howard Feldman and Stanley Wasser present by video on behalf of Defendant Banta. Defendant Banta's Motion for Leave to File a Brief Reply to the Government's Response to Defendant Banta's Motion in Limine No. 8 235 was granted. Additional Reply to be filed by noon on March 18, 2022 and should also address the issue of medical records. Court informed parties of time reserved for Jury Trial from March 28, 2022 through April 22, 2022. Discussion held with parties believing that time frame should be sufficient. Visitors and students at trial discussed. Opposition again stated by defense counsel to first calling vaccinated jurors during jury selection. Court granted Defendant Banta's Motion to file exhibit under seal 231 . Additional Jury Instructions Conference held. Logistics of courtroom seating and schedule discussed. Jury questionnaires will be offered to counsel in advance with instructions to return at time of jury selection. Jury questionnaires to be available by noon on Friday, March 18, 2022 to counsel at the U.S. Clerk's Office. An additional two alternate jurors will be selected for empanelment. Jury Selection to be held in Courtroom 2, Springfield before U.S. Magistrate Judge Long. Additional scheduling issues discussed. If allowed, Government stated at this time there is a possibility of one video witness. Defendants reserved whether they object to a video witness and will address same closer to the time of testimony. Discussion held regarding IDOC witnesses and a date certain for in–person testimony. Attorneys Vig will inform of date certain nearer to the close of Government's case. Defense counsel to meet with courtroom deputy to view courtroom layout. Court adjourned. (Court Reporter MC.) (DM) (Entered: 03/17/2022) |
| 03/18/2022 | | | TEXT ORDER by SUE E. MYERSCOUGH, United States District Judge:As stated at the status hearing, the Court will give Government Instruction No. 53A over the objection of Defendants Todd Sheffler and Alex Banta. Defendants' Instruction No. B22 was refused. There were no objections to Government Instruction Nos. 20A, 25A or 54. Each of those instructions will be given without objection. Entered on 3/18/2022. (ME) (Entered: 03/18/2022) |
| 03/20/2022 | | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: The parties shall file by March 23, 2022, position statements indicating whether they agree to jurors asking questions. Entered by Judge Sue E. Myerscough on 03/20/2022. (DM) (Entered: 03/20/2022) |
| 03/20/2022 | 239 | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: The Court will read the attached jury instructions prior to trial. The Parties shall advise by March 24, 2022, whether they would like any other instructions read. Entered by Judge Sue E. Myerscough on 03/20/2022. (DM) (Entered: 03/20/2022) |
| 03/21/2022 | 240 | | TEXT ORDER as to Todd Sheffler, Alex Banta Entered by Magistrate Judge Eric I. Long on 3/21/22. A Status Conference is set for 3/22/2022 at 1:00 PM via video conference before Magistrate Judge Eric I. Long to discuss procedures for the Jury Selection starting on 3/23/22. Defendants Sheffler and Banta are not required to appear. (SKR) Modified on 3/21/2022 to add defendant appearance information (SKR). (Entered: 03/21/2022) |
| 03/22/2022 | | | Minute entry for proceedings held 3/22/22 before Magistrate Judge Eric I. Long. Appearance on behalf of Government by AUSA Tim Bass and Eugene Miller. Appearance on behalf of TODD SHEFFLER by William Vig and Sara Vig. Appearance on behalf of defendant ALEX BANTA by Howard Feldman, |

| | | | |
|---|---|---|---|
| | | | Stanley Wasser and Katy Gauffre. Status hearing held by video regarding procedures for Jury Selection starting 3/23/22. (Tape #UR–B: 1:30PM.) (JMB) (Entered: 03/22/2022) |
| 03/22/2022 | 242 | | POSITION by USA as to Todd Sheffler, Willie Hedden, Alex Banta regarding Juror Questions and Preliminary Instructions. (Bass, Timothy) (Entered: 03/22/2022) |
| 03/23/2022 | 245 | | POSITION by Todd Sheffler regarding March 20, 2022 Text Order. (Vig, Sara) (Entered: 03/23/2022) |
| 03/23/2022 | | | Minute Entry for proceedings held 3/23/22 before Magistrate Judge Eric I. Long. Appearance on behalf of Government by AUSA Tim Bass and AUSA Eugene Miller. Appearance of TODD SHEFFLER with counsel William Vig and Sara Vig. Appearance of ALEX BANTA with counsel Howard Feldman and Stanley Wasser. Preliminary jury selection matters discussed. Jury panel in for voir dire. Jury panel sworn as to qualifications. Statement of the case read. Voir dire continued to 3/24/22 at 8:30 AM. Court in recess until 3/24/22 at 8:20 AM in Courtroom 2, Springfield before U.S. Magistrate Judge Long. Bond remains in effect as to defendants Shefler and Banta. (Court Reporter L.C.) (MAS) (Entered: 03/24/2022) |
| 03/24/2022 | | | Minute entry for proceedings held 3/24/22 before Magistrate Judge Eric I. Long. Appearance on behalf of Government by AUSA Tim Bass and AUSA Eugene Miller. Appearance of TODD SHEFFLER with counsel William Vig and Sara Vig. Appearance of ALEX BANTA with counsel Howard Feldman and Stanley Wasser. Voir dire continued from 3/23/22. Peremptory challenges exercised. Jurors selected for trial commencing 3/28/22 at 9:00 AM before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield. Bond remains in effect as to defendants Sheffler and Banta. (Court Reporter LC.) (SKR) (Entered: 03/25/2022) |
| 03/26/2022 | 248 | | NOTICE of Filing Government's Second Amended Exhibit List by USA as to Todd Sheffler, Alex Banta (Attachments: # 1 Second Amended Exhibit List)(Bass, Timothy) (Entered: 03/26/2022) |
| 03/27/2022 | 249 | | RESPONSE to Motion by USA as to Todd Sheffler, Alex Banta re 247 MOTION in Limine No. 9 (Miller, Eugene) (Entered: 03/27/2022) |
| 03/27/2022 | 250 | | +++ **SEALED DOCUMENT.** (Miller, Eugene) (Entered: 03/27/2022) |
| 03/28/2022 | 252 | | Preliminary Jury Instructions as to Defendants Todd Sheffler and Alex Banta––Displayed and read to Jury. (DM) (Entered: 03/28/2022) |
| 03/28/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL began as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Covid–19 masking and social distancing addressed. Motion in Limine #9 acknowledged with further positions stated. Ruling rendered. Additional Motion in Limine to be addressed. Juror issues stated with jurors #65 and #62 brought to the courtroom and questioned in camera. Issues resolved. Jury called to courtroom. Introductions of counsel/parties made. Explanation of social distancing and court procedures |

| | | | |
|---|---|---|---|
| | | | outlined. Jury of 12 sworn. Alternates of 4 sworn. Preliminary Instructions read and displayed. Opening statements given. Government began its case in chief. Witnesses called, sworn and questioned. Evidence entered and displayed. Jury instruction read of record. Issues regarding information contained in opening statements addressed. Continued testimony of previously called witness. Additional evidence entered and displayed. Jury dismissed for the day. Further discussion regarding issues stated within opening statements. Court addressed appropriate masking in the courtroom. Jury Trial to reconvene on March 29, 2022 at 9:00 AM. Court adjourned.(Court Reporter LC (Urbana).) (DM) (Entered: 03/28/2022) |
| 03/29/2022 | | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: Before the Court is Defendant Alex Banta's Motion in Limine No. 8 230 , seeking the entry of an Order prohibiting Government witness Dr. Patrick Collier from (a) testifying about the opinion of Dr. Todd D. Elmore, a neurologist, as to whether Larry Earvin suffered a traumatic brain injury; (b) from opining that Dr. Elmore's opinion is consistent with Dr. Collier's opinion; and also (c) ordering the Government to redact from the St. John's Hospital Medical Records the opinion of Dr. Elmore regarding whether Mr. Earvin had a traumatic brain injury. Defendant Todd Sheffler joins the motion. The Defendants allege that, based on the testimony at the Daubert hearing, the Government cannot establish that Dr. Collier reasonably relied on any statement or opinion of Dr. Elmore. In its Response 232 , the Government objects to the Defendants' Motion on the basis that (i) it is contrary to the Court's July 23, 2021 Order denying Defendants' Motion in Limine No. 5–1, wherein the Court held in part that Dr. Collier's testimony is admissible and that he is competent to testify about Dr. Elmore's report as part of the basis for Dr. Collier's opinion; and (ii) Mr. Earvin's medical records are independently admissible under Federal Rule of Evidence 803(6), which is the business records exception to the hearsay rule. Dr. Collier previously testified that his opinion Mr. Earvin suffered from a type of traumatic brain injury, such as shear injury, concussion or related injury, is based on MRI results from Dr. Elmore, Mr. Earvin's medical records and his treatment, and personal observations of Mr. Earvin along with Dr. Collier's experience as a medical doctor and trauma surgeon. Under Federal of Evidence 703, "An expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed." The Court concludes Dr. Collier's testimony about Dr. Elmore's opinion and report is admissible on that basis, subject to the Government establishing a proper foundation for the admission of the medical records. The Defendants' objections go to the weight, not the admissibility, of the testimony and evidence. The Defendants' Motion in Limine No. 8 230 is DENIED, pending the Government establishing a proper foundation for admission of the medical records. Entered by Judge Sue E. Myerscough on 03/29/2022. (DM) (Entered: 03/29/2022) |
| 03/29/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Jury masking addressed. Jury called to courtroom. Government continued its case in chief. Witness called, sworn and |

| | | | |
|---|---|---|---|
| | | | questioned. Evidence entered and displayed. Issues as to Government Exhibits 3 and 6 addressed and resolved. Counsel stated of record that arguments are complete regarding Motion in Limine #8 230 . Defendant Sheffler orally joined in Motion in Limine #8. Text Order to be entered denying Motion in Limine #8. Continued testimony of called witness with evidence admitted and displayed. Jury dismissed for the day. Offer of Proof given by Attorney William Vig as to current witness. Arguments heard. Government's objection sustained. Jury Trial to reconvene on March 30, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 03/29/2022) |
| 03/30/2022 | 253 | | EXHIBIT LIST by Todd Sheffler as to Todd Sheffler, Willie Hedden, Alex Banta (Vig, William) (Entered: 03/30/2022) |
| 03/30/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Government's witness line–up discussed. Potential issue with witness testimony disclosed. Juror absence addressed. Juror #238 excused from jury duty due to illness. Alternate 1 Juror #134 sworn as empaneled juror in place of excused juror. Continued testimony of previously called and sworn witness. Jury instruction read of record. Jury instructed to remain masked in courtroom. Issue as to juror removing mask in courtroom addressed with positions stated. Additional witness called, sworn and questioned. Evidence entered and displayed. Jury compliance with masking addressed. Scheduling concerns for Friday, April 1, 2022 discussed. Limiting instruction given to jury. Discussion held regarding admonishment to current witness testifying. Positions stated. Jury dismissed for the day. Witness admonished as to still being under oath and not discussing testimony. Jury Trial to reconvene on March 31, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 03/30/2022) |
| 03/31/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Admonishment of rights discussed as to current witness. Juror issue as to masking in courtroom addressed. Positions stated. CSO called to Court as to interaction with juror. Juror 110 called to Court and questioned. Further positions of counsel stated after juror questioned. Juror excused from jury duty. Court ordered juror to remain in courthouse pending possible sanctions. Juror 110 admonished and released. Alternate 2 Juror #151 sworn as empaneled juror in place of excused juror. Government continued its case in chief. Continued testimony of previously called and sworn witness. Brief recess as technical difficulties in courtroom resolved. Government addressed Court as to video witness and logistics of same. Continued testimony. Witness called, sworn and questioned. Evidence entered and displayed. Issue with person entering courtroom addressed and resolved. Jury dismissed for the day. Witness admonished as to still being under oath and not having conversation with anyone as to continued testimony. Jury Trial to reconvene on April 1, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC |

| | | | |
|---|---|---|---|
| | | | (Urbana).) (DM) (Entered: 03/31/2022) |
| 04/01/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Government informed Court that production issue addressed by Attorney Vig has been resolved. Government's witness line−up discussed with altered scheduling to accommodate witness. Renewed objection by defense counsel as to Dr. Collier's testimony. Objection denied. Potential issues regarding witness' appearances discussed. Government continued case in chief. Previously called and sworn witness resumed testimony. Public access and laptop issue addressed with laptops not allowed in courtroom. Evidence displayed. Witness called, sworn, and questioned. Without objection witness certified as an expert in specified field. Evidence entered and displayed. Jury Instruction read. Continued testimony. Jurors admonished as to not discussing case. Jury Trial to reconvene on April 4, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/01/2022) |
| 04/04/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Court informed jury that testimony of witness Dr. Collier would recommence on Tuesday, April 5, 2022 and that other witnesses would be called this date. Government continued its case in chief. Witness called, sworn, and questioned. Evidence displayed. Jury instruction read of record. Additional witnesses called, sworn and questioned. Evidence entered and displayed. Jury dismissed for the day. Additional argument regarding objection to questioning of witness. ISP report objection read into the record. Discussion held regarding exhibits/transcripts. Court was advised that current witness was admonished as to still being under oath and not having conversation with anyone as to continued testimony. Jury Trial to reconvene on April 5, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/04/2022) |
| 04/05/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Government addressed in−court conduct. Issue with witness testimony and transcript to be offered by defense counsel addressed. Positions stated. Government continued its case in chief. Previously called and sworn witnesses resumed testimony. Evidence displayed. Issue regarding transcripts during testimony addressed. Witness called, sworn, and questioned. Evidence entered and displayed. Limiting instruction read to jury. Jury dismissed for the day. Projection as to length of trial discussed. Proposal by Government to again reading the Statement of the Case in answer to juror question. Motion in Limine at docket entry 90 brought to attention of Court and |

| | | | |
|---|---|---|---|
| | | | defense counsel. Agent advised that the current witness had been admonished as to not discussing his testimony. Witness line–up discussed. Jury Trial to reconvene on April 6, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/05/2022) |
| 04/06/2022 | | | TEXT ORDER OF REASSIGNMENT entered by Chief Judge Sara Darrow on April 6, 2022. Due to Magistrate Judge Tom Schanzle–Haskins's retirement, this case is reassigned to Magistrate Judge Karen L. McNaught for further proceedings. (LN) (Entered: 04/06/2022) |
| 04/06/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Issue regarding early adjournment of trial on Friday, April 8, 2022 discussed. Proposal, without objection, made by Government to reading the Agreed Statement of Case to jury. In the presence of the jury, Agreed Statement of Case read of record. Government continued its case in chief. Previously called and sworn witness resumed testimony. Additional witnesses called, sworn, and questioned. Evidence entered and displayed. Jury dismissed for day. Government addressed filing of an additional motion in limine. By request, if motion is filed, it will be filed by Friday, April 8, 2022. Additional discussion regarding any Bruton issue. Jury Trial to reconvene on April 7, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/06/2022) |
| 04/07/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Government continued its case in chief. Previously called and sworn witness resumed testimony. Additional witnesses called, sworn, and questioned. Evidence entered and displayed. Discussion regarding alternate lunch schedules to accommodate jurors. Witness line–up and approximation of duration of the trial discussed. Jury dismissed for day. Government Exhibit 26 modified and tendered to Court. Discussion regarding enhanced version of Government Exhibit 6 displayed during trial. Explanation by Attorney William Vig as to software utilized with no enhancements made. Jury Trial to reconvene on April 8, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/07/2022) |
| 04/08/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Discussion regarding video witness and coordination of same with Court. Government continued its case in chief. Witnesses called, sworn, and questioned. Evidence entered and displayed. At lunch break, alternate juror #160 was excused due to a medical emergency of a family member. Court reconvened and advised counsel of the situation. |

| | | | |
|---|---|---|---|
| | | | Discussion held as to completely excuse alternate juror #160 or adjourn for the day and reconvene on Monday. Decision made to adjourn for the day and reconvene on Monday allowing alternate to return. Jury called to Court and dismissed for the day. Issue regarding transcripts by defense counsel addressed. Line–up of witnesses given and proceeding out of order to accommodate witness' schedules allowed. Government informed Court that it would not be filing a motion in limine at this time. Issue regarding witness under oath addressed with positions stated. Jury Trial to reconvene on April 11, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/08/2022) |
| 04/09/2022 | 254 | | POSITION by USA as to Todd Sheffler, Willie Hedden, Alex Banta regarding Contact With Witnesses Prior to Being Tendered for Cross–Examination. (Bass, Timothy) (Entered: 04/09/2022) |
| 04/09/2022 | 255 | | MOTION in Limine *to Limit Cross–Examination of Defendant Hedden as to His Specific Sentencing Exposure* by USA as to Todd Sheffler, Willie Hedden, Alex Banta. (Bass, Timothy) (Entered: 04/09/2022) |
| 04/10/2022 | 256 | | PETITION for Writ of Habeas Corpus ad testificandum *Fernando Garcia Rios* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Writ, # 2 Text of Proposed Order Order)(Vig, Sara) (Entered: 04/10/2022) |
| 04/11/2022 | 257 | | ORDER granting 256 Motion for Writ of Habeas Corpus ad testificandum as to Todd Sheffler (1) entered by Judge Sue E. Myerscough on 4/11/2022. (MAS) (Entered: 04/11/2022) |
| 04/11/2022 | 258 | | Writ of Habeas Corpus ad Testificandum Issued as to Fernando Garcia–Rios for 4/18/2022 in case as to Todd Sheffler and Alex Banta (MAS) (Entered: 04/11/2022) |
| 04/11/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Issue regarding witness examination and cases cited within Government's position addressed. Court addressed Motion in Limine to Limit Cross–Examination of Defendant Hedden as to His Specific Sentencing Exposure 255 and requested defense counsel to file responses. Acknowledgment of Defendant Shefflers filing additional Petition for Writ. Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence entered and displayed. Witnesses called, sworn, and questioned. Additional evidence entered and displayed. Jury dismissed for the day. Witness line–up as to Government discussed. Court ordered that witnesses should not speak with others regarding their testimony while testifying. Jury Trial to reconvene on April 12, 2022 at 9:00 AM. Court adjourned.(Court Reporter LC (Urbana).) (DM) (Entered: 04/11/2022) |
| 04/12/2022 | 260 | | RESPONSE to Motion by Todd Sheffler re 255 MOTION in Limine *to Limit Cross–Examination of Defendant Hedden as to His Specific Sentencing Exposure* (Vig, Sara) (Entered: 04/12/2022) |
| 04/12/2022 | | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: Before the Court is the Government's Motion in Limine to Limit Cross–Examination of |

Defendant Willie Hedden as to his Specific Sentencing Exposure <u>255</u> . Defendant Hedden has pled guilty to certain of the same charges that are asserted against Defendants Todd Sheffler and Alex Banta. The conspiracy to deprive civil rights and deprivation of civil rights offenses provide for a potential maximum sentence of up to life imprisonment, while the conspiracy to engage in misleading conduct has a statutory maximum of up to 20 years imprisonment. None of the charges provide for any mandatory minimum sentences. The Government notes that the estimated advisory Guidelines range for Defendant Hedden is life imprisonment. Because the jury will be instructed that Defendant Hedden has pleaded guilty to the same or similar charges against Defendants Sheffler and Banta and the jury will be instructed that it should not consider the possible punishment for the Defendants who are on trial and that, if Defendants are found guilty it will be the Court's job to decide on the appropriate punishment, the Government asks that the Court prohibit Defendants Sheffler and Banta from any cross–examination of Defendant Hedden on the "exact sentences" –– up to life imprisonment –– he faces and from eliciting any information from which the jury could infer Defendants' potential sentences. In support of the motion, the Government relies on United States v. Gibson, 966 F.3d 451, 456–57 (7th Cir. 2021), United States v. Trent, 863 F.3d 699, 704 (7th Cir. 2017) and United States v. Hunter, 932 F.3d 610, 619–20 (7th Cir. 2019). The Government does not object to Defendants Sheffler and Banta being given "wide latitude" in cross–examining Defendant Hedden on his potential motives and biases, including that he faces "substantial penalties[.]" See Gibson, 996 F.3d at 466–67. In his Response 259 , Defendant Alex Banta requests that the Court not restrict the cross–examination of Willie Hedden other than the exact length of Defendant Hedden's sentence. In his Response <u>260</u> , Defendant Todd Sheffler asks the Court to deny the Government's motion as a violation of the Defendants' Sixth Amendment right to confrontation or, in the alternative, not restrict the cross–examination of Hedden other than to the exact length of Hedden's sentence, so that the jury may understand the magnitude of benefit Hedden hopes to flow from his cooperation. For the reasons stated in Trent, Hunter, and Gibson, the Court will grant the Government's motion to the extent that it seeks to restrict the cross–examination of Willie Hedden regarding the exact length of Hedden's potential sentence. Because of the significant concern that the jury could infer the potential sentences of Defendants Sheffler and Banta if the jury learns that Hedden faces sentences of up to life imprisonment, the Court will prohibit any cross–examination of Defendant Hedden on the exact sentences that he faces. The Court finds that such a restriction does not implicate the Sixth Amendment and will eliminate any prejudice to the jury and any potential risk of causing "it to acquit the defendants of crimes they actually committed." See Gibson, 996 F.3d at 466; Hunter, 932 F.3d at 619. Except for this restriction as to specific sentencing exposure, Defendants Sheffler and Banta will be given wide latitude in cross–examining Defendant Hedden. The Government's Motion in Limine to Limit Cross–Examination of Defendant Hedden as to his Specific Sentencing Exposure <u>255</u> is GRANTED, as provided in this Order. Entered by United States District Judge Sue E. Myerscough on 04/12/2022. (DM) (Entered: 04/12/2022)

04/12/2022 | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant

| | | | |
|---|---|---|---|
| | | | Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Court stated an order will be entered and docketed in favor of Government's Motion in Limine to Limit Cross–Examination of Defendant Hedden as to His Specific Sentencing Exposure <u>255</u> . Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence displayed. Witnesses called, sworn, and questioned. Additional evidence entered and displayed. Without objection, witness certified as an expert in specified field. Jury instruction read of record. Jury dismissed for the day. If handwritten notes of FBI Agent exists, Government will tender to defense. As ordered, witness admonished as to not discussing his testimony. Government advised of objection by defense to a demonstrative and will provide Court with supporting authority. Jury Trial to reconvene on April 13, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/12/2022) |
| 04/13/2022 | <u>261</u> | | NOTICE *of Authority in Support of Use of Demonstrative Photographs* by USA as to Todd Sheffler, Willie Hedden, Alex Banta (Bass, Timothy) (Entered: 04/13/2022) |
| 04/13/2022 | | | TEXT ORDER: The Clerk of this Court is directed to issue a Writ of Habeas Corpus Ad Testificandum to the Warden at Hill Correctional Center to produce Michael Taylor in Courtroom 1, United States Courthouse, Springfield, Illinois, on April 18, 2022, at 9:00 a.m. The Clerk is directed to issue a Writ of Habeas Corpus Ad Testificandum to the Warden at Illinois River Correctional Center to produce Thomas Hess in Courtroom 1, United States Courthouse, Springfield, Illinois, on April 18, 2022, at 9:00 a.m. The Writ of Habeas Corpus Ad Testificandum as to Tyler Shears <u>218</u> is Vacated, as Mr. Shears is no longer in Illinois Department of Corrections custody. Entered by Judge Sue E. Myerscough on 04/13/2022. (DM) (Entered: 04/13/2022) |
| 04/13/2022 | <u>262</u> | | Writ of Habeas Corpus ad Testificandum Issued as to Michael Taylor for his personal appearance on 04/18/2022 at 9:00 AM before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield, IL. (DM) (Entered: 04/13/2022) |
| 04/13/2022 | <u>263</u> | | Writ of Habeas Corpus ad Testificandum Issued as to Thomas Hess for his personal appearance on 04/18/2022 at 9:00 AM before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield, IL. (DM) (Entered: 04/13/2022) |
| 04/13/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Court acknowledged Government's filing of Notice of Authority in Support of Use of Demonstrative Photographs <u>261</u> . Responses to Notice to be filed by defense counsel. Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence entered and displayed. Witness called, sworn, and questioned. Additional evidence entered and displayed. Jury dismissed for the day. Government addressed Court as to agreement with defense counsel regarding playing the entire video of Defendant Banta and the length of same. Jury Trial to reconvene on April 14, 2022 at 9:00 AM. Court adjourned. (Court Reporter |

| | | | |
|---|---|---|---|
| | | | LC (Urbana).) (DM) (Entered: 04/13/2022) |
| 04/14/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Court advised that IDOC witnesses and Cook County witness will be available on Monday, April 18th. Government continued its case in chief. Previously called and sworn witness resumed testimony. Video evidence resumed. Witness called, sworn, and questioned. Evidence entered and displayed. Approximation of time line for trial given. Jury dismissed for the day. Potential witness issues addressed which may arise. Government addressed Court regarding cross of current witness. Positions stated. Jury Trial to reconvene on April 18, 2022 at 9:00 AM. Court adjourned.(Court Reporter LC (Urbana).) (DM) (Entered: 04/14/2022) |
| 04/15/2022 | | | TEXT ORDER: The Court has been advised by defense counsel for Defendant Sheffler that they will not be calling Thomas Hess to testify. Therefore, the Writ of Habeas Corpus Ad Testificandum issued for Thomas Hess 263 is VACATED. Entered by Judge Sue E. Myerscough on 04/15/2022. (DM) (Entered: 04/15/2022) |
| 04/15/2022 | 265 | | NOTICE *of Authority in Support of Limiting Cross−Examination of FBI Case Agent and Defense Closing Argument* by USA as to Todd Sheffler, Willie Hedden, Alex Banta (Bass, Timothy) (Entered: 04/15/2022) |
| 04/17/2022 | 267 | | Response by Todd Sheffler as to Todd Sheffler, Willie Hedden, Alex Banta re 265 Notice (Other) *of Authority in Support of Limiting Cross−Examination of FBI Case Agent and Defense Closing Argument* (Vig, William) (Entered: 04/17/2022) |
| 04/18/2022 | | | TEXT ORDER as to Todd Sheffler, Alex Banta by Sue E. Myerscough, United States District Judge:Before the Court is the Government's Authority in Support of Limiting Cross−Examination of FBI Case Agent and Defense Closing Argument 265 . Defendant Alex Banta 266 and Defendant Todd Sheffler 267 have filed Responses. The Government asks the Court to prohibit further cross−examination of Special Agent Bray concerning the FBI investigation, and not her direct testimony, as irrelevant. Moreover, the Government asks the Court to prohibit the Defendants during closing argument from arguing that the Government failed to call certain witnesses or present evidence that were available to the Defense. In the event the Court denies those requests, and the Defense opens the door to those issues, the Government asks the Court to allow it during re−direct examination to respond to questions during cross−examination of Special Agent Bray concerning the FBI investigation and to properly respond to the Defense closing arguments during the Government's rebuttal argument. The Seventh Circuit in United States v. Sblendorio, 830 F.2d 1382, 1392 (7th Cir. 1987) held that "the prosecutor may imply that the failure of the defense to present available evidence (other than the defendant's testimony) in opposition to the government's witnesses supports a conclusion that the government's witnesses are reliable." The court in Sblendorio further noted that "the evidence must be available, for otherwise there is no support for the inference." Id. The Court declines to limit |

| | | | |
|---|---|---|---|
| | | | cross−examination or closing argument as requested by the Government. However, the Court will allow the Government during redirect examination to respond to questions during cross−examination of Special Agent Bray concerning the FBI investigation and to properly respond to the Defense closing arguments during the Government's rebuttal arguments, to the extent that the questioning and argument fairly reflect the evidence and witnesses actually available to both sides. Entered on 4/18/2022. (ME) (Entered: 04/18/2022) |
| 04/18/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Issue as to Defendant Banta addressed. Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence displayed. Government rested. Defendant Sheffler began his case in chief. Explanation to jury as to video witness and restraints for incarcerated witness. Witnesses called, sworn, and questioned. Evidence entered and displayed. Jury dismissed for the day. Outline of remainder of trial by Government. Jury Trial to reconvene on April 19, 2022 at 9:00 AM. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/18/2022) |
| 04/18/2022 | 268 | | Proposed Jury Instructions by USA as to Todd Sheffler, Willie Hedden, Alex Banta (Bass, Timothy) (Entered: 04/18/2022) |
| 04/19/2022 | | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: By the agreement of the Parties, the jury trial is continued to April 20, 2022 at 9:00 a.m., due to technical difficulties. A status hearing is set for April 19, 2022 at 2:00 p.m. Entered by United States District Judge Sue E. Myerscough on 04/19/2022. (DM) (Entered: 04/19/2022) |
| 04/19/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta not present. Attorneys Howard Feldman and Stanley Wasser present on behalf of Defendant Banta. Issue addressed as to delay of trial due to technical difficulties. Request for sidebar. In camera conference held. Court returned to public hearing. Jury Trial continued to Friday, April 22, 2022 at 9:00 AM. Jury to be advised. Status Conference set for Thursday, April 21, 2022 at 2:00 PM before Judge Sue E. Myerscough. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/19/2022) |
| 04/21/2022 | 271 | | NOTICE *of filing Agreed Jury Instructions* by USA as to Todd Sheffler, Alex Banta (Attachments: # 1 Agreed Jury Instructions)(Bass, Timothy) (Entered: 04/21/2022) |
| 04/21/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass present in person and Eugene Miller present by video on behalf of Government. Attorneys William Vig and Sara Vig present on behalf of Defendant Todd Sheffler. Attorney Stanley Wasser present on behalf of |

| | | | |
|---|---|---|---|
| | | | Defendant Banta. Defendants not required to be present. By agreement, Jury Trial will proceed at 9:00 AM on Friday, April 22, 2022. Jury will be polled collectively as to any exposure/review of media as to this trial. Jury Instruction Conference held. Government to provide Court with a clean copy of the jury instructions. Progression as to remainder of the trial discussed. Discussion as to admonishment of rights to defendants. Estimation of closing arguments given. Discussion as to deliberation. Court to file under seal media articles identified. In camera conference held. Court returned to public hearing. Jury Trial continued to Friday, April 22, 2022 at 9:00 AM. Court adjourned. (Tape #SP–1: 1:58 PM.) (DM) (Entered: 04/21/2022) |
| 04/21/2022 | 272 | | +++ **SEALED DOCUMENT.** (DM) (Entered: 04/21/2022) |
| 04/22/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued as to Defendants Todd Sheffler and Alex Banta. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, Howard Feldman and Stanley Wasser. Sidebar taken outside the presence of the jury. Defendant Sheffler admonished and questioned as to his right to testify. Defendant Sheffler stated he would not be testifying. Court found that Defendant had made a knowing and voluntary waiver as to his right to testify. Exhibit Conference as to Defendant Sheffler held. Jury called to courtroom and polled collectively as to viewing any media as to this case. With no affirmation and agreement as to same by counsel, trial proceeded. Defendant Sheffler rested. Defendant Banta began his case in chief. Witnesses called, sworn, and questioned. Evidence entered and displayed. Outside the presence of the jury, Defendant Banta admonished and questioned as to his right to testify. Defendant Banta stated he would not be testifying. Court found that Defendant Banta understood his right to testify and chose not to testify. Exhibit previously moved for admission by Defendant Banta was withdrawn. Defendant Banta rested. Government presented is rebuttal case. Agreed substitution of Government Exhibit made. Rebuttal witness called and admonished as to being previously sworn. Evidence entered and displayed. Government rested its rebuttal case. Jury instructed by Court, with instructions read and displayed, at 11:09 AM. Request by Government to Court reconsidering time limitations as to closing and rebuttal arguments. Positions stated. Court ruling rendered. Government gave closing argument at 1:04 PM. Defendant Sheffler's counsel gave closing argument at 1:58 PM. Break taken. Without jury, Government objection stated as to closing arguments of counsel for Defendant Sheffler. Arguments heard. Suggested remedies given. Documents to be filed of record. Jury returned to courtroom. Defendant Banta's counsel gave closing argument at 3:02 PM. Rebuttal closing argument given by Government at 3:48 PM. With two sworn Court Security Officers, the jury retired to deliberate at 4:23 PM. Explanation by Court as to alternates. Alternate jurors to remain separate from deliberating jury. Exhibit Conference held with counsel confirming exhibits to go back to jury during deliberation. At 5:45 and 5:50 PM, the jury presented two handwritten questions to Court. At 6:00 PM, Court presented an answer to questions. At 6:07 PM, the deliberating jury requested to recess for the day and reconvene at 9:00 AM on Monday, April 25, 2022. Jury released for weekend to return at 9:00 AM on Monday, April 25, 2022 for continued deliberation. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 04/23/2022) |

| 04/22/2022 | 274 | | Jury Questions 1 and 2 during deliberation with Court Answer. (DM) (Entered: 04/23/2022) |
| 04/22/2022 | 275 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT UNREDACTED––Jury questions 1 and 2 during deliberation** (DM) (Entered: 04/23/2022) |
| 04/22/2022 | 276 | | Jury Instructions as to Todd Sheffler, Alex Banta––Read and Displayed to Jury. (Attachments: # 1 Jury Instructions read and displayed part 2, # 2 Jury Instructions read and displayed part 3, # 3 Jury Instructions read and displayed part 4)(DM) (Entered: 04/23/2022) |
| 04/23/2022 | 273 | | Jury Questions––asked of witnesses during jury trial. (DM) (Entered: 04/23/2022) |
| 04/25/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL concluded as to Defendants Todd Sheffler and Alex Banta. At 9:00 AM, Jury resumed deliberation. When called to court, AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Alex Banta present in person with counsel of record, either Howard Feldman or Stanley Wasser or both counsel. At 10:10 AM, Jury Question #3 submitted in writing. With positions of counsel stated, written answer given to jury. At 10:53 AM, Jury Question #4 submitted in writing with request to view videos admitted and displayed during trial. At 11:41 AM, the jury returned to the courtroom to view requested videos. During the viewing of the videos, Jury Questions #5 and #6 submitted in writing. After conference with counsel, a written answer given to jury. At 1:56 PM, Jury Question #7 submitted in writing. With attorneys and defendants present, Court read two previously displayed and read jury instructions. Continued deliberation by jury. At 2:39 PM, Jury Question #8 submitted in writing. After discussion with counsel, written answer given to jury. Record made as to deliberation in Courtroom II. At 3:51 PM, Jury Question #9 submitted in writing. With attorneys and defendants present, Court reconvened with jury at 4:18 PM. Court polled jury as to further deliberation as outlined in received question. Answer was unanimous as to deadlock. Verdict returned at this time as to Defendant Banta. Verdict read of record. Jury polled. Jury released. Court allowed attorneys to address jury. Court reconvened in Courtroom I with counsel and defendants present. Presentence Report ordered. Order of Implementation of Sentencing Guidelines entered. Sentencing Hearing set on August 22, 2022 at 1:30 PM before Judge Sue E. Myerscough, Courtroom 1, Springfield as to Defendant Banta. Mistrial on all Counts as to Defendant Sheffler. Oral motion by Government to revoke bond and order Defendant Banta detained. Defendant Banta ordered into custody. Request by Government for status conference with interest of justice finding made to set new trial date. Government Exhibit 63 as to Defendant Sheffler tendered to Court. Status Conference set as to Defendant Sheffler on April 29, 2022 at 3:00 PM before Judge Sue E. Myerscough. Defendant Sheffler admonished as to conditions of bond to remain as previously imposed. Court adjourned. (Court Reporter KF.) (DM) (Entered: 04/26/2022) |
| 04/26/2022 | | | TEXT ORDER as to Defendants Todd Sheffler and Alex Banta: The Court is in receipt of a letter from a witness who testified at trial. The letter shall be |

| | | | |
|---|---|---|---|
| | | | filed under seal. Entered by United States District Judge Sue E. Myerscough on 04/26/2022. (DM) (Entered: 04/26/2022) |
| 04/26/2022 | 277 | | **+++ SEALED DOCUMENT.** (DM) (Entered: 04/26/2022) |
| 04/26/2022 | 278 | | Jury Questions #3 thru #9 during deliberation with Court answers as to Defendants Sheffler and Banta. (DM) (Entered: 04/26/2022) |
| 04/26/2022 | 279 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT––Jury Questions 3–9 and answers of Court––UNREDACTED** (DM) (Entered: 04/26/2022) |
| 04/26/2022 | 281 | | EXHIBIT LISTS as to Defendants Todd Sheffler and Alex Banta––Marked by Court at Jury Trial. (Attachments: # 1 Exhibit List–Sheffler–marked by Court during Jury Trial, # 2 Exhibit List–Banta–marked by Court at Jury Trial)(DM) (Entered: 04/26/2022) |
| 04/26/2022 | 285 | | Jury Instructions Packet given to jury during deliberation as to Defendants Todd Sheffler and Alex Banta. (DM) (Entered: 04/26/2022) |
| 04/27/2022 | 287 | | **+++ SEALED TEXT ORDER.** (DM) (Entered: 04/27/2022) |
| 04/28/2022 | 288 | | NOTICE OF HEARING as to Defendant Todd Sheffler: The Status Conference previously set on 4/29/2022 at 3:00 PM will be by video conference before U.S. District Judge Sue E. Myerscough. The videoconference connection information is attached. (DM) (Entered: 04/28/2022) |
| 04/29/2022 | 289 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present by video on behalf of Government. Defendant Todd Sheffler present by video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Government addressed Court as to Speedy Trial Act and calculations as of this date of no later than June 20, 2022. Approximation of trial time by Government to be two weeks with anticipation of motions and limiting motions to be filed. Issue of consent to jury selection by the Magistrate addressed. Defense counsel to discuss same with Defendant Sheffler. Defense counsel addressed Court in disagreement with Government's position. Estimation of trial time by defense counsel to be 2 to 3 weeks. Request for a continuance by defense counsel to a trial date possibly in mid–July or early August. Government stated that reasons given for a continuance were not a basis under the Speedy Trial Act. Further positions stated. Court's schedule reviewed. Court ordered that counsel provide case law in support of their positions as to Speedy Trial Act no later than Sunday, May 1, 2022 at 6:00 PM. Additional potential scheduling conflicts addressed by Government for the months of July and August. Request by Government for defense counsel to outline specific conflicts in support of their position of a continuance. Additional Status Conference set on May 2, 2022 at 1:30 PM by video before U.S. District Judge Sue E. Myerscough. Court adjourned. (Court Reporter KF.) (DM) (Entered: 04/29/2022) |
| 05/01/2022 | 290 | | POSITION by USA as to Todd Sheffler, Willie Hedden, Alex Banta regarding Scheduling of Retrial of Defendant Sheffler. (Bass, Timothy) (Entered: 05/01/2022) |

| 05/01/2022 | 291 | | POSITION by Todd Sheffler regarding Setting Trial Date. (Vig, William) (Entered: 05/01/2022) |
| 05/02/2022 | 292 | | MOTION *for Scheduling Order* by Todd Sheffler. (Attachments: # 1 Affidavit Court Calendar)(Vig, Sara) (Entered: 05/02/2022) |
| 05/02/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present by video on behalf of Government. Defendant Todd Sheffler present by video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant Sheffler. Court addressed defense counsel's request for a Scheduling Order and the need for trial transcripts prior to filing of pretrial motions. Court set a scheduling order as follows: pretrial motions due by May 23, 2022 and any responses due by May 31, 2022. Bruton Motion discussed by Government. Defense addressed Court as to their position concerning filing of pretrial motions and time frame for receipt of trial transcript. Further discussion regarding trial transcripts already prepared and those which will be prepared. Court stated that counsel should request any additional transcripts as soon as possible as the court reporter is busy. Jury Trial set for July 5, 2022 with parties to advise if they consent to a Magistrate picking the jury. Discussion regarding financial issues as to representation of Defendant Sheffler. Request for bond modification of previously entered order regarding Defendants request to visit grandchild granted. Discussion held as to firm date of jury trial. Personal acknowledgement as to right to a speedy trial and agreement to the continuance by Defendant Sheffler. Interests of Justice finding made. Pretrial Conference set for June 16, 2022 at 11:00 AM before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield. Jury Trial to commence on July 5, 2022 at 9:00 AM with jury selection and trial to began upon empanelment of jury. Request by Government that if a hearing is set on any pre–trial motions that it be expedited as it may impact trial preparation. Hearing adjourned.(Court Reporter KF.) (DM) (Entered: 05/02/2022) |
| 05/02/2022 | | | TEXT ORDER as to Defendant Todd Sheffler by United States District Judge Sue E. Myerscough: Before the Court is Defendant Todd Sheffler's Motion for Scheduling Order 292 , which includes an Affidavit from Attorney William L. Vig [291–1] detailing the professional obligations of Mr. Vig and co–counsel Sara M. Vig for the next 60 days. Also before the Court are Position Statements of the Government 290 and Defendant Sheffler 291 as to setting a date for retrial. The Court considered those matters at the status conference on May 2, 2022. As stated, the Court GRANTED Defendant Sheffler's unopposed request to modify the Sealed Order 287 allowing him to visit his daughter and newborn grandchild between May 6 and May 8, 2022. At the status conference, the Parties discussed the amount of time needed to prepare pretrial motions, file responses thereto, order transcripts and prepare for trial. Defendant Sheffler was advised of his right to a speedy trial, which he personally acknowledged and waived. The Court found the waiver to be knowing and voluntary. The Government has no objection to a continuance of the retrial date up to July 5, 2022. For these reasons, the Court finds that a continuance as requested is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Defendant Sheffler's Motion for Scheduling Order 292 is GRANTED. Any pretrial motions shall be filed by May 23, 2022, with responses due no later than May 31, 2022. The Court notes that the Government orally consented to jury selection by the United States |

| | | | |
|---|---|---|---|
| | | | Magistrate Judge. If both Parties consent, the Parties shall file by May 9, 2022, written consents to jury empanelment by a United States Magistrate Judge. The final pretrial conference is scheduled for June 16, 2022 at 11:00 a.m., at which time the Court will address any Motions in Limine which require a hearing, jury instructions and any other final matters. If the Court determines a hearing is warranted on the Government's anticipated Motion to Revoke Proffer Agreement, the Court will set an expedited hearing date based on the Government's request. The jury retrial as to Defendant Sheffler is set for July 5, 2022, beginning with jury selection at 9:00 a.m. Entered on 05/2/2022. (DM) (Entered: 05/02/2022) |
| 05/03/2022 | 293 | | POSITION by USA as to Todd Sheffler regarding Consent to Magistrate. (Bass, Timothy) (Entered: 05/03/2022) |
| 05/04/2022 | 294 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Closing Argument on behalf of defendant Sheffler) as to Todd Sheffler held on 4/22/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Timothy A. Bass and Sara M. Vig.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/25/2022. Redacted Transcript Deadline set for 6/2/2022. Release of Transcript Restriction set for 8/2/2022. (MAS) (Entered: 05/04/2022) |
| 05/09/2022 | 295 | | MOTION Consent to Magistrate for Jury Selection *Second Trial* by Todd Sheffler. (Vig, Sara) (Entered: 05/09/2022) |
| 05/10/2022 | | | TEXT ORDER by US Magistrate Judge Karen McNaught. Judge McNaught disqualifies and recuses herself from participation in this matter pursuant to 28 U.S.C. 455(a). Pursuant to instructions from Chief Judge Sara Darrow this matter is reassigned to Magistrate Judge Eric Long for further proceedings. Entered by Magistrate Judge Karen L. McNaught on 5/10/2022. (MAS) (Entered: 05/10/2022) |
| 05/11/2022 | | | TEXT ORDER as to Todd Sheffler: The Court has been informed that Defendant Todd Sheffler's surgery that had been scheduled for 12:30 p.m. on |

| | | |
|---|---|---|
| | | May 12, 2022, has been moved up to 7:30 a.m. Accordingly, the Sealed Text Order 287 is modified only to allow Defendant Sheffler to leave his home at 5:00 a.m. on May 12, 2022, rather than 9:00 a.m. as previously permitted. The Clerk will send a copy of this Order to the Probation Office. Entered by Judge Sue E. Myerscough on 5/11/2022. (MAS) (Entered: 05/11/2022) |
| 05/11/2022 | | TEXT ORDER: Defendant Todd Sheffler's Consent to Jury Selection by Magistrate Judge 295 is docketed as a motion. The Clerk is DIRECTED to terminate the motion. The Court notes that the Government 293 has also consented to jury selection being conducted by a magistrate judge. Entered by Judge Sue E. Myerscough on 5/11/2022. (MAS) (Entered: 05/11/2022) |
| 05/19/2022 | 297 | MOTION for Bond *Modification for Post Operation Appointment* by Todd Sheffler. (Vig, Sara) (Entered: 05/19/2022) |
| 05/20/2022 | | TEXT ORDER as to Defendant Todd Sheffler: Before the Court is Defendant Todd Sheffler's Motion to Permit Travel for Post Operation Appointment. Release condition 7(f) restricts Defendant's travel to the Central District of Illinois. The Defendant had hip replacement surgery on May 12, 2022, and is scheduled for a post–operation procedure on May 23, 2022, at a medical facility in Hannibal, Missouri, which is approximately five miles outside the Central District of Illinois. The Defendant anticipates leaving for his appointment by 8:30 a.m. returning by 3:30 p.m. The Government has no objection to the motion. Therefore, the Defendant's Motion to Modify Conditions of Release to Permit Travel for Post Operation Appointment 297 is GRANTED. Release Condition 7(f) is modified to permit the travel requested in this motion. The Clerk will send a copy of this Order to the Probation Office. Entered by U.S. District Judge Sue E. Myerscough on 05/20/2022. (DM) (Entered: 05/20/2022) |
| 05/20/2022 | 300 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Todd Sheffler, Alex Banta held on June 25, 2021, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | | |
|---|---|---|---|
| | | | Restriction. After that date it may be obtained through PACER. Redaction Request due 6/10/2022. Redacted Transcript Deadline set for 6/21/2022. Release of Transcript Restriction set for 8/18/2022. (MJC) (Entered: 05/24/2022) |
| 05/23/2022 | 298 | | MOTION Readopt and Conform Previous Motions in Limine by Todd Sheffler. (Vig, William) (Entered: 05/23/2022) |
| 05/23/2022 | 299 | | MOTION to Revoke *Defendant Sheffler's Proffer Agreement* by USA as to Todd Sheffler, Willie Hedden, Alex Banta. (Bass, Timothy) (Entered: 05/23/2022) |
| 05/31/2022 | 302 | | MOTION for Extension of Time to File Response/Reply as to 299 MOTION to Revoke *Defendant Sheffler's Proffer Agreement* by Todd Sheffler. (Vig, William) (Entered: 05/31/2022) |
| 06/01/2022 | | | TEXT ORDER as to Defendant Todd Sheffler: Before the Court is Defendant Todd Sheffler's Motion for Extension of Time to Respond to Government's Motion to Revoke Proffer Agreement. In support of the motion, the Defendant states he was unable to complete his response to the Government's motion by the expedited deadline. The Defendant seeks a brief extension to June 3, 2022. The Defendant's Motion for Extension of Time to Respond to Government's Motion to Revoke Proffer Agreement 302 is GRANTED. The Defendant's Response is now due on June 3, 2022. A Hearing on the Government's Motion to Revoke Defendant Sheffler's Proffer Agreement and to Allow Admission of Post–Proffer Statements in the Government's Case–In–Chief at Trial 299 is set for June 10, 2022 at 11:00 a.m. Entered by United States District Judge Sue E. Myerscough on 6/1/2022. (DM) (Entered: 06/01/2022) |
| 06/01/2022 | 303 | | MOTION to Continue *Hearing* by Todd Sheffler. (Vig, Sara) (Entered: 06/01/2022) |
| 06/02/2022 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's Motion to Continue Hearing Date. A Hearing on the Government's Motion to Revoke Proffer Agreement is currently set for June 10, 2022. In support of the motion, the Defendant states that both counsel will be out of state at an Illinois State Bar Association meeting on June 10, 2022. Therefore, the Defendant's Motion to Continue Hearing Date 303 is GRANTED. The Hearing on the Government's Motion to Revoke Defendant Sheffler's Proffer Agreement and to Allow Admission of Post–Proffer Statements in the Government's Case–In–Chief at Trial is continued from June 10, 2022, at 11:00 a.m., to June 14, 2022, at 1:30 p.m. The final pretrial conference will take place at the same time. Therefore, the final pretrial conference is advanced from June 16, 2022, at 11:00 a.m., to June 14, 2022, at 1:30 p.m. This will be an in–person hearing. Entered by Judge Sue E. Myerscough on 6/2/2022. (MAS) (Entered: 06/02/2022) |
| 06/03/2022 | 304 | | RESPONSE to Motion by Todd Sheffler re 299 MOTION to Revoke *Defendant Sheffler's Proffer Agreement* (Vig, William) (Entered: 06/03/2022) |
| 06/06/2022 | 305 | | MOTION for Leave to File *Reply* by USA as to Todd Sheffler, Willie Hedden, Alex Banta. (Bass, Timothy) (Entered: 06/06/2022) |
| 06/07/2022 | | | TEXT ORDER: Before the Court is the Government's Motion for Leave to File a Reply to Defendant Todd Sheffler's Response to the Government's Motion to |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Revoke Proffer Agreement. In support of the motion, Government claims that Defendant in his Response 304 mischaracterizes the Government's Motion 299 as an attempt to enforce the impeachment provision of the proffer agreement. Moreover, the Government alleges Defendant mischaracterizes or omits the applicable law. Additionally, the Government states that it requested Counsel for Defendant advise the Government whether Counsel intended to dispute whether Defendant did in fact make certain statements in Counsel's presence that are documented in FBI 302 reports as part of Government's Exhibit 63 so that the Government could determine and advise the Court whether Mr. Vig is a potential witness in the motion hearing and/or at trial, thereby implicating the attorney/witness rule, and/or whether the Government needed to be prepared to invoke the unsworn witness rule during any cross–examination. See, e.g., United States v. Defazio, 899 F.2d 626 (7th Cir. 1990); Ill.R.Prof.C. 3.7. The Government states that Counsel has not yet responded to the Government's request. The Government's Motion for Leave to File Reply 305 is GRANTED. The Reply is due on or before June 8, 2022. Any sur–reply from Defendant shall be filed by June 10, 2022. Entered by Judge Sue E. Myerscough on 6/7/2022. (MAS) (Entered: 06/07/2022) |
| 06/08/2022 | 306 |  | REPLY TO RESPONSE to Motion by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 299 MOTION to Revoke *Defendant Sheffler's Proffer Agreement* (Bass, Timothy) (Entered: 06/09/2022) |
| 06/10/2022 | 307 |  | MOTION for Extension of Time to File *Sur–reply* by Todd Sheffler. (Vig, William) (Entered: 06/10/2022) |
| 06/10/2022 |  |  | TEXT ORDER entered by Judge Sue E. Myerscough on 6/10/22 as to TODD SHEFFLER (1). Before the Court is Defendant Todd Shefflers Motion for Extension of Time to File Sur–reply. The Motion 307 is GRANTED. The sur–reply is now due on June 12, 2022. (TC) (Entered: 06/10/2022) |
| 06/12/2022 | 308 |  | REPLY TO RESPONSE to Motion by Todd Sheffler re 305 MOTION for Leave to File *Reply (surreply)* (Vig, William) (Entered: 06/12/2022) |
| 06/13/2022 | 309 |  | NOTICE *of Additional Authority* by USA as to Todd Sheffler re 299 MOTION to Revoke *Defendant Sheffler's Proffer Agreement* (Bass, Timothy) (Entered: 06/13/2022) |
| 06/14/2022 | 310 |  | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Derek Hasten) as to Todd Sheffler held on March 30, 2022 and March 31, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript purchased by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to** |

| | | | |
|---|---|---|---|
| | | | **share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (MAS) (Entered: 06/14/2022) |
| 06/14/2022 | 311 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Blake Haubrich) as to Todd Sheffler and Alex Banta held on April 5, 2022 and April 6, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (MAS) (Entered: 06/14/2022) |
| 06/14/2022 | 312 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Willie Hedden) as to Todd Sheffler and Alex Banta held on April 12, 2022 and April 13, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically** |

| | | | |
|---|---|---|---|
| | | | **available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (MAS) (Entered: 06/14/2022) |
| 06/14/2022 | 313 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Brett Hendricks) as to Todd Sheffler and Alex Banta held on April 7, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (MAS) (Entered: 06/14/2022) |
| 06/14/2022 | 314 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Matthew Lindsey) as to Todd Sheffler and Alex Banta held on April 11, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall** |

| | | | |
|---|---|---|---|
| | | | **be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (MAS) (Entered: 06/14/2022) |
| 06/14/2022 | 315 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Brandon Syrcle) as to Todd Sheffler and Alex Banta held on April 4, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (MAS) (Entered: 06/14/2022) |
| 06/14/2022 | 316 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Shawn Volk) as to Todd Sheffler and Alex Banta held on April 1, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the** |

| | | |
|---|---|---|
| | | **Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (MAS) (Entered: 06/14/2022) |
| 06/14/2022 | 317 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Richard Aaron Waterstraat) as to Todd Sheffler and Alex Banta held on April 11, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass. <br><br> **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (MAS) (Entered: 06/14/2022) |
| 06/14/2022 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: MOTION HEARING held as to Defendant Todd Sheffler on 6/14/2022. AUSA Timothy Bass present in person on behalf of Government. Defendant Todd Sheffler |

| | | | |
|---|---|---|---|
| | | | present in person with attorneys of record, William Vig and Sara Vig present in person. Government's Motion to Revoke Defendant Sheffler's Proffer Agreement 299 addressed. Arguments made. Witness called, sworn, and questioned. Evidence entered and displayed. Motion Hearing continued to June 15, 2022 at 10:00 AM before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield. Court adjourned. (Court Reporter KF.) (DM) (Entered: 06/14/2022) |
| 06/14/2022 | | | NOTICE OF HEARING as to Todd Sheffler: Motion Hearing continued to 6/15/2022 at 10:00 AM in Courtroom 1 in Springfield before Judge Sue E. Myerscough. (DM) (Entered: 06/14/2022) |
| 06/15/2022 | 318 | | PETITION for Writ of Habeas Corpus ad testificandum *Fernando Garcia−Rios* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 06/15/2022) |
| 06/15/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: MOTION HEARING continued as to Defendant Todd Sheffler on 6/15/2022. AUSA Timothy Bass present in person on behalf of Government. Defendant Todd Sheffler present in person with attorneys of record, William Vig and Sara Vig present in person. Request by Government to admission of Government Exhibit 3. Without objection, admission granted. Case law tendered in support of Government's position. Oral positions stated by counsel. Previously called and sworn witness admonished as to still being under oath. Continued testimony. Discussion held regarding stipulation as to Government's admitted exhibits marked as 3 and 63. Lunch break taken with counsel to confer as to possible stipulation. Court reconvened. Resolution by agreement stated of record. Agreed stipulation offered of record. Government's completion of evidence admitted. Request of defense granted as to stated witness transcripts entered into evidence. Counsel to submit simultaneous briefs by noon on Tuesday, June 21, 2022. Written order to enter. Oral consent to Magistrate Judge Long conducting Jury Selection on July 5, 2022 at 9:00 AM, Springfield. Pretrial Conference continued to June 30, 2022 at 10:00 AM before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield. Request by defense counsel to allow Defendant to attend a post−op appointment discussed with text order to follow. Court adjourned. (Court Reporter KF.) (DM) (Entered: 06/16/2022) |
| 06/16/2022 | | | TEXT ORDER: Defendant Todd Sheffler's conditions of release are modified to allow him to attend a follow−up medical appointment in Hannibal, Missouri during the last week of June, 2022, or on July 1, 2022. Mr. Sheffler shall inform his supervising probation officer of his approximate time of departure and return to the Central District of Illinois. The Clerk will send a copy of this Order to the United States Probation Office. Entered by Judge Sue E. Myerscough on 6/16/2022. (MAS) (Entered: 06/16/2022) |
| 06/17/2022 | 319 | | ORDER granting 318 Motion for Writ of Habeas Corpus ad testificandum as to Fernando Gracia−Rios. Entered by Judge Sue E. Myerscough on 6/17/2022. (DM) (Entered: 06/17/2022) |
| 06/17/2022 | 320 | | Writ of Habeas Corpus ad Testificandum Issued as to for Fernando Garcia−Rios for July 5, 2022 in case as to Todd Sheffler. (DM) (Entered: 06/17/2022) |

| 06/21/2022 | 321 | BRIEF *Supplemental Brief in Support of Motion to Revoke Defendant Sheffler's Proffer Agreement* by USA as to Todd Sheffler, Willie Hedden, Alex Banta re 299 MOTION to Revoke *Defendant Sheffler's Proffer Agreement* filed by USA (Bass, Timothy) (Entered: 06/21/2022) |
|---|---|---|
| 06/21/2022 | 322 | BRIEF *Closing Argument Regarding the Government's Motion to Revoke the Proffer Agreement* by Todd Sheffler (Vig, Sara) (Entered: 06/21/2022) |
| 06/23/2022 | 323 | OPINION entered by Judge Sue E. Myerscough on 6/23/2022. The Government's Motion to Revoke Defendant Sheffler's Proffer Agreement and to Allow Admission of Post–Proffer Statements in the Government's Case–In–Chief at Trial, d/e 299 is GRANTED. (SEE WRITTEN OPINION) (MAS) (Entered: 06/23/2022) |
| 06/24/2022 |  | TEXT ORDER as to Todd Sheffler (1): Before the Court is Defendant Todd Sheffler's Motion to Readopt and Conform Previous Motions in Limine. The Defendant moves to readopt and conform certain motions and portions of motions which were filed prior to the first trial. The Defendant's Motion 298 is GRANTED. The Defendant readopts the following Motions in Limine and pre–trial motions: Defendant Banta's Motion in Limine No. 2, as to paragraphs A, B, C, D, E, F, G, H, I, K, L, N, and P 80 ; Defendant Banta's Motion in Limine No. 3 81 ; Defendant Banta's Motion in Limine No. 7 85 ; Defendant Banta's Motion in Limine No. 2–1 159 ; Defendant Banta's Motion in Limine No. 2–2 172 ; Defendant Banta's Motion in Limine No. 8 230 ; Defendant Banta's Motion in Limine No. 9 247 and Reply to the Government's Response to that motion 251 . The Court adheres to its prior Orders on the motions for the reasons previously articulated, as follows: as stated in 133 , Defendant's Motion in Limine No. 2 is granted in part and deferred in part as to certain issues; as stated in 134 , Defendant's Motion in Limine No. 3 is granted in part and denied in part; as stated in 137 , the Court defers until trial ruling on the evidentiary issues as to witness testimony raised in Defendant's Motion in in Limine No. 7; as stated in 188 , the Defendant's Motion in Limine No. 2–1 regarding autopsy photographs and 2–2 regarding a hospital photograph are both denied; as stated in the Text Order entered on March 29, 2022, the Defendant's Motion in Limine No. 8 is denied, pending the Government establishing a proper foundation for admission of medical records; as stated in the Text order entered on March 28, 2022, the Defendant's Motion in Limine No. 9 for entry of an Order regarding redacted Government Exhibit 1 is denied. Entered by Judge Sue E. Myerscough on 6/24/2022. (ME) (Entered: 06/24/2022) |
| 06/29/2022 | 325 | NOTICE *of Filing Exhibit and Witness Lists* by USA as to Todd Sheffler (Attachments: # 1 Exhibit List)(Bass, Timothy) (Entered: 06/29/2022) |
| 06/29/2022 | 327 | STATEMENT OF THE CASE by USA as to Todd Sheffler. (Bass, Timothy) (Entered: 06/29/2022) |
| 06/29/2022 | 328 | Proposed Jury Instructions by USA as to Todd Sheffler (Bass, Timothy) (Entered: 06/29/2022) |
| 06/29/2022 | 329 | Proposed Jury Instructions by Todd Sheffler (Vig, Sara) (Entered: 06/29/2022) |
| 06/29/2022 | 331 | NOTICE *of Filing Exhibit and Witness List* by Todd Sheffler (Attachments: # 1 Exhibit)(Vig, Sara) (Entered: 06/29/2022) |

| 06/29/2022 | 332 | | +++ **SEALED DOCUMENT.** (Vig, Sara) (Entered: 06/29/2022) |
| 06/30/2022 | 333 | | MOTION to Quash *Trial Subpoena for William Vig* by Todd Sheffler. (Vig, Sara) (Entered: 06/30/2022) |
| 06/30/2022 | 334 | | MOTION to Continue *Trial* by Todd Sheffler. (Vig, William) (Entered: 06/30/2022) |
| 06/30/2022 | 335 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial testimony of Patrick Collier) as to Todd Sheffler & Alex Banta held on April 1 and 5, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass. <br><br> **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/28/2022. (MAS) Modified on 6/30/2022 (MAS). (Entered: 06/30/2022) |
| 06/30/2022 | 336 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Kaylie Duesenberg Becket) as to Todd Sheffler & Alex Banta held on April 6, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass. <br><br> **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to** |

<table>
<tr><td></td><td></td><td></td><td><strong style="color:red">share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.</strong><br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/28/2022. (MAS) Modified on 6/30/2022 (MAS). (Entered: 06/30/2022)</td></tr>
</table>

| 06/30/2022 | 337 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Gershom Norfleet) as to Todd Sheffler & Alex Banta held on April 12, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript purchased by: Sara Vig, William Vig and Timothy Bass. |
|---|---|---|---|

**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/28/2022. (MAS) (Entered: 06/30/2022)

| 06/30/2022 | 338 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Steve Ryan) as to Todd Sheffler and Alex Banta held on March 28, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript purchased by: Sara Vig, William Vig and Timothy Bass. |
|---|---|---|---|

**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically**

| | | | |
|---|---|---|---|
| | | | **available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/28/2022. (MAS) (Entered: 06/30/2022) |
| 06/30/2022 | 339 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Eddie Durell) as to Todd Sheffler and Alex Banta held on March 31, 2022 and April 1, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/28/2022. (MAS) (Entered: 06/30/2022) |
| 06/30/2022 | 340 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Philip Crary) as to Todd Sheffler and Alex Banta held on April 6, 2022 and April 7, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21** |

| | | | |
|---|---|---|---|
| | | | **days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/28/2022. (MAS) (Entered: 06/30/2022) |
| 06/30/2022 | 341 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Bradley Pool) as to Todd Sheffler and Alex Banta held on April 8, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/28/2022. (MAS) (Entered: 06/30/2022) |
| 06/30/2022 | 342 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Cameron Watson) as to Todd Sheffler and Alex Banta held on April 8, 2022 and April 11, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass. |

**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/28/2022. (MAS) (Entered: 06/30/2022)

| | | | |
|---|---|---|---|
| 06/30/2022 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's Motion to Quash Subpoena. On June 29, 2022, the Government notified Defense Counsel that it had issued a subpoena commanding William Vig, one of Defendant Todd Sheffler's attorneys, to testify at the trial as a witness for the Government. Alternatively, the Government requests that Defendant enter into a stipulation. The Defendant states he cannot agreed to the terms of the Government's proposed stipulation. At this time, the basis for the Government calling Mr. Vig as a witness is speculative. The Court recognizes that the issue may arise at trial. Pursuant to Rule 17(c)(2) of the Federal Rules of Criminal Procedure, the Court will quash the subpoena because compliance would be unreasonable at this time. If circumstances change during the jury trial, the Government may issue another subpoena. The Defendant's Motion to Quash Subpoena to Defense Counsel 333 is GRANTED, as provided in this Order. Entered by Judge Sue E. Myerscough on 6/30/2022. (MAS) (Entered: 06/30/2022) |
| 06/30/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: FINAL PRETRIAL CONFERENCE held on 6/30/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present on bond with attorneys of record, William Vig and Sara Vig. Defendant's Motion to Continue 334 addressed. Positions of counsel given. Court and parties discuss alternate trial plan. Motion to Quash Trial Subpoena for William Vig 333 addressed and arguments made. Trial dates discussed as to Court's trailing trial calendar. Approximate length of trial discussed. Recess taken. By request of defense counsel, Attorney Sara Vig was excused from the continued hearing. Attorney William Vig appeared with Defendant Sheffler. Discussion held as to filing of motion in limine. Witnesses to be called compared with transcripts to be received. AUSA Douglas Quivey addressed Court as to cases older than present case and any possibility of trial. Further discussion regarding alternate trial dates. Jury Selection will be continued to August 1, 2022 at 8:30 AM before Magistrate Eric Long, |

| | | | |
|---|---|---|---|
| | | | Courtroom 2, Springfield, with the Jury Trial to commence on August 2, 2022 at 9:00 AM or upon empanelment of the jury before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield. Personal waiver of Speedy Trial Rights by Defendant Sheffler. Jury Instruction Conference held. Court adopted the Motions in Limine from the previous as follows: 2, 3, 7, 2–1, 2–2, 8, and 9. Voir dire to be the same from previous trial. Request by Government for status conference prior to trial. Additional discussion regarding evidence. Status Conference set for July 18, 2022 at 3:30 PM by video before U.S. District Judge Sue E. Myerscough. Court adjourned. (Court Reporter KF.) (DM) (Entered: 06/30/2022) |
| 07/01/2022 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's Motion to Continue 334 . Defendant Sheffler moves to continue on the basis that Defense Counsel needs additional time to receive and review transcripts from the first trial in order to be adequately prepared for trial. Additionally, the Defendant states that Defense Counsel had to devote extensive time to prepare a motion to quash subpoena, following Attorney William Vig's receipt of a subpoena from the Government. At the final pretrial conference on June 30, 2022, Defendant Sheffler was advised of his right to a speedy trial. Defendant Sheffler personally acknowledged and waived his right to a speedy trial. The Court found the waivers to be knowing and voluntary. For these reasons, the Court finds that granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Defendant Todd Sheffler's Motion to Continue 334 is GRANTED. The jury trial is continued from July 5, 2022 to August 1, 2022. Jury selection will be conducted on August 1, 2022, starting at 8:30 a.m., before United States Magistrate Judge Eric Long, with trial commencing before U.S. District Judge Sue E. Myerscough following empanelment of the jury. A status hearing by videoconference is set for July 18, 2022 at 3:30 p.m. All previously issued and served subpoenas are continued and remain in full force and effect to commence on August 1, 2022, and through the entirety of the jury trial. Entered by Judge Sue E. Myerscough on 7/1/2022. (MAS) (Entered: 07/01/2022) |
| 07/05/2022 | 343 | | ORDER as to Todd Sheffler summarizing the rulings from the final pretrial conference held on June 30, 2022 entered by Judge Sue E. Myerscough on 7/1/2022.(SEE WRITTEN ORDER) (MAS) (Entered: 07/05/2022) |
| 07/08/2022 | 345 | | MOTION for Extension of Time to File *Motions in Limine* by Todd Sheffler. (Vig, William) (Entered: 07/08/2022) |
| 07/10/2022 | 346 | | MOTION in Limine *No. 10* by Todd Sheffler. (Vig, William) (Entered: 07/10/2022) |
| 07/11/2022 | 347 | | MOTION in Limine by USA as to Todd Sheffler. (Bass, Timothy) (Entered: 07/11/2022) |
| 07/11/2022 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's unopposed motion for extension of time to file motions in limine. The Court previously ordered any additional motions in limine to be filed by July 8, 2022. In support of the motion, Defendant states that counsel has been unable to complete drafting of his motion and seeks an extension to July 10, 2022. The Government has no objection to Defendant's motion. The Defendant's motion for an extension of time 345 is GRANTED. The Parties' motions in limine |

| | | | |
|---|---|---|---|
| | | | were filed by July 10, 2022. Any responses shall be filed no later than July 17, 2022. Entered by Judge Sue E. Myerscough on 7/11/2022. (MAS) (Entered: 07/11/2022) |
| 07/11/2022 | 348 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Motion Hearing) as to Todd Sheffler held on June 14, 2022 and June 16, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber K.F. Transcript ordered by: Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/1/2022. Redacted Transcript Deadline set for 8/11/2022. Release of Transcript Restriction set for 10/11/2022. (MAS) (Entered: 07/14/2022) |
| 07/14/2022 | 349 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Benjamin Burnett) as to Todd Sheffler and Alex Banta held on March 29, 2022 and March 30, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** |

| | | | |
|---|---|---|---|
| | | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/4/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/12/2022. (MAS) Modified on 7/14/2022 (MAS). (Entered: 07/14/2022) |
| 07/14/2022 | 350 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Angela Bray) as to Todd Sheffler and Alex Banta held on April 14, 2022 and April 18, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass. <br><br> **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/4/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/12/2022. (MAS) Modified on 7/14/2022 (MAS). (Entered: 07/14/2022) |
| 07/14/2022 | | | Notice of Docket Text or Event Modification regarding transcripts filed at d/e 349 and 350 : Clerk corrected docket text to reflect that the transcripts pertained to both defendants Todd Sheffler and Alex Banta. (MAS) (Entered: 07/14/2022) |
| 07/14/2022 | 351 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Fernando Garcia–Rios) as to Todd Sheffler and Alex Banta held on April 18, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass. <br><br> **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically** |

| | | | |
|---|---|---|---|
| | | | **available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/4/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/12/2022. (MAS) (Entered: 07/14/2022) |
| 07/14/2022 | 352 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Jury Trial Testimony of Tyler Shears) as to Todd Sheffler and Alex Banta held on April 18, 2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L.K.C. Transcript ordered by: Sara Vig, William Vig and Timothy Bass.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/4/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/12/2022. (MAS) (Entered: 07/14/2022) |
| 07/15/2022 | 353 | | PETITION for Writ of Habeas Corpus ad testificandum *Fernando Garcia–Rios* by Todd Sheffler. (Attachments: # 1 Text of Proposed Order Proposed Writ, # 2 Text of Proposed Order Proposed Order)(Vig, Sara) (Entered: 07/15/2022) |
| 07/15/2022 | 354 | | ORDER granting 353 Motion for Writ of Habeas Corpus ad testificandum as to Todd Sheffler. Entered by United States District Judge Sue E. Myerscough on 07/15/2022. (DM) (Entered: 07/15/2022) |
| 07/15/2022 | 355 | | |

| | | | |
|---|---|---|---|
| | | | Writ of Habeas Corpus ad Testificandum Issued as to personal appearance of Fernando Garcia–Rios for 8–1–2022 as a witness in case as to Todd Sheffler. (DM) (Entered: 07/15/2022) |
| 07/15/2022 | 356 | | NOTICE *of Filing Amended Jury Instructions* by USA as to Todd Sheffler (Attachments: # 1 Amended Jury Instructions)(Bass, Timothy) (Entered: 07/15/2022) |
| 07/17/2022 | 357 | | RESPONSE to Motion by USA as to Todd Sheffler re 346 MOTION in Limine *No. 10* (Bass, Timothy) (Entered: 07/17/2022) |
| 07/17/2022 | 358 | | RESPONSE to Motion by Todd Sheffler re 347 MOTION in Limine (Vig, William) (Entered: 07/17/2022) |
| 07/18/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 7/18/2022 as to Defendant Todd Sheffler. AUSA Timothy Bass present by video on behalf of Government. Defendant Todd Sheffler present on bond by video. Attorneys William Vig and Sara Vig present by video on behalf of Defendant. Length of Trial estimated to be 3 to 4 weeks. Structure of Jury Selection given. Statement of Case agreed upon. No objection to amendment to jury instructions. Issue of courtroom layout addressed by defense counsel. Court will take pictures of courtroom layout to preserve the record. Further discussion held. Motions in Limine addressed with deferment of ruling. Extension of one week to July 25, 2022 given to defense counsel. All trial transcripts have been produced. Motion Hearing transcript not received by defense counsel. Order by Court to grant access to defense counsel as to Motion Hearing transcript. No objection to jurors asking questions. Further discussion regarding deferred ruling on pre–trial motions. Position further stated. Jury Selection to commence on 8/1/2022 at 8:30 AM before Magistrate Judge Long in Courtroom 2, Springfield. Hearing adjourned. (Court Reporter M. Clagg.) (DM) (Entered: 07/18/2022) |
| 07/19/2022 | | | TEXT ORDER: Based on the request of Defense Counsel and as ordered by the Court, the Clerk is DIRECTED to provide Defense Counsel access to the Transcript of Motion Hearing 348 held on June 14 and June 16, 2022. Entered by Judge Sue E. Myerscough on 7/19/2022. (MAS) (Entered: 07/19/2022) |
| 07/19/2022 | | | TEXT ORDER as to Todd Sheffler: As stated in Court, Amended Jury Instruction Numbers 2A, 6A, and 11B will be given without objection. Instruction Numbers 2, 6, and 11A are withdrawn. Entered by Judge Sue E. Myerscough on 7/19/2022. (MAS) (Entered: 07/19/2022) |
| 07/26/2022 | 360 | | RESPONSE to Motion by Todd Sheffler re 347 MOTION in Limine *Regarding Video Exhibits (Supplemental)* (Vig, William) (Entered: 07/26/2022) |
| 07/28/2022 | | | TEXT ORDER: Before the Court are Defendant Todd Sheffler's Motion in Limine No. 10 346 and the Government's Motion in Limine 347 . In his motion, Defendant Sheffler asks the Court to exclude any references to polygraph testing and results. Regarding the polygraph evidence, the Government states it does not intend to introduce any evidence of polygraph testing or results unless the Defendant first opens the door to such evidence. The Government will also redact from its exhibits any reference to such evidence and submit the redacted exhibits to Defense Counsel for their review. Therefore, this portion of the motion is moot. The Defendant also seeks the |

exclusion of his proffer agreement on the basis that is it is irrelevant under Federal Rule of Evidence 401 or, even if it has some relevance, any probative value is substantially outweighed by the danger of unfair prejudice under Federal Rule of Evidence 403. The Court finds that the proffer agreement is relevant under Rule 401. To the extent there is a risk of unfair prejudice, the Government states that it will publish to the jury only the fact that Defendant Sheffler and Mr. Vig signed a cooperation agreement and that Defendant Sheffler was obligated to provide complete and truthful information, and the Government will redact any references to the consequences for violating the agreement, thereby removing any speculative risk of any inference by the jury that the Court has already determined that Defendant violated the agreement. Based on this redaction, the Court finds that the proffer agreement is relevant and its probative value is not outweighed by the danger of unfair prejudice. Therefore, the Court Denies this portion of Defendant's Motion in Limine. The Defendant also asks the Court to eliminate the risk of the "unsworn witness issue" by excluding any reference to AUSA Bass and Attorney William Vig during any interviews of the Defendant or any other witness. In response, the Government states the unsworn witness problem would disappear if the Defendant would stipulate to the voluntary nature and circumstances and the fact of his statements to the FBI pursuant to a contractual obligation with the Government, which both Defendant Sheffler and Mr. Vig signed. The Government also addresses the unsworn witness issue in its Motion in Limine. It seeks an Order prohibiting Defense Counsel from acting as an unsworn witness at trial. The Government asks the Court to order Counsel for Defendant Sheffler not to act as an unsworn witness at trial and obtain Defendant's voluntary consent and waiver of any conflict of interest for such an Order. If Counsel or Defendant object to that Order and Defendant declines to waive any conflict of interest, the Government asks the Court to disqualify Defense Counsel and allow the Government to issue a subpoena for Mr. Vig's testimony at trial. The Court recognizes there is a potential risk for the unsworn witness problem to arise. The Court expects all counsel to conduct themselves in accordance with the rules of ethics. Because the risk of the unsworn witness problem is speculative at this time, the Court declines to grant the relief requested in either party's motion. The Government also seeks an Order prohibiting Defense Counsel from referring to the prior trial or potential sentence. The Defendant states he will not refer to the prior mistrial. As in the previous trial, Counsel shall not directly refer to Defendant's or any co–Defendant's potential sentence. Therefore, the Court Grants this portion of the Government's Motion. The Government also seek entry of an Order under Federal Rule of Evidence 901(a) prohibiting Defense Counsel from publishing and using unauthenticated video exhibits at trial. The Defendant states that in some instances, the Defense used clips made from longer videos previously produced in discovery and admitted at trial. The Defendant also "zoomed in" on previously admitted videos. The Defendant also created two exhibits: one consisting of four of the Governments previously admitted videos playing, together with the audio of a witness's phone call; the other consisting of two of the videos, again with the audio of the witness's phone call. For the reasons stated in the Defendant's supplement, the Court Denies the Government's motion regarding clips from longer videos and zooming in on a portion of the video screen. The Court defers a ruling on any display of related exhibits simultaneously, subject to a proper foundation being laid at trial. The Defendant's Motion in Limine No. 10 <u>346</u> is DENIED in part, as provided in

| | | | |
|---|---|---|---|
| | | | this Order. The Government's Motion in Limine 347 is GRANTED in part and DENIED in part, as provided in this Order. Entered by Judge Sue E. Myerscough on 7/28/2022. (MAS) (Entered: 07/28/2022) |
| 07/28/2022 | | | TEXT ORDER as to Todd Sheffler: At the beginning of the trial, the Court will read preliminary jury instructions consistent with those read at the previous trial. See Doc. 252. The Parties shall indicate by July 29, 2022, if there are any objections to those instructions or if they would like any other instructions to be read. The Government shall prepare and file the preliminary jury instructions. Entered by Judge Sue E. Myerscough on 7/28/2022. (MAS) (Entered: 07/28/2022) |
| 07/29/2022 | 361 | | NOTICE *of Filing Court's Preliminary Jury Instructions with No Objection* by USA as to Todd Sheffler (Attachments: # 1 Court's Preliminary Jury Instructions)(Bass, Timothy) (Entered: 07/29/2022) |
| 07/29/2022 | 362 | | NOTICE *of Filing Amended Witness List* by USA as to Todd Sheffler (Bass, Timothy) (Entered: 07/29/2022) |
| 07/29/2022 | 364 | | POSITION by Todd Sheffler regarding Preliminary Jury Instructions. (Attachments: # 1 Text of Proposed Order)(Vig, Sara) (Entered: 07/29/2022) |
| 07/31/2022 | | | TEXT ORDER: Defendant Todd Sheffler has filed a Position Statement Objecting to the Court's Preliminary Instructions 364 on the basis that Preliminary Instruction No. 1 [361−1] omitted a portion of the instruction read at the first trial. The Government has since submitted an amended Preliminary Instruction No. 1 that includes the omitted language. The Court will give the amended instruction. Accordingly, the Defendant's objection is moot. Entered by United Stated District Judge Sue E. Myerscough on 07/31/2022. (DM) (Entered: 07/31/2022) |
| 08/01/2022 | 365 | | NOTICE *of Filing Second Amended Witness List* by USA as to Todd Sheffler (Bass, Timothy) (Entered: 08/01/2022) |
| 08/01/2022 | | | Minute entry for proceedings held 8/1/22 before Magistrate Judge Eric I. Long as to Todd Sheffler. Appearance on behalf of Government by AUSA Eugene Miller and AUSA Tim Bass. Appearance of TODD SHEFFLER with counsel William Vig and Sara Vig. Jury Selection held. Preliminary matters discussed. Jury in for voir dire. Jurors sworn as to qualifications. Statement of the case read. Jury selection to continue at 8:30 am on 8/2/22. Court in recess until 8:30 AM on 8/2/22. Defendants bond remains in effect. (Court Reporter LC.) (SKR) (Entered: 08/02/2022) |
| 08/02/2022 | 367 | | MOTION in Limine *Regarding Proffer Agreements of Government Witnesses* by Todd Sheffler. (Vig, William) (Entered: 08/02/2022) |
| 08/02/2022 | | | TEXT ORDER as to Defendant Todd Sheffler: Before the Court is Defendant Todd Sheffler's Motion in Limine Regarding Proffer Agreements of Government Witnesses 367 . The Government shall file a Response by August 3, 2022. Entered by Judge Sue E. Myerscough on 08/02/2022. (DM) (Entered: 08/02/2022) |
| 08/02/2022 | | | Minute entry for proceedings held 8/2/22 before Magistrate Judge Eric I. Long. Appearance on behalf of Government by AUSA Eugene Miller and AUSA Tim Bass. Appearance of TODD SHEFFLER with counsel William Vig and Sara |

| | | | |
|---|---|---|---|
| | | | Vig. Jurors in for continued voir dire. Strikes taken. Jury selected. Jurors to report for service on 8/3/22 at 8:45 AM. Jury Trial will commence on 8/3/22 at 9:00 AM before Judge Sue E. Myerscough, Courtroom 1 in Springfield. Defendant Shefflers bond remains in effect. (Court Reporter LC.) (SKR) (Entered: 08/03/2022) |
| 08/03/2022 | 368 | | RESPONSE to Motion by USA as to Todd Sheffler re 367 MOTION in Limine *Regarding Proffer Agreements of Government Witnesses* (Attachments: # 1 Exhibit)(Bass, Timothy) (Entered: 08/03/2022) |
| 08/03/2022 | | | TEXT ORDER as to Defendant Todd Sheffler: Before the Court is Defendant Todd Sheffler's Motion in Limine Regarding Proffer Agreements of Government Witnesses 367 . The Government has filed a Response 368 . The Defendant asks the Court to order the Government to redact Exhibits 36A and 36B, the proffer letters of government witnesses Blake Haubrich and Brett Hendricks, in the same manner that the Government agreed to redact Exhibit 36C, Defendant Todd Sheffler's proffer letter. The Government agreed to "redact any references to the consequences for violating the agreement, thereby removing any speculative risk of any inference by the jury that the Court has already determined that Defendant violated the agreement." The Defendant claims that to eliminate any prejudice, all proffer agreements must appear the same through identical redactions, and questions regarding the consequences of violation or the Court's role in determining whether a violation has occurred must be avoided. The Seventh Circuit has stated, "Our case law permits the prosecutor to elicit testimony on direct examination concerning the witness' plea agreement; indeed, he may place the entire plea agreement in evidence." United States v. Robbins, 197 F.3d 829, 841 (7th Cir. 2019). Certainly, the same principle would apply to an uncharged witness's proffer letter. Any risk of unfair prejudice can be addressed by limiting instructions concerning the jury's sole role in weighing witness credibility, the requirement that the witnesses' testimony be considered with caution and great care, and the specific instruction that nothing the Court says should be considered by the jury as in any way conveying the Court's opinion on the evidence or what the verdict should be. Attached to the Government's Response is a proposed modified instruction concerning a defendant's statements to provide that the jury alone is to determine whether Defendant Sheffler made any statements to the FBI and the truthfulness of those statements [368–1]. Because the probative value of this relevant evidence is not substantially outweighed by a danger of unfair prejudice or any other basis for exclusion under Federal Rule of Evidence 403, the Court DENIES the Defendant's Motion in Limine Regarding Proffer Agreements of Government Witnesses 367 . Entered by U.S. District Judge Sue E. Myerscough on 08/03/2022. (DM) (Entered: 08/03/2022) |
| 08/03/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL began as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Court addressed counsel regarding excusal of Juror #78 and Alternate Juror #13 to be empaneled as juror in this case. Additional disclosure of information as to Juror #56 with no objection stated. Defendant's Motion in Limine 367 addressed. As requested, oral argument of Government given. Motion denied. Additional pretrial issues addressed and positions stated. Defendant personally acknowledged a potential conflict of interest as to retained counsel, waived |

| | | | |
|---|---|---|---|
| | | | said conflict, and will proceed to trial with current counsel of record. With agreement of counsel, one oath to be administered to entire jury. Outline of new equipment within the courtroom given. Jury of 12 with 3 alternates sworn. Preliminary Instructions read and displayed. Opening statements given. Government began its case in chief. Witnesses called, sworn and questioned. Evidence entered and displayed. Potential issue with scheduled appointment of Juror #57 discussed. Juror #57 called to courtroom and questioned. Resolution rendered. Previously called witness resumed testimony. Outside the presence of the Jury, issues regarding conduct discussed. Defense counsel to supply copies of Defendant's Exhibits on filed Exhibit List to Government. Position of defense counsel stated. Potential conflict with Juror #72 discussed. Juror #72 called to courtroom and questioned. Juror #72 excused and Alternate Juror #22 empaneled with jury of 12. Government to redact address of Defendant on exhibits. Continued testimony and evidence entered. Jury dismissed for the day. Jury Trial to reconvene at 8:00 AM on August 4, 2022 with adjournment at 11:00 AM. Discussion regarding witness line–up. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/03/2022) |
| 08/04/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/4/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Court addressed counsel regarding question from jury as to procedure of jury asking questions. Government continued its case in chief. Witness previously called and sworn resumed testimony. Evidence entered and displayed. Jury dismissed for the day. Jury Trial to reconvene at 9:00 AM on August 5, 2022. Discussion regarding witness line–up. Additional issues discussed. Court adjourned.(Court Reporter LC (Urbana).) (DM) (Entered: 08/04/2022) |
| 08/04/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 8/4/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present by phone. Attorneys William Vig and Sara Vig present on behalf of Defendant. Government addressed Court regarding potential issue with Juror #31 and prior juror from April 2022 trial. Status given by Government as to relationship and contact its office has had with prior juror from April 2022 trial. By agreement of counsel, Court will call in Juror #31 at 8:45 AM on August 5, 2022 to be questioned prior to the start of Court at 9:00 AM. Further record made as to prior jurors' presence in public access viewing and opinions relayed to press after previous trial. Court adjourned.(Court Reporter LC (Urbana).) (DM) Prior juror's name replaced with prior juror from April 2022 trial––Modified on 8/7/2022 (DM). (Entered: 08/04/2022) |
| 08/05/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/5/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Issue regarding Juror discussed. Juror #31 called to Court and questioned. Oral motion by Defendant to excuse juror for cause denied. Government continued its case in chief. Witness previously called and sworn resumed testimony. Additional witnesses called, sworn, and questioned. Evidence entered and displayed. Jury Instruction read of record prior to admission/display of Govt's Exhibit 27. Jury dismissed for the weekend. Jury Trial to reconvene at 9:00 |

| | | | |
|---|---|---|---|
| | | | AM on August 8, 2022. Discussion regarding testimony of agents. Positions stated. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/05/2022) |
| 08/05/2022 | 369 | | Jury Questions as to Todd Sheffler––Questions 1 thru 4. (DM) (Entered: 08/05/2022) |
| 08/05/2022 | 370 | | Preliminary Jury Instructions as to Todd Sheffler––Read and Displayed to Jury on commencement of Jury Trial. (DM) (Entered: 08/05/2022) |
| 08/07/2022 | | | Notice of Docket Text or Event Modification re Minute Entry of 8/4/2022––Status Conference. Prior juror's actual name replaced with "prior juror from April 2022 trial." (DM) (Entered: 08/07/2022) |
| 08/08/2022 | 371 | | Jury Questions as to Todd Sheffler––Questions 5 thru 15. (DM) (Entered: 08/08/2022) |
| 08/08/2022 | 372 | | Jury Instruction adopted by parties and Court as to Todd Sheffler––Read of record during testimony of Dr. Collier. (DM) (Entered: 08/08/2022) |
| 08/08/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/8/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Government continued its case in chief. Witnesses called, sworn, and questioned. Evidence entered and displayed. Oral Motion under Rule 615 by Defendant. Motion granted with exception of case agents. No objection by Government. Jury excused for the day. Jury Trial to reconvene at 9:00 AM on August 9, 2022. Discussion regarding progression of trial, witnesses, and testimony of agent. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/08/2022) |
| 08/08/2022 | 373 | | BRIEF *Government's Supplemental Brief in Support of Motion in Limine and Response to Defendant Sheffler's Motion in Limine 10* by USA as to Todd Sheffler (Bass, Timothy) (Entered: 08/08/2022) |
| 08/09/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/9/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Supplemental Brief filed by Government 373 acknowledged. No ruling at this time. Court ordered that GJ material may be turned over to court reporter for the record. Government continued its case in chief. Witness previously called and sworn resumed testimony. Evidence entered and displayed. Jury excused for the day. Jury Trial to reconvene at 9:00 AM on August 10, 2022. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/09/2022) |
| 08/09/2022 | 374 | | Jury Questions as to Todd Sheffler––Questions 16 thru 18. (DM) (Entered: 08/09/2022) |
| 08/10/2022 | 375 | | BRIEF *Response to Government's Supplemental Brief* by Todd Sheffler (Vig, Sara) (Entered: 08/10/2022) |
| 08/10/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/10/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant |

| | | | |
|---|---|---|---|
| | | | Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Government continued its case in chief. Witnesses called, sworn, and questioned. Evidence entered and displayed. Discussion regarding progression of trial and issue regarding juror's previously excused dates. Government made an oral motion to renew its Motion in Limine 347 . Arguments made. Motion denied with justification stated. Jury excused for the day. Jury Trial to reconvene at 9:00 AM on August 11, 2022. Additional record made by Government. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/10/2022) |
| 08/10/2022 | 376 | | Jury Questions as to Todd Sheffler–-Questions 19 thru 24. (DM) (Entered: 08/10/2022) |
| 08/11/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/11/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Government continued its case in chief. Previously called and sworn witness resumed testimony. Additional witnesses called and sworn. Evidence entered and displayed. Overflow Room admonished as to being an extension of the courtroom and adherence to the same rules as the courtroom. Jury excused for the day. Jury Trial to reconvene at 9:00 AM on August 12, 2022. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/11/2022) |
| 08/11/2022 | 377 | | Jury Questions as to Todd Sheffler–-Questions 25 thru 31. (DM) (Entered: 08/11/2022) |
| 08/12/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/12/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence previously admitted was displayed. Additional witnesses called and sworn. Evidence entered and displayed. Jury excused for the weekend. Juror #13 remained in courtroom as to questioning regarding scheduled days off. Discussions regarding witness line–up and progression of the trial. Defense counsel to supply a witness list and line–up of same by midnight. Additional issues addressed. Jury Trial to reconvene at 9:00 AM on August 15, 2022. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/12/2022) |
| 08/12/2022 | 378 | | Jury Questions as to Todd Sheffler–-Questions 32 thru 39. (DM) Typo corrected–-Modified on 8/12/2022 (DM). Document added (DM). (Entered: 08/12/2022) |
| 08/15/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/15/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence previously admitted was displayed. Additional witnesses called and sworn. Evidence entered and displayed. Jury excused for the day. Discussion held as to trial exhibit. Jury Trial to reconvene at 9:00 AM on August 16, 2022. Court adjourned. (Court Reporter LC |

| | | | |
|---|---|---|---|
| | | | (Urbana).) (DM) (Entered: 08/15/2022) |
| 08/15/2022 | 379 | | Jury Questions as to Todd Sheffler––Questions 40 thru 45. (DM) (Entered: 08/15/2022) |
| 08/16/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/16/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence previously admitted was displayed. Additional witnesses called and sworn. Evidence entered and displayed. Two jury instructions read of record in accordance with witness testimony. Jury excused for the day. Discussion with Juror #13 as to excused dates. Order of witnesses to be submitted by defense counsel by midnight. Jury Trial to reconvene at 9:00 AM on August 17, 2022. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/16/2022) |
| 08/16/2022 | 381 | | Jury Questions as to Todd Sheffler––Questions 46 thru 52. (DM) (Entered: 08/16/2022) |
| 08/16/2022 | 382 | | Jury Instruction as to Todd Sheffler––Read of record during testimony of Witness Pasley. (DM) (Entered: 08/16/2022) |
| 08/16/2022 | 383 | | Jury Instruction adopted by parties and Court as to Todd Sheffler––Read of record during testimony of Dr. Norfleet. (DM) (Entered: 08/16/2022) |
| 08/17/2022 | 384 | | Writ of Habeas Corpus ad Testificandum Issued as to Fernando Garcia–Rios for August 18, 2022 at 9:00 AM before U.S. District Judge Sue E. Myerscough, Springfield in case as to Todd Sheffler. (Copy emailed to US Marshals and IDOC Pinckneyville CC). (DM) (Entered: 08/17/2022) |
| 08/17/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/17/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence previously admitted was displayed. Additional witnesses called and sworn. Evidence entered and displayed. Arguments heard regarding scope of questioning as to witness to be called by defense. Court ruling rendered. Jury excused for the day. Discussion regarding witness issue. Jury Trial to reconvene at 9:00 AM on August 18, 2022. Court adjourned.(Court Reporter LC (Urbana).) (DM) (Entered: 08/17/2022) |
| 08/17/2022 | 385 | | Jury Questions as to Todd Sheffler––Questions 53 thru 57. (DM) (Entered: 08/17/2022) |
| 08/18/2022 | 386 | | MOTION to Amend/Correct *EXHIBIT LIST* by Todd Sheffler. (Vig, William) (Entered: 08/18/2022) |
| 08/18/2022 | 387 | | EXHIBIT LIST by Todd Sheffler (Vig, William) (Entered: 08/18/2022) |
| 08/18/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/18/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara |

| | | | |
|---|---|---|---|
| | | | Vig. Government continued its case in chief. Previously called and sworn witness resumed testimony. Evidence previously admitted was displayed. Additional evidence entered. Issue regarding burden of proof addressed. Positions stated. Court stands by prior ruling. Jury Instruction read of record. Judicial Notice taken that Mt. Sterling, IL and Western IL CC within the Central District of Illinois. Government rested. Oral Motion by Defendant for Directed Verdict at the close of Government's evidence. Motion denied. Defendant Sheffler began his case in chief. Witnesses called, sworn, and questioned. Evidence entered and displayed. Jury excused for the day. Jury Trial to reconvene at 9:00 AM on August 19, 2022. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/18/2022) |
| 08/18/2022 | 388 | | Jury Questions as to Todd Sheffler––Questions 58 and 59. (DM) (Entered: 08/18/2022) |
| 08/18/2022 | 389 | | Jury Instruction as to Todd Sheffler––Read of record as to juror question. (DM) (Entered: 08/18/2022) |
| 08/18/2022 | 390 | | IDOC Writ of Habeas Corpus ad Testificandum Returned Executed in case as to Todd Sheffler. Witness Fernando Garcia–Rios testimony completed. (DM) (Entered: 08/19/2022) |
| 08/19/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/19/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Sheffler continued his case in chief. Previously called and sworn witness present for further questioning. Additional witnesses called, sworn, and testimony given. Evidence previously admitted was displayed. Discussion as to progression of trial. Jury excused for the weekend. Jury Trial to reconvene at 9:00 AM on August 22, 2022. Court adjourned. (Court Reporter KF) (DM) Corrected Court Reporter––Modified on 8/22/2022 (DM). (Entered: 08/19/2022) |
| 08/19/2022 | 391 | | Jury Questions as to Todd Sheffler––Questions 60 thru 67. (DM) (Entered: 08/19/2022) |
| 08/22/2022 | | | Notice of Docket Text or Event Modification re Minute Entry of 8/19/2022––Jury Trial: Correction to Court Reporter to KF. (DM) (Entered: 08/22/2022) |
| 08/22/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL continued on 8/22/2022 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Defendant Sheffler continued his case in chief. Witnesses called, sworn, and testimony given. Evidence admitted and displayed. Jury Instruction Conference held. Issue regarding redacted transcript and witness testimony discussed. Witness testimony by transcript read of record with exhibits admitted and displayed. Defendant Sheffler admonished and questioned as to his right to testify. Defendant Sheffler stated he would not be testifying. Defendant Sheffler rested. Govt presented rebuttal and rested. Oral Motion to Reopen Evidence by defense granted. Admission of defense exhibit made and granted without objection. Jury excused for the day. Discussion held regarding |

| | | | |
|---|---|---|---|
| | | | jury instructions and copies. Jury Trial to reconvene at 9:00 AM on August 23, 2022. Court adjourned. (Court Reporter KF.) (DM) (Entered: 08/22/2022) |
| 08/22/2022 | 392 | | Jury Questions as to Todd Sheffler−−Questions 68 thru 73. (DM) (Entered: 08/22/2022) |
| 08/23/2022 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: JURY TRIAL concluded on 8/23/22 as to Defendant Todd Sheffler. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant Todd Sheffler present in person with counsel of record, William Vig and Sara Vig. Issue regarding jury instruction addressed. Oral motion by defense as to change. Response by Govt. Motion denied. At 9:04 AM, Jury instructed by Court, with instructions read and displayed. Government gave closing argument at 9:44 AM. Break taken. Defendant Sheffler's counsel gave closing argument at 10:58 AM. Rebuttal closing argument given by Government at 11:53 AM. With two sworn Court Security Officers, the jury retired to deliberate at 12:11 PM. Alternate jurors to remain separate from deliberating jury. At 2:28 PM, counsel called to court for presentation of two handwritten jury questions. At 2:44 PM, Jury called to Court to view requested video. At 3:16 PM, Jury informed the Court that they had reached a verdict. At 3:32 PM, Jury returned to open Court. Verdict read of record. Jury polled. Jury released. Court allowed attorneys to address jury. Order of Implementation of Sentencing Guidelines entered. Preparation of Presentence Investigative Report ordered. Sentencing Hearing set on January 6, 2023 at 1:30 PM before United States District Judge Sue E. Myerscough, Courtroom 1, Springfield. Oral motion by Government to revoke bond and order Defendant Sheffler detained. Response by defense counsel stated. Defendant Sheffler ordered detained. Court adjourned. (Court Reporter LC (Urbana).) (DM) (Entered: 08/23/2022) |
| 08/23/2022 | 393 | | Jury Questions during deliberation as to Defendant Sheffler−−Marked as 1 and 2. (DM) (Entered: 08/23/2022) |
| 08/23/2022 | 394 | | **+++ SEALED DOCUMENT − ORIGINAL DOCUMENT−−JURY QUESTIONS DELIBERATION−−UNREDACTED** (DM) (Entered: 08/23/2022) |
| 08/23/2022 | 395 | | JURY VERDICT as to Todd Sheffler (1) Guilty on Counts 1,2,3,4,5. (DM) (Entered: 08/23/2022) |
| 08/23/2022 | 396 | | **+++ SEALED DOCUMENT − ORIGINAL DOCUMENT−−JURY VERDICT as to Defendant Sheffler−− UNREDACTED** (DM) (Entered: 08/23/2022) |
| 08/23/2022 | 397 | | ORDER on Implementation of Sentencing Guidelines as to Todd Sheffler. Entered by Judge Sue E. Myerscough on 08/23/2022. (DM) (Entered: 08/23/2022) |
| 08/23/2022 | 398 | | Jury Instructions as to Todd Sheffler−−read, displayed, and a copy to each of the jurors during deliberation. (DM) (Entered: 08/23/2022) |
| 08/23/2022 | 399 | | EXHIBIT LISTS as to Todd Sheffler−−Marked by Court at Jury Trial. (DM) (Entered: 08/23/2022) |
| 08/29/2022 | | | TEXT ORDER as to Todd Sheffler: The Clerk is Directed to terminate the Defendant's motion for leave to file an amended exhibit list 386 . The amended |

| | | | |
|---|---|---|---|
| | | | exhibit list was inadvertently filed as a motion. Entered by Judge Sue E. Myerscough on 8/29/2022. (MAS) (Entered: 08/29/2022) |
| 09/04/2022 | 402 | | Jury Instructions––Ruled on by Court as to Jury Trial of Defendant Todd Sheffler. (DM) (Entered: 09/04/2022) |
| 09/05/2022 | 403 | | MOTION for Extension of Time to File *Posttrial Motions* by Todd Sheffler. (Vig, William) (Entered: 09/05/2022) |
| 09/06/2022 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's Motion for Extension of Time to File Post–trial Motions 403 . Based on the length of the trial and the amount of time necessary to obtain and review trial transcripts, the Defendant seeks a 90–day extension of the deadline for filing post–trial motions, to December 5, 2022. The Government shall file a response to the Defendant's motion by September 9, 2022. Entered by Judge Sue E. Myerscough on 9/6/2022. (MAS) (Entered: 09/06/2022) |
| 09/09/2022 | 404 | | RESPONSE to Motion by USA as to Todd Sheffler re 403 MOTION for Extension of Time to File *Posttrial Motions* (Bass, Timothy) (Entered: 09/09/2022) |
| 09/09/2022 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's Motion for Extension of Time to File Post–trial Motions 403 . Based on the length of the trial and the amount of time necessary to obtain and review trial transcripts, the Defendant seeks a 90–day extension of the deadline for filing post–trial motions, to December 5, 2022. In its Response 404 , the Government states that Defendant has not identified any legal issues that would be the subject of a post–trial motion or any reason why trial transcripts are necessary to prepare a brief addressing such issues. Moreover, the Defendant has obtained the transcripts from the first trial, and numerous legal issues have been addressed in pretrial motions. The Government further notes that a 90–day extension would inevitably delay the sentencing hearing, thereby prolonging Defendant Sheffler's pre–sentencing detention. The Government objects to a 90–day extension but does not oppose an extension of 45 days. Because the motion does not provide specific reasons as to why an extension of 90 days is necessary, the Court will allow a shorter extension of approximately 45 days. The Defendant's Motion for Extension of Time to File Post–trial Motions 403 is GRANTED in part. The Defendant's post–trial motions are due by October 24, 2022. Entered by Judge Sue E. Myerscough on 9/9/2022. (MAS) (Entered: 09/09/2022) |
| 10/24/2022 | 408 | | MOTION for Extension of Time to File *Post Trial Motions* by Todd Sheffler. (Vig, Sara) (Entered: 10/24/2022) |
| 10/24/2022 | | | TEXT ORDER: Before the Court is Defendant Todd Sheffler's Motion for Extension of Time to File Post–trial Motions 408 . The Defendant seeks a brief extension of the deadline for filing post–trial motions so that counsel can review recently received transcripts and complete post–trial motions. The motion provides that the Government has no objection to the Defendant's request. For good cause shown, Defendant Todd Sheffler's Motion for Extension of Time to File Post–trial Motions 408 is GRANTED. The deadline for filing post–trial motions is extended from October 24, 2022, to November 7, 2022. Entered by Judge Sue E. Myerscough on 10/24/2022. (MAS) (Entered: 10/24/2022) |

| 11/03/2022 | 410 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Testimony of Amanda Hill as to Todd Sheffler, Alex Banta held on 4/6/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 411 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF RICHARD RUBLE as to Todd Sheffler, Alex Banta held on 4/7/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 412 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF JOHNNY BARFIELD as to Todd Sheffler, Alex Banta held on 4/22/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 413 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of GOVERNMENT'S CLOSING ARGUMENTS as to Todd Sheffler, Alex Banta held on 4/22/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for** |

| | | | |
|---|---|---|---|
| | | | **compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 414 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of GOVERNMENT OPENING STATEMENT as to Todd Sheffler held on 8/3/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 415 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of OPENING STATEMENT ON BEHALF OF DEFENDANT SHEFFLER as to Todd Sheffler, Alex Banta held on 8/3/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to** |

| | | |
|---|---|---|
| | | **share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 416 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF SHAWN VOLK as to Todd Sheffler held on 8/8/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 417 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF WILLIE HEDDEN as to Todd Sheffler held on 8/8/2022 and 8/9/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically** |

| | | |
|---|---|---|
| | | **available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 418 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF PRICE McCARTY as to Todd Sheffler held on 8/10/2022 and 8/11/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs. **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 419 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF BLAKE HAUBRICH as to Todd Sheffler held on 8/11/2022 and 8/12/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs. **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21** |

| | | |
|---|---|---|
| | | **days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 420 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF BRETT HENDRICKS as to Todd Sheffler held on 8/12/2022 and 8/15/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 421 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of JURY TRIAL TESTIMONY OF ANGELA BRAY as to Todd Sheffler held on 8/17/2022 and 8/18/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US |

| | | | |
|---|---|---|---|
| | | | Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |
| 11/03/2022 | 422 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of CLOSING ARGUMENTS as to Todd Sheffler held on 8/23/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber L. Cosimini, Telephone number 217–355–4227. Transcript purchased by: the US Attorney's Office and Attorneys Vigs.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/1/2023. (ME) (Entered: 11/03/2022) |

| | | | |
|---|---|---|---|
| 11/07/2022 | 423 | | AMENDED MOTION for Judgment of Acquittal by Todd Sheffler. (Vig, William) Corrected docket text on 11/14/2022 (ME). (Entered: 11/07/2022) |
| 11/07/2022 | 424 | | MOTION for New Trial by Todd Sheffler. (Vig, William) (Entered: 11/07/2022) |
| 11/07/2022 | 425 | | MEMORANDUM *in support* by Todd Sheffler re 424 MOTION for New Trial filed by Todd Sheffler (Vig, William) (Entered: 11/07/2022) |
| 11/07/2022 | 426 | | MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL 423 by Todd Sheffler (Vig, William) Corrected docket text on 11/14/2022 (ME). (Entered: 11/07/2022) |
| 11/22/2022 | 427 | | MOTION for Leave to File *Responses to Defendant Sheffler's Motions* by USA as to Todd Sheffler. (Bass, Timothy) (Entered: 11/22/2022) |
| 11/30/2022 | | | TEXT ORDER as to Todd Sheffler: Before the Court is the Government's Motion for an Extension of Time in which to file a Response to Defendant Todd Sheffler's Motion for New Trial and Motion for Judgment of Acquittal 427 . In support of the motion, the Government states that a complete response to the motions requires a review of the pre–trial and trial record. Moreover, counsel for the Government will be out of the district during the week of December 5, 2022. For good cause shown, the Government's Motion for an Extension of Time 427 is GRANTED. The Government's Response to Defendant's Motions is now due on December 16, 2022. Entered by Judge Sue E. Myerscough on 11/30/2022. (MAS) (Entered: 11/30/2022) |
| 11/30/2022 | 428 | | **+ +INITIAL PRESENTENCE INVESTIGATION REPORT** as to Todd Sheffler (TB) (Entered: 11/30/2022) |
| 12/09/2022 | | | Set/Reset Deadlines/Hearings as to Todd Sheffler: Sentencing set for 1/18/2023 AT 1:30 PM in Courtroom 1 in Springfield before Judge Sue E. Myerscough. (MAS) (Entered: 12/09/2022) |
| 12/16/2022 | 432 | | MOTION for Extension of Time to File Response/Reply by USA as to Todd Sheffler. (Bass, Timothy) (Entered: 12/16/2022) |
| 12/19/2022 | | | TEXT ORDER: Before the Court is the Government's motion for additional time to file a response to Defendant Todd Sheffler's motions for new trial and judgment of acquittal. For good cause shown, the Government's motion 432 is GRANTED. The response is now due on December 19, 2022. Entered by U.S. District Judge Sue E. Myerscough on 12/19/2022. (Stephens, Huntur) (Entered: 12/19/2022) |
| 12/19/2022 | 433 | | RESPONSE to Motion by USA as to Todd Sheffler re 423 MOTION for Judgment NOV , 424 MOTION for New Trial (Bass, Timothy) (Entered: 12/19/2022) |
| 12/23/2022 | 434 | | ORDER by United States District Judge Sue E. Myerscough: Defendant Todd Sheffler's Amended Motion for Judgment of Acquittal (d/e 423 ) and Motion for New Trial pursuant to Federal Rule of Criminal Procedure 33 (d/e 424 ) are both DENIED. (SEE WRITTEN ORDER). Entered on 12/22/2022. (DM) (Entered: 12/23/2022) |
| 01/03/2023 | | | TEXT ORDER The Court has determined that, before sentencing any one of the Defendants, the Court wishes to review each of the revised presentence |

| | | | |
|---|---|---|---|
| | | | investigation reports and the sentencing commentaries of all parties. The supervising probation officer has informed the Court that, because of the retirement of the probation officer previously assigned to the case and also the number of objections to the PSRs, additional time is needed to complete the revised PSRs as to Defendants Todd Sheffler and Willie Hedden. The Court is mindful of the public's and the victims' strong interest in proceeding with the sentencings in a timely fashion. The Court also understands that the Government has made travel arrangements for members of the victim's family to attend the sentencing hearings. That involves resolving scheduling conflicts with all parties, preparing and obtaining approval for travel related expenses, and locating and booking hotel and transportation at the Government rate. The Court is certainly mindful of the logistical issues that process entails. However, the Court must balance those interests with the ability of the Court to adequately prepare for the sentencings. The Court finds that continuances are warranted on that basis. The Court has set aside the weeks of March 13 and 20, 2023, to conduct the sentencing hearings as to each Defendant. The sentencing hearing as to Defendant Alex Banta set on January 6, 2023, at 1:30 p.m., is continued and reset on March 14, 2023, at 10:00 a.m. The sentencing hearing as to Defendant Todd Sheffler set on January 18, 2023, at 1:30 p.m., is continued and reset on March 16, 2023, at 10:00 a.m. The sentencing hearing as to Defendant Willie Hedden set on January 19, 2023, at 1:30 p.m., is continued and reset on March 21, 2023, at 10:00 a.m. The Court finds that these continuances will not cause "unnecessary delay" or result in unfair prejudice to Defendants Banta, Sheffler, and Hedden under Federal Rule of Criminal Procedure 32(b)(1). The revised presentence investigation reports as to Defendants Sheffler and Hedden shall be filed by February 21, 2023. The Government's Commentaries as to Defendants Sheffler and Hedden shall be filed by February 28, 2023. The Defendants' Commentaries as to Defendant Banta, Sheffler and Hedden shall be filed by March 7, 2023. Entered by Judge Sue E. Myerscough on 1/3/2023. (HS) (Entered: 01/03/2023) |
| 02/21/2023 | 441 | | + + **REVISED PRESENTENCE INVESTIGATION REPORT** as to Todd Sheffler (LH) (Entered: 02/21/2023) |
| 02/21/2023 | 442 | | STRUCK per Text Order of 2/23/2023.+++ **SENTENCING RECOMMENDATION** as to USA, Todd Sheffler. (LH) Modified on 2/23/2023 (DM). (Entered: 02/21/2023) |
| 02/21/2023 | 443 | | +++ **SENTENCING RECOMMENDATION** as to USA, Todd Sheffler. (LH) (Entered: 02/21/2023) |
| 02/21/2023 | 446 | | MOTION to Continue *Sentencings* by USA as to Todd Sheffler, Willie Hedden, Alex Banta. (Bass, Timothy) (Entered: 02/21/2023) |
| 02/23/2023 | | | TEXT ORDER as to Todd Sheffler by United States District Judge Sue E. Myerscough: The Clerk is DIRECTED to strike Document Number 442 which was erroneously filed as the probation officer's sentencing recommendation. Entered on 2/23/2023. (DM) (Entered: 02/23/2023) |
| 02/23/2023 | | | TEXT ORDER by United States District Judge Sue E. Myerscough: Before the Court is the Government's Motion to Continue Sentencings 446 . The Government seeks a brief continuance of the sentencings of each Defendant. In support of the motion, the Government states that the United States Attorney for the Central District of Illinois wishes to be present for the sentencings but |

| | | | |
|---|---|---|---|
| | | | will be in Washington, DC at a Department meeting on March 14, 2023, the date on which Defendant Alex Banta's sentencing is now set. Additionally, a relative of Mr. Earvin resides in Chicago and also wishes to be present for the sentencings but will need travel assistance from the Government. As currently scheduled, the sentencings will require the relative to travel on separate dates on March 13 and March 15, 2023. To allow for the United States Attorney's presence at the sentencings and allow for more convenient travel for Mr. Earvin's relative, the Government asks the Court to reschedule Defendant Banta's sentencing from March 14, 2023, to the time currently set for Defendant Todd Sheffler's sentencing on March 16, 2023, at 10:00 a.m. The Government requests that the Court reschedule Defendant Sheffler's sentencing to the time currently set for Defendant Willie Hedden's sentencing on March 21, 2023, at 10:00 a.m. The Government further requests that the Court reschedule Defendant Hedden's sentencing to the afternoon of March 21, 2023, or if not convenient for the Court, to a date after March 21, 2023. The Government represents that none of the Defendants object to the motion. Additionally, Counsel for Defendant Sheffler request that his sentencing be moved to the week of March 20, 2023, as noted above. For good cause shown, the Government's Motion to Continue Sentencings 446 is GRANTED in part. The sentencing hearing as to Defendant Alex Banta set on March 14, 2023, at 10:00 a.m., is continued and reset on March 16, 2023, at 10:00 a.m. The sentencing hearing as to Defendant Todd Sheffler set on March 16, 2023, at 10:00 a.m., is continued and reset on March 20, 2023, at 10:00 a.m. The sentencing hearing as to Defendant Willie Hedden set on March 21, 2023, at 10:00 a.m., is continued and reset on March 22, 2023, at 10:00 a.m. The Court finds that these continuances will not cause "unnecessary delay" or result in unfair prejudice to Defendants Banta, Sheffler, and Hedden under Federal Rule of Criminal Procedure 32(b)(1). Entered on 02/23/2023. (DM) (Entered: 02/23/2023) |
| 02/23/2023 | | | Reset Sentencing Hearing as to Todd Sheffler: Sentencing set for 3/20/2023 at 10:00 AM in Courtroom 2 in Springfield before U.S. District Judge Sue E. Myerscough. (DM) (Entered: 02/23/2023) |
| 02/27/2023 | 447 | | **+ + COURTS PROPOSED CONDITIONS** as to Todd Sheffler. (MJC) (Entered: 02/27/2023) |
| 02/28/2023 | 449 | | **+++ SEALED COMMENTARIES ON SENTENCING FACTORS** by USA as to Todd Sheffler. (Bass, Timothy) (Entered: 02/28/2023) |
| 03/06/2023 | 452 | | MOTION for Extension of Time to File *Commentaries on Sentencing (Unopposed)* by Todd Sheffler. (Vig, Sara) (Entered: 03/06/2023) |
| 03/07/2023 | | | TEXT ORDER BY SUE E. MYERSCOUGH, United States District Judge: Before the Court is Defendant Todd Sheffler's Motion for Extension of Time to file his Sentencing Commentary 452 . In support of the motion, the Defendant notes that his sentencing hearing was recently continued from March 16, 2023, to March 20, 2023. The Defendant's Sentencing Commentary is currently due to be filed by March 7, 2023. The Government filed its Sentencing Commentary as to the Defendant on February 28, 2023. In further support of the motion, one of Defendant's attorneys was in trial on February 22 and 23, 2023, which required extensive preparation. Because of the voluminous record in this case, counsel requires additional time to review the record and make |

| | | | |
|---|---|---|---|
| | | | necessary citations, in addition to conducting further research. The Government does not object to an extension of time to March 13, 2023, for Defendant to file his sentencing commentary. For good cause shown, the Defendant's Motion for Extension of Time to file his Sentencing Commentary 452 is GRANTED. The Defendant's Sentencing Commentary is now due by March 13, 2023. Entered on 3/7/2023. (MJC) (Entered: 03/07/2023) |
| 03/10/2023 | 453 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Todd Sheffler held on 8/5/2022, before Judge Sue E. Myerscough. Court Reporter/Transcriber LC, Telephone number 217–355–4227. Transcript purchased by: Sara Vig.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/31/2023. Redacted Transcript Deadline set for 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (MJC) (Entered: 03/10/2023) |
| 03/11/2023 | 454 | | NOTICE *of Filing Character Letters* by Todd Sheffler (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Vig, Sara) (Entered: 03/11/2023) |
| 03/13/2023 | 456 | | **+++ SEALED COMMENTARIES ON SENTENCING FACTORS** by Todd Sheffler. (Vig, Sara) (Entered: 03/13/2023) |
| 03/15/2023 | 458 | | **+++ SEALED COMMENTARIES ON SENTENCING FACTORS** by USA as to Todd Sheffler. (Bass, Timothy) (Entered: 03/15/2023) |
| 03/17/2023 | | | TEXT ORDER BY SUE E. MYERSCOUGH, United States District Judge: The sentencing hearing on March 20, 2023, at 10:00 a.m., will be in Courtroom 1. Entered on 3/17/2023. (MJC) (Entered: 03/17/2023) |
| 03/18/2023 | 464 | | NOTICE *of Filing Additional Character Letters* by Todd Sheffler (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Vig, Sara) (Entered: 03/18/2023) |
| 03/20/2023 | | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: SENTENCING HEARING as to Defendant Todd Sheffler held on 03/20/2023. AUSAs Timothy Bass and Eugene Miller present on behalf of Government. Defendant present with attorneys of record, Sara Vig and William Vig. Over objections, the Court adopted the factual findings of the Revised PSR. Arguments of counsel made as to imposition of sentence. Witnesses called, sworn and testified. Exhibits marked and admitted. Defendant exercised his right of allocution and addressed the Court. Court noted that the Guidelines were advisory and not mandatory. Defendant sentenced to imprisonment of 20 years, consisting of 15 years on each of Counts 1 and 2 to run concurrent with each other, and 5 years on each of Counts 3, 4, and 5, all to run concurrent with each other and consecutive to the term on Counts 1 and 2; a 5 year term of Supervised Release imposed on Counts 1 and 2, and 3 years on Counts 3, 4, and 5, all to run concurrently; and $500 special assessment. Acknowledgment by Defendant as to review with counsel and placement of his initials and signature on the Court's proposed Supervised Release Conditions. Court imposed the mandatory and discretionary Supervised Release conditions with stated justification therein. Mandatory conditions read of record. Oral waiver by parties as to the reading of the imposed discretionary conditions of Supervised Release in open court. Rights of Appeal given. Defendant remanded to the custody of the U.S. Marshal. Court adjourned. (Court Reporter KF.) (GL) (Entered: 03/20/2023) |
| 03/20/2023 | 465 | | **+ + CONDITIONS OF SUPERVISED RELEASE** initialed and signed by Todd Sheffler. (GL) (Entered: 03/20/2023) |
| 03/20/2023 | | | Remark: Government's Sentencing Exhibits 2 and 3 as to Defendant Todd Sheffler (1) placed in Clerk's office vault. (GL) (Entered: 03/20/2023) |
| 03/22/2023 | 468 | | JUDGMENT as to Todd Sheffler (1), Counts 1, 2, 3, 4, 5, Defendant sentenced to imprisonment of 20 years, consisting of 15 years on each of Counts 1 and 2 to run concurrent with each other, and 5 years on each of Counts 3, 4, and 5, all to run concurrent with each other and consecutive to the term on Counts 1 and 2; a 5 year term of Supervised Release imposed on Counts 1 and 2, and 3 years on Counts 3, 4, and 5, all to run concurrently; and $500 special assessment. Entered by Judge Sue E Myerscough on 3/22/2023. (GL) (Main Document 468 replaced on 3/22/2023) (GL). (Entered: 03/22/2023) |
| 03/22/2023 | 469 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT – JUDGMENT – UNREDACTED** (GL) (Main Document 469 replaced on 3/22/2023) (GL). (Entered: 03/22/2023) |
| 03/22/2023 | 470 | | **+++ STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Todd Sheffler. (GL) (Entered: 03/22/2023) |
| 03/22/2023 | | | Notice of Docket Text or Event Modification re 468 Judgment, and 469 ORIGINAL DOCUMENT UNREDACTED – Sealed – + replaced with Judgment which includes the "Criminal Monetary Penalties" page. Regenerated to parties. (GL) (Entered: 03/22/2023) |
| 03/23/2023 | 472 | | NOTICE OF APPEAL by Todd Sheffler (Vig, Sara) (Entered: 03/23/2023) |

E-FILED
Thursday, 23 March, 2023  12:32:53 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) **19-CR-30067** |
| | ) |
| **TODD SHEFFLER,** | ) |
| | ) |
|     **Defendant.** | ) |

## <u>NOTICE OF APPEAL</u>

NOW COMES Defendant, Todd Sheffler, by and through his attorneys, Sara M. Vig and William L. Vig, and appeals to the United States Court of Appeals for the Seventh Circuit Court the sentence imposed in open court on March 20, 2023, and the Judgement and Conviction entered on August 23, 2022 and denial of his post-trial motions December 23, 2023.

Respectfully submitted,
Todd Sheffler**,** Defendant

By:   <u>/s/ Sara M. Vig</u>

Attorney for Defendant

Sara M. Vig (#6297143)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
sara@vig-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy A Bass

Eugene Miller

/s/ Sara M. Vig

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**

AUG 2 3 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-30067 |
| | ) |
| TODD SHEFFLER, | ) |
| Defendant. | ) |

## VERDICT

## Count 1

We, the jury, find the defendant, Todd Sheffler,

_____guilty_____ of the offense of conspiracy
*(guilty, not guilty)*

against civil rights as charged in Count 1 of the Indictment.

If you find the defendant guilty, you must determine

whether Larry Earvin died as a result of the conspiracy

charged in Count 1. _____yes_____
*(yes, no)*

## Count 2

We, the jury, find the defendant, Todd Sheffler,

_____*guilty*_____ of the offense of deprivation of civil
*(guilty, not guilty)*

rights as charged in Count 2 of the Indictment.

If you find the defendant guilty, you must determine

whether Larry Earvin suffered a bodily injury as a result of

the defendants' acts. _____*Yr*_____
*(yes, no)*

If you find the defendant guilty, you must determine

whether Larry Earvin died as a result of the defendants'

acts. _____*Yu*_____
*(yes, no)*

## Count 3

We, the jury, find the defendant, Todd Sheffler,

_____*guilty*_____ of the offense of conspiracy
*(guilty, not guilty)*

to obstruct justice as charged in Count 3 of the Indictment.

## Count 4

We, the jury, find the defendant, Todd Sheffler,

_____ *guilty* _____ of the offense of falsifying a
(guilty, not guilty)

document as charged in Count 4 of the Indictment.

## Count 5

We, the jury, find the defendant, Todd Sheffler,

_____ *guilty* _____ of the offense of obstruction
(guilty, not guilty)

of justice as charged in Count 5 of the Indictment.

DATE:_____ 8/23/2022 _____

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Juror

s/ Juror                    s/ Foreperson

                            Foreperson

94

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 19-30067** |
| | ) | |
| **TODD SHEFFLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**SUE E. MYERSCOUGH, United States District Judge:**

Before the Court are Defendant Todd Sheffler's amended motion for judgment of acquittal [d/e 423] and motion for new trial [d/e 424]. Because the Government presented sufficient evidence on each count and the interests of justice do not require a new trial, the Court will deny both motions.

Defendant Todd Sheffler was charged along with co-Defendants Willie Hedden and Alex Banta in a ten-count Indictment with conspiracy to deprive civil rights, deprivation of civil rights, conspiracy to engage in misleading conduct, obstruction—falsification of document, and obstruction—misleading conduct.

1

Defendant Hedden pled guilty to certain charges and testified at the trials of Defendants Sheffler and Banta. On April 25, 2022, a jury found Defendant Banta guilty of all charges but did not reach unanimous verdicts as to Defendant Sheffler. Following a retrial, Defendant Sheffler was convicted of all counts in the Indictment on August 23, 2022.

In his amended motion for judgment of acquittal under Federal Rule of Criminal Procedure 29, Defendant Sheffler alleges the Government has failed to present sufficient evidence to prove beyond a reasonable doubt that Defendant Sheffler ever knowingly became a part of a conspiracy to deprive Larry Earvin of his constitutional rights. See d/e 423, at 2. Defendant Sheffler further alleges that the Government has not presented sufficient evidence to prove beyond a reasonable doubt that Sheffler himself ever knowingly used excessive force on Mr. Earvin or, alternatively, that Sheffler knew another correctional officer was using excessive force, Sheffler had a reasonable opportunity to intervene to prevent harm, and Sheffler failed to do so, resulting in harm to Mr. Earvin. Id. at 2-3. Defendant Sheffler asserts that the Government has also failed to prove beyond

2

a reasonable doubt that Defendant Sheffler conspired to obstruct justice, falsified a document, and obstructed justice as alleged in Counts 3, 4, and 5 of the Indictment. <u>Id</u>. at 3.

In his motion for new trial pursuant to Federal Rule of Criminal Procedure 33, Defendant Sheffler alleges the Government failed to prove him guilty beyond a reasonable doubt as to each charge. <u>See</u> d/e 424, at 2. The Defendant reasserts each of the arguments made in Defendant's motion for judgment of acquittal. <u>Id</u>. at 2. Additionally, the Defendant claims that a new trial is necessary because of prosecutorial misconduct throughout the trial. <u>Id</u>. at 3. Specifically, the Defendant alleges (1) the prosecutor engaged in misconduct by commenting on Defendant's exercise of his Fifth Amendment right to discontinue communication with government agents after being admonished of that right and making an unambiguous election to exercise that right; (2) the prosecutor engaged in misconduct by misrepresenting to the Court that the proffer agreement superseded the Fifth Amendment, in that a breach of the cooperation agreement allowed the Government to introduce not only Defendant's pre-invocation statements, but also his post-

3

invocation silence and argue to the jury that Defendant remained obligated both before and after the Indictment to come forward and provide complete and truthful information; (3) the prosecutor engaged in misconduct by repeatedly attacking defense counsel, particularly during rebuttal closing arguments; and (4) the prosecutor committed plain error in arguing that Defendant had confessed his guilt to most of the charges asserted against him. Id. at 3-6. The Defendant also claims that the Court erred in denying that portion of Defendant's motion in limine no. 10 seeking the exclusion of Defendant Sheffler's proffer agreement from evidence at trial. Id. at 6. The Defendant further asserts the Court erred in denying that portion of Defendant's motion in limine no. 10 seeking to exclude reference to the identity of Government counsel (Mr. Bass) and Defense counsel (Mr. Vig) during interviews of Defendant or other witnesses. Id. Finally, the Defendant contends that these errors, individually and cumulatively, deprived Defendant of the right to a fair trial such that a new trial must be granted. Id.

The Government claims that Defendant Sheffler's arguments are waived and/or are without merit. See d/e 433.

4

Under Rule 29, a defendant may move for judgment of acquittal on the basis that the "evidence is insufficient to sustain a conviction." Fed. R. Crim. P. 29(a).  In considering a motion for judgment of acquittal, courts determine "whether there was sufficient evidence, when viewed in the light most favorable to the government, to allow a rational trier of fact to find all of the essential elements of an offense beyond a reasonable doubt."  United States v. Rahman, 805 F.3d 822, 837 (7th Cir. 2015).

Rule 33 authorizes a defendant to move for a new trial which the Court may grant "if the interest of justice so requires."  Fed. R. Crim. P. 33(a).  Under Rule 33, the question is "whether the verdict is so contrary to the weight of the evidence that a new trial is required in the interests of justice."  United States v. Chambers, 642 F.3d 588, 592 (7th Cir. 2011).

The Court has reviewed the trial record and finds that, upon viewing the evidence in a light most favorable to the Government, a rational jury could find all of the essential elements of each count: (1) conspiracy to deprive civil rights which resulted in the death of Mr. Earvin; (2) deprivation of civil rights which resulted in Mr. Earvin

5

suffering bodily injury and death; (3) conspiracy to engage in misleading conduct; (4) obstruction--falsification of a document; and (5) obstruction—misleading conduct. Consequently, there is no basis for a judgment of acquittal. Additionally, the verdict is not so contrary to the weight of the evidence that the interests of justice require a new trial. The Court further finds that Defendant Sheffler's allegations concerning prosecutorial misconduct are without merit. None of those allegations—standing alone or cumulatively—warrant a new trial in the interest of justice.

For these reasons, Defendant Todd Sheffler's Amended Motion for Judgment of Acquittal [d/e 423] and Motion for New Trial pursuant to Federal Rule of Criminal Procedure 33 [d/e 424] are both DENIED.

ENTER: December 22, 2022

FOR THE COURT:

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT COURT

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
                       Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| **v.** | ) | |
| | ) | |
| | ) | Case Number:  19-30067-001 |
| TODD SHEFFLER | ) | USM Number:  22961-026 |
| | ) | |
| | ) | William L. Vig and Sara M. Vig |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☑ was found guilty on count(s)   1, 2, 3, 4, and 5
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 241 and 18 USC §2 | Conspiracy to Deprive Civil Rights | 5/17/2018 | 1 |
| 18 USC § 242 | Deprivation of Civil Rights | 5/17/2018 | 2 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**FILED**

MAR 22 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

3/20/2023
Date of Imposition of Judgment

s/ Sue E. Myerscough

Signature of Judge

SUE E. MYERSCOUGH, U.S. District Judge
Name and Title of Judge

3/22/23
Date

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 1A

DEFENDANT:   TODD SHEFFLER
CASE NUMBER:   19-30067-001

Judgment—Page ___2___ of ___7___

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §1512(k), 18 USC §1512(b) and 18 USC §2 | Conspiracy to Engage in Misleading Conduct | 5/22/2018 | 3 |
| 18 USC §1519 | Obstruction-Falsification of Document | 5/17/2018 | 4 |
| 18 USC §1512(b)(3) and 18 USC §1512(b) | Obstruction-Misleading Conduct | 5/18/2018 | 5 |

102

AO 245B (Rev. 09/17) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __7__

DEFENDANT: TODD SHEFFLER
CASE NUMBER: 19-30067-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

20 years. This term shall consist of 15 years on each of Counts 1 and 2 to run concurrent with each other, and 5 years on each of Counts 3, 4, and 5, all to run concurrent with each other, and consecutive to the term on Counts 1 and 2.

☑ The court makes the following recommendations to the Bureau of Prisons:

1. That the defendant serve his sentence in FCI Pekin or in the alternative, FCI Marion, or as close to his family in Quincy, Illinois, as possible.
2. That defendants Alex Banta (19-30067-3) and Willie Hedden (19-30067-2) not be housed in the same facility as Todd Sheffler (19-30067-1).

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/17)  Judgment in a Criminal Case
Sheet 2A — Imprisonment

Judgment—Page _____ of ___7___

DEFENDANT:  TODD SHEFFLER
CASE NUMBER:  19-30067-001

## ADDITIONAL IMPRISONMENT TERMS

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __7__

DEFENDANT:   TODD SHEFFLER
CASE NUMBER:   19-30067-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

> 5 years.  This term shall consist of 5 years on each of Counts 1 and 2, and 3 years on each of Counts 3, 4, and 5, all to run concurrently.

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

   If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the following conditions:

1. The defendant shall not knowingly leave the federal judicial district in which he is approved to reside without the permission of the Court.

2. The defendant shall report to the probation office in the district to which he is released within 72 hours of his release from custody.  He shall report to the probation officer in a reasonable manner and frequency as directed by the Court or probation officer.

3. The defendant shall follow the instructions of the probation officer as they relate to his conditions of supervision.   He shall answer truthfully the questions of the probation officer as they relate to his conditions of supervision, subject to his right against self-incrimination.

4. The defendant shall notify the probation officer at least ten days prior to, or as soon as he knows about, any changes in residence or any time he leaves a job or accepts a job.

AO 245B (Rev. 09/17) Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | Judgment—Page | 5 | of | 7 |
|---|---|---|---|---|

DEFENDANT: TODD SHEFFLER
CASE NUMBER: 19-30067-001

## ADDITIONAL SUPERVISED RELEASE TERMS

5. The defendant shall permit a probation officer to visit him at home between the hours of 6 a.m. and 11 p.m., at his place of employment while he is working, or at the locations of his court-ordered treatment providers. Visits may be conducted at any time if the probation officer has reasonable suspicion to believe that the defendant is in violation of a condition of supervised release or if he or a third party has reported that he is unable to comply with a directive of the probation officer because of illness or emergency. During any such visit, the defendant shall permit confiscation of any contraband observed in plain view of the probation officer.

6. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. This condition does not prevent him from invoking his Fifth Amendment right against self-incrimination.

7. The defendant shall refrain from excessive use of alcohol, as defined as the legal limit of impairment in the state in which he is located.

8. The defendant shall not knowingly possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921(a)(4) or any object that he intends to use as a dangerous weapon as defined in 18 U.S.C. § 930(g)(2).

**U.S. Probation Office Use Only** A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/17)  Judgment in a Criminal Case
Sheet 3B — Supervised Release

Judgment—Page _____ of ___7___

DEFENDANT:   TODD SHEFFLER
CASE NUMBER:  19-30067-001

## ADDITIONAL SUPERVISED RELEASE TERMS

AO 245B (Rev. 09/17)  Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __6__ of __7__

DEFENDANT: TODD SHEFFLER
CASE NUMBER: 19-30067-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $  500.00 | $  0.00 | $  0.00 | $  0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ _____ 0.00 | $ _____ 0.00 |  |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the  ☐  fine  ☐  restitution.

    ☐  the interest requirement for the  ☐  fine  ☐  restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.